**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARGDA PIERRE-NOEL,** *on behalf of her minor child K.N.,* | |
| Plaintiff, | |
| v. | Case No. 1:23-cv-00070 (TNM) |
| **BRIDGES PUBLIC CHARTER SCHOOL,** *et al.,* | |
| Defendants. | |

## MEMORANDUM OPINION

This case is about who must ensure that a disabled child reaches his school bus. Margda Pierre-Noel sued Bridges Public Charter School and the District of Columbia under the Individuals with Disabilities Education Act ("IDEA") for failing to provide a free and appropriate public education and related services for her minor son, K.N. Pierre-Noel seeks review of a hearing officer's decision that she is responsible for getting K.N. to and from the school bus. She also seeks an order that his school denied him a free and appropriate public education under the IDEA for failing to provide in-person support while he learned from home and for failing to provide an in-school nurse. The school agrees with certain aspects of the hearing officer's decision, but disagrees with others—including that it failed to provide an appropriate education. The District agrees with the hearing officer's decision that it need not carry K.N. to the school bus.

Before the Court are cross-motions for summary judgment from Pierre-Noel, the school, and the District. The Court will grant the District summary judgment on the transportation claim because it finds that the IDEA does not mandate the service Pierre-Noel seeks. But the Court

will grant Pierre-Noel summary judgment on her free and appropriate public education claim because the school did not plan adequate support for K.N. to learn from home. Finally, the Court will grant the school's motion as to the issue of failing to have a nurse present in school because K.N. was learning from home at the time. Also, Pierre-Noel has not shown injury or redressability on this claim. In sum, the Court will grant the District's motion in full, and it will grant in part and deny in part the other two motions.

## I.

## A.

The IDEA offers states and the District of Columbia federal funding to provide a "free appropriate public education" ("FAPE") to disabled children. 20 U.S.C. § 1412(a)(1)(A). A FAPE includes both "special education and related services." *Id.* § 1401(9). "Special education" is "specially designed instruction . . . to meet the unique needs of a child with a disability," and "related services" are those "required to assist a child . . . to benefit from" that instruction. *Id.* § 1401(26), (29). The IDEA defines "related services" as

> transportation, and such developmental, corrective, and other supportive services (including speech-language pathology and audiology services, interpreting services, psychological services, physical and occupational therapy, recreation . . . [and] counseling services, including rehabilitation counseling, orientation and mobility services . . . as may be required to assist a child with a disability to benefit from special education[.]

*Id.* § 1401(26)(A).

The meaning of "transportation" is key to this case. The Act's implementing regulations note that "transportation" "includes travel to and from school and between schools" and "specialized equipment (such as special or adapted buses, lifts, and ramps), if required to provide special transportation for a child with a disability." 34 C.F.R. § 300.34(c)(16).

2

To ensure that a child receives a FAPE, special education and related services must be provided "in conformity with the [child's] individualized education program," or IEP. 20 U.S.C. § 1401(9)(D). An IEP is the "centerpiece of the statute's education delivery system[.]" *Honig v. Doe*, 484 U.S. 305, 311 (1988). "It is through the IEP that the free appropriate public education required by the Act is tailored to the unique needs of a particular child." *Endrew F. ex rel. Joseph F. v. Douglas Cnty. Sch. Dist. RE-1*, 580 U.S. 386, 401 (2017) (cleaned up). The IEP must be "reasonably calculated to enable a child to make progress appropriate in light of the child's circumstances." *Id.* at 399. A team of interested individuals—including the child's parents and teachers—draft his IEP. *See* 20 U.S.C. § 1412(a)(4), 1414(d). Each IEP must describe the "special education and related services . . . that will be provided" to help the child "advance appropriately." *Id.* § 1414(d)(1).

The IDEA provides that "[t]o the maximum extent appropriate[,]" disabled children should be "educated with children who are not disabled." *Id.* § 1412(a)(5). This means that removal from the "regular educational environment occurs only when the nature or severity of the disability is such that education in regular classes with the use of supplementary aids and services cannot be achieved satisfactorily." *Id.* To further this statutory instruction, IEPs specify a child's "least restrictive environment"—the location and services a student should receive. *Id.*; *see also* 34 C.F.R. §§ 300.114(a), 300.115–16.

**B.**

K.N. is a first grader eligible for special education and related services under the IDEA. *See* Administrative Record ("AR") at 1537.[1] He is medically fragile, non-verbal, wheelchair bound, and weighs about 40 pounds. *See id.* at 1444, 1533.

During the COVID-19 pandemic, K.N. worked virtually with a special education teacher. *See id.* at 738; *see also* Hr'g Tr. at 55. Pierre-Noel provided the at-home support he needed to learn. *See* AR at 723, 1530. As the 2022 school year drew to a close, Pierre-Noel and school staff convened in May to discuss his IEP. *See id.* at 722–37. All agreed that K.N. could return to school in person in September 2022. *See id.* at 13, 332. At that time, he would "resume 22.5 hours of specialized instruction hours . . . outside of the general education setting with a dedicated nurse aide" inside the school building. *Id.* at 738. The May IEP included a contingency provision: "[i]f [K.N.] is required to remain home for an extended period due to medical needs, [he] will receive homebound instruction and the team will develop a plan for continuation of services." *Id.* The IEP also states that no nurse aide will be provided if K.N. attends virtually. *See id*.

The transportation section of K.N.'s May IEP explains that he requires a single transport bus and a nurse on the bus. *See id.* at 744. K.N.'s apartment building is not handicap-accessible, so getting him to the bus involves traversing 14 to 20 steps. *See id.* at 1571; 1645.[2] Pierre-Noel

---

[1] The Administrative Record can be found at ECF Nos. 18–20. It is sealed to protect the personal identifying information of K.N. The Court will cite all references to the Administrative Record as "AR at [page]," except for the Hearing Officer's Determination, which the Court will cite as "HOD at [page]," and K.N.'s July IEP, which the Court will cite as "IEP at [page]," to reflect their internal pagination. The hearing officer's determination is available on the public docket, *see* ECF No. 1-1, as is a redacted version of K.N.'s IEP, *see* ECF No. 4-3.

[2] There are two ways to reach Pierre-Noel's apartment door. Entering through the front door requires climbing 14 exterior steps and descending about six interior steps. *See* Hr'g Tr. at 40.

4

suffers from a medical condition that prevents her from carrying K.N. and his wheelchair down the steps. *See id.* at 1645. While her husband sometimes carries K.N. out of the apartment, he is only available on Thursdays and Fridays. *See id.* at 1573. So she asked for a dedicated aide to assist K.N. from the threshold of the apartment to the bus and vice versa. *See id.* at 1115. According to Pierre-Noel, the aide must place K.N.'s wheelchair at the bottom of a staircase, hoist K.N. over a shoulder, and walk up and down the steps. *See id.* at 1573, 1645. In the past, home care nurses had done this, but K.N. is now too heavy for them. *See id.* at 1533.[3]

The school contacted the District, which transports disabled students.[4] *See id.* at 1473. Its Special Education Transportation Policy notes that the District "shall provide special education transportation services to students with disabilities when transportation is appropriately identified and documented on an IEP as a related service under the IDEA." *Id.* at 1039. That policy specifies that District personnel "will utilize lifts, ramps, or other mechanized equipment to assist students with wheelchairs." *Id.* at 1045. But it explains that the District is "not responsible for providing physical assistance to student passengers other than providing occasional non-intrusive assistance that does not require lifting or carrying the student." *Id.* If the District determines that it cannot transport a child, the transportation policy instructs the

Entering through the back door requires climbing 14 interior steps. *See id.*; *see also* https://tinyurl.com/yun8fee9 (video tour of Pierre-Noel's building).

[3] Even in an emergency, home care nurses can "decline to lift and carry [K.N.] up and down the stairs," and instead place him in the "safest part of the apartment" before calling 911. Hr'g Tr. at 43. Typically, if Pierre-Noel needs to get K.N. out of the apartment herself, she plans around her husband's schedule. *See* AR at 1573.

[4] The District provides transportation through its Office of the State Superintendent of Education (OSSE). For simplicity, the Court will refer to OSSE as the District. Similarly, under the IDEA the District is the "State Educational Agency," or SEA, and the school is the "Local Educational Agency," or LEA. In lieu of those acronyms, the Court simply uses "the District" to refer to the District of Columbia and "the school" to refer to Bridges.

school to reconvene the IEP team. *See id.* In the meantime, the school is "responsible for providing alternative instructional options." *Id.*

After the school reached out, a District investigator visited Pierre-Noel at her apartment in July 2022. *See id.* at 1128. He inspected the building and stairs and told her that District employees are not permitted to enter the apartment building or lift and carry K.N. *See id.*

Undeterred, Pierre-Noel and the school amended K.N.'s IEP the next day to mandate those precise services. *See* IEP at 24, ECF No. 4-3. K.N.'s July IEP thus states that he "requires assistance to get from his apartment unit door to the bus and from the bus to his apartment unit door. This assistance includes being carried up and down stairs inside the apartment building as well as outside the apartment building." *Id.* The school included this language in the IEP to "test whether [the District's] refusal to provide the support was legally sound." Bridges Cross-Mot. for Summ. J. and Opp'n to Pl.'s Mot. for Summ. J. (School MSJ) at 14, ECF No. 25; *see also* AR P-2 at 24:00–24:16 (asking parent for information about transportation to see "what we can do with the IEP to try to push [the District]").

K.N. was set to resume in-person class on September 20, 2022. *See* AR at 1507. And the school retained a dedicated nurse for him to begin that same day. *See id.* at 1568–69; *see also* Hr'g Tr. at 60. But the District maintained that it could not transport K.N. because of the carrying and lifting required. *See* AR at 621. Rather, it "can only escort a student from/to the outermost door of a house or building." *Id.* It is undisputed that K.N. could not get to school on September 20. *See, e.g.*, *id.* at 1538. That same day, K.N.'s in-school nurse abruptly quit. *See id.* at 1568–69; *see also* Hr'g Tr. at 60. So the school found another nurse by October 4. *See* AR at 960, 1541; *see also* Hr'g Tr. at 60–61. But because K.N. still could not get to school, the school did not keep that nurse. *See* AR at 1569–70.

From July 2022 to the present, K.N.'s July IEP has remained in effect. It states that "[t]he Dedicated Nurse Aide will be removed from this IEP as [K.N.] attends virtually. The Dedicated Nurse Aide will be added back to the IEP upon [K.N.] resuming school in-person." IEP at 21. Because K.N. has yet to return to school in person, no nurse has been hired. *See* Hr'g Tr. at 61.

Recall that K.N.'s mother supported him during virtual learning last year. *See* AR at 723, 1530. During the July IEP meeting, she asked whether the school could provide an in-home aide if K.N. had to learn virtually again that fall. *See* AR P-22 at 9:10–10:20. The school responded that it was definitely something they could discuss if K.N. cannot get to school. *See id.* Pierre-Noel renewed her request for an in-home aide a month later. *See* AR at 354. The school responded similarly: that they "can certainly consider the need for an aide if [K.N.] is not able to start the school year in person." *Id.* After K.N.'s transportation fell through, Pierre-Noel again requested a dedicated aide to assist with virtual learning. *See id.* at 361. Eventually, in October, the IEP team reconvened to discuss K.N.'s virtual learning. At that point, the school provided at-home support for him, including a one-to-one tutor and a vision specialist. *See id.* at 1604. But the team did not amend his IEP to reflect those services. *See* Hr'g Tr. at 50–51; *see also* Pl. MSJ at 42.

By then, it was too late. Pierre-Noel had filed an administrative due process complaint. *See* AR at 54–69. She argued that the District and the school denied K.N. a FAPE by failing to implement the transportation accommodations in his July IEP. *See id.* at 67. And Pierre-Noel claimed that the school denied K.N. a FAPE by failing to create an appropriate IEP in July 2022 providing an in-home aide if K.N. cannot return to school. *See id.* Lastly, Pierre-Noel argued that the school failed to implement the nursing services K.N. required in school. *See id.*

7

The hearing officer gave each party a partial victory. First, as to transportation, he analyzed cases discussing the meaning of "transportation" as a "related service" under the IDEA. Hr'g Officer Determination (HOD) at 15–17. Ultimately, he decided that "there is no caselaw authorizing a hearing officer to order [District] personnel to lift and carry students inside their homes or apartment buildings." *Id.* at 19. Still, he ordered the District to "offer [K.N.] bus transportation with a dedicated nurse and assistance to the front door of his apartment building." *Id.* at 22.

Second, as to whether the July IEP was proper, the officer determined that Pierre-Noel had shown inadequacy. *See id.* at 11. He reasoned that the school knew before it created the July IEP that the District was not going to lift or carry K.N. to allow him to reach the bus. *See id.* Thus, "[t]here was ample time [before] the beginning of the school year to reconvene the IEP meeting and adopt the virtual learning plan that the parties finally agreed to" in October 2022, which provided in-person support. *Id.*

Third, as to the school's alleged failure to provide in-school nursing services, the officer found that the school has an obligation to provide nursing services. *See id.* at 12. But he found that because the District was not providing transportation, "those services could not have been provided." *Id.* Therefore, he found that Pierre-Noel failed to meet her burden. *See id.*

This lawsuit followed. Before the Court are Pierre-Noel's motion for summary judgment and cross-motions from the school and the District. *See* Pl.'s Mot. for Summ. J. (Pl. MSJ), ECF No. 22; School MSJ; D.C. Cross-Mot. for Summ. J. and Opp'n to Pl.'s Mot. for Summ. J. (District MSJ), ECF No. 26. Instead of litigating a preliminary injunction, the parties agreed to an expedited briefing schedule on the merits. The Court held a hearing during which it allowed

Pierre-Noel to present a witness from a private transportation company. All motions are ripe for decision.

**II.**

To prevail on a motion for summary judgment, a party must show that "there is no genuine dispute as to any material fact." Fed. R. Civ. P. 56(a); *see also Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 247 (1986). A dispute is genuine "if the evidence is such that a reasonable jury could return a verdict for the nonmoving party." *Anderson*, 477 U.S. at 248. And a disputed fact is material if it could alter the outcome of the suit. *See id.*

The IDEA permits "any party aggrieved by the findings and decision" of an administrative hearing officer to sue in federal court. 20 U.S.C. § 1415(i)(2). The reviewing court "shall receive the records of the administrative proceedings, [] hear additional evidence at the request of a party, and . . . grant such relief as the court determines is appropriate." 20 U.S.C. § 1415(i)(2)(C). The Court gives "due weight" to the hearing officer's determinations. *Bd. of Educ. of Hendrick Hudson Cent. Sch. Dist. v. Rowley*, 458 U.S. 176, 206 (1982). But it affords "less deference than is conventional in administrative proceedings." *Z.B. v. District of Columbia*, 888 F.3d 515, 523 (D.C. Cir. 2018). And a decision "without reasoned and specific findings deserves little deference." *Id.*

This Court also has an independent duty to ensure that it has subject-matter jurisdiction. *See Kaplan v. Cent. Bank of Islamic Repub. of Iran*, 896 F.3d 501, 509 (D.C. Cir. 2018). If a plaintiff lacks standing to press a claim, the Court must dismiss it. *See Lujan v. Defs. of Wildlife*, 504 U.S. 555, 561–62 (1992).

# III.

The Court first addresses Pierre-Noel's transportation claim. Next, it turns to whether the July IEP was appropriate. Finally, it assesses whether the school failed to implement K.N.'s IEP when it did not have a nurse present in school while he was learning at home.

## A.

Pierre-Noel's primary argument is that the hearing officer erred in holding that the District need not lift or carry K.N. to the bus. *See* Pl. MSJ at 13–38. The District disagrees. *See* District MSJ at 9–16.

Recall that after the District inspected K.N.'s residence and told Pierre-Noel it could not lift or carry him, K.N.'s IEP team included a condition that it must do just that. *See* AR at 1128; *see also* School MSJ at 14. The hearing officer agreed with the District, finding that he lacked authority to order such a service under the IDEA. *See* HOD at 19. But the officer also ordered the District to "immediately offer [K.N.] bus transportation to the front door of [his] apartment building." *Id.* at 22. Based on the Court's review of the video evidence, delivery of K.N. to the front door of the building requires climbing 14 steps. *See supra* note 2; *see also* Hr'g Tr. at 40 (confirming this point). The officer's holding thus cannot be squared with his remedy. *See* Hr'g Tr. at 41 (Plaintiff agrees that this is a "contradictory" ruling because . . . "[t]here is no way to avoid those external steps from the . . . front of the building to [the] curb."); *see also id.* at 54 (school explaining that every party in the case was confused by the hearing officer's rationales). Perhaps the hearing officer meant to order the District to transport K.N. to the *back* door of the apartment building, which would not involve traversing steps. But given the logical

inconsistency in the hearing officer's decision, the Court will afford him less deference than normal on this issue. *See Z.B.*, 888 F.3d at 523.[5]

**1.**

Recall, too, that the IDEA guarantees disabled children certain "related services . . . as may be required" for them to benefit from special education. 20 U.S.C. § 1401(26)(A). One such service is "transportation." *Id.* Pierre-Noel's first claim turns on whether "transportation" in the Act includes carrying a disabled child up and down the stairs of her apartment building.[6]

Because transportation is not defined in the statute, "we must give [it] its ordinary meaning." *Petit v. U.S. Dep't of Educ.*, 675 F.3d 769, 781 (D.C. Cir. 2012). Courts often look to dictionaries to understand ordinary meaning. *See, e.g.*, *id.* The Court's review of dictionaries around the time of the provision's enactment revealed two possible meanings of transportation.[7] The first is broad: moving a person or thing from one place to another. The second is narrower: moving a person or thing from one place to another using a means of conveyance, such as a vehicle.

---

[5] Pierre-Noel criticizes the hearing officer for finding that he "did not have authority" to order the District to carry K.N. up and down the stairs and contends that his decision could be reversed on this basis alone. *See* Pl. MSJ at 14–15. The Court agrees with the general assertion that the officer has broad equitable discretion over remedies, *see, e.g.*, *B.D. v. District of Columbia*, 817 F.3d 792, 797–98 (D.C. Cir. 2016), but it disagrees that the officer can order something contrary to federal law.

[6] Pierre-Noel has provided inconsistent evidence about the number of people it would take to carry K.N. While Pierre-Noel thinks that one person could do it, *see, e.g.*, Pl. MSJ at 16, her witness—someone who transports disabled children—testified that it would take two people to get him safely down the stairs, *see* Hr'g Tr. at 11, 19–20.

[7] Congress enacted the relevant text of the related services provision in the 1975 Education for All Handicapped Children Act. *See* Pub. L. 94-142, 89 Stat. 775 (1975). In 1990, Congress renamed the law the Individuals with Disabilities Education Act, tweaked certain aspects of the related services list, and left the transportation language unchanged. *See* Pub. L. 101-476, 104 Stat. 1103 (1990). So the Court focused on dictionaries from the years around 1975.

First, the broad definitions.  One dictionary reports that "transportation" is "an act, process, or instance of being transported" as in "arranging for the transportation of his luggage." *Transportation*, Webster's New International Dictionary (3d ed. 1961).  Another states that "transportation" is "the act of transporting" and "to transport" is to "carry from one place to another; convey." *Transportation* and *Transport*, The American Heritage Dictionary of the English Language (1976); *Accord Transportation*, Oxford English Dictionary (2d ed. 1989) ("Transportation" is the "action or process of transporting; conveyance (of things or person) from one place to another.")  Thus, one sense of transportation is the act of moving a person or thing from one place to another.

Second, the narrower definitions.  One dictionary defines transportation as "the removal of goods or persons from one place to another by a carrier." *Transportation*, Black's Law Dictionary (4th ed. 1968).  A "carrier" is "one undertaking to transport persons or property." *Carrier*, Black's Law Dictionary (4th ed. 1968).  "In common speech carriers means transportation systems . . . [a] school bus acts as a carrier." *Id.* (cleaned up).  Another dictionary defines transportation as a "means of conveyance or travel from one place to another." *Transportation*, Webster's New Collegiate Dictionary (7th ed. 1963).  These definitions are similar in that they speak of a "carrier" or a "means of conveyance"—a thing, such as a school bus, that does the transporting.

The service Pierre-Noel requests—humans lifting and carrying her child up and down steps—may be encompassed by the first definition.  But it flunks the second definition.  So dictionaries alone do not answer the question of whether lifting and carrying someone fits within the ordinary meaning of transportation.  Thus, the Court must look to other sources.

The IDEA's implementing regulations are helpful.  They explain that transportation "includes travel to and from school and between schools" and "specialized equipment (such as special or adapted buses, lifts, and ramps), if required to provide special transportation for a child with a disability."  34 C.F.R. § 300.34(c)(16).  Travel "to and from" school and "between" schools is also capacious.  But coupled with the "specialized equipment" portion of the definition, the regulation evokes a mode of transport—such as a bus or car—that can be adapted to meet a disabled child's needs.  The regulatory definition thus supports the narrower batch of dictionary definitions that reference a carrier or means of conveyance.

Things become even clearer when the Court looks to a related statute, the Americans With Disabilities Act (ADA), 42 U.S.C. § 12101 *et seq*.  Courts "normally presume[] that the same language in related statutes carries a consistent meaning."  *United States v. Davis*, 139 S. Ct. 2319, 2329 (2019); *see also* Antonin Scalia & Bryan Garner, *Reading Law: The Interpretation of Legal Texts* 252 (2012) ("[L]aws dealing with the same subject . . . should if possible be interpreted harmoniously.").  While the ADA protects a broader class of people—all disabled Americans—it also applies to disabled schoolchildren.  *See Fry v. Napoleon Cmty. Schs.*, 580 U.S. 154, 157, 161 (2017) (noting this fact).  Indeed, the IDEA's exhaustion provision contemplates that a disabled student might sue under both laws seeking similar relief.  *See* 20 U.S.C. § 1415(l) (requiring exhaustion of the IDEA's procedures before a student sues under the ADA "seeking relief that is also available" under the IDEA).

The ADA is illuminating.  In a section addressing public transportation, the Act defines "public school transportation" as "transportation by school bus vehicles of schoolchildren, personnel, and equipment to and from a public elementary or secondary school and school-related activities."  42 U.S.C. § 12141(5).  Likewise, the ADA defines "designated public

13

transportation" as "transportation (other than public school transportation) by bus, rail, or any other conveyance . . . that provides the general public with general or special service . . . on a regular and continuing basis." *Id.* § 12141(2). Both definitions contemplate transportation by a vehicle or mode of transport such as a bus, rail, or other conveyance.

Reading "transportation" in the IDEA similarly "yields sensibly congruent applications across . . . [this] other statute[]." *Davis*, 139 S. Ct. at 2329. The ADA's definition thus leads the Court to privilege the second, narrower set of dictionary definitions just discussed. In other words, "transportation" involves "a carrier" or a "means of conveyance"—such as a bus or train—moving a person from place to place. *See supra.* This definition also gels with the regulatory definition of transportation, which points to "special or adapted buses, lifts, and ramps." 34 C.F.R. § 300.34(c)(16). Buses to which lifts and ramps may be attached are obviously a carrier or a mode of conveyance. But two people carrying someone is not. In short, the Court is persuaded that the service Pierre-Noel requests—physical carrying and lifting of a disabled child—is not encompassed within the plain meaning of transportation.

**2.**

Another interpretative tool bolsters this reading. Although dictionaries, regulations, and other statutes provide a useful starting point, "[b]ecause common words typically have more than one meaning, [courts] must use the context in which a given word appears to determine its aptest, most likely sense." Scalia & Garner at 418. To better understand the ordinary meaning of transportation, the Court also looks to how it has customarily been used.

Courts may assess the customary usage of a phrase by searching relevant databases of naturally occurring language. This method is known as corpus linguistics. "Corpus linguistics is an empirical approach to the study of language that uses large, electronic databases" of language

gathered from primary sources. Thomas R. Lee & Stephen C. Mouritsen, *Judging Ordinary Meaning*, 127 Yale L.J. 788, 828 (2018); *see also* Lawrence B. Solum, *Triangulating Public Meaning: Corpus Linguistics, Immersion, and the Constitutional Record*, 2017 B.Y.U. L. Rev. 1621, 1643–49 (2017) (explaining how the method helps clarify linguistic meaning). Indeed, corpus linguistics is especially valuable "in those difficult cases where . . . dictionaries diverge [because it] can serve as a cross-check on established methods of interpretation (and vice versa)." *Wilson v. Safelite Grp., Inc.*, 930 F.3d 429, 440 (6th Cir. 2019) (Thapar, J., concurring in part and concurring in the judgment).[8]

Many databases are available. *See, e.g.*, https://www.english-corpora.org (listing some spanning different time periods and genres). So courts must choose wisely. The best database will contain texts from around the time of the Act's enactment with which an ordinary English speaker would regularly interact. *Cf. United States v. Rice*, 36 F.4th 578, 583 n.6 (4th Cir. 2022) (choosing a corpus based on these criteria). To analyze customary usage of transportation, the Court searched the Corpus of Historical American English (COHA), which collects sources across genres, including fiction, magazines, newspapers, and academic articles between 1820 and 2019.

---

[8] Other courts have deployed corpus-based approaches to textual meaning. For example, Justice Breyer, writing for the Court, adopted a corpus-based approach to illuminate the meaning of the phrase "carries a firearm." *See Muscarello v. United States*, 524 U.S. 125, 128–31 (1998) (recounting the phrase in context from dictionaries, literature, and newspaper articles). Other courts have conducted similar analyses using publicly available databases. *See, e.g.*, *United States v. Rice*, 36 F.4th 578, 583 n.6 (4th Cir. 2022); *Health Freedom Def. Fund, Inc. v. Biden*, 599 F. Supp. 3d 1144, 1160–61 (M.D. Fla. 2022); *United States v. Seefried*, No. 21-cr-287, 2022 WL 16528415, at *5–6 (D.D.C. Oct. 29, 2022).

The Court queried the COHA for mentions of "transportation" between 1965 and 1975, the decade before and including the year in which Congress enacted the related services provision. *Cf. Safelite*, 930 F.3d at 444 (Thapar, J., concurring in part and concurring in the judgment) (looking to a ten-year period to generate a sample of written text around the time Congress passed the relevant language). This search returned 1135 hits, or "concordance lines." Given this large universe, the Court reviewed a random sample of 288 hits to see whether "transportation" customarily referred to certain things. This sample size produces a 95% confidence interval. A random sample can be generated through the database itself.

The results are illuminating. The most common referent, with 30.6% of the hits, was systems of transportation. *See* Attach. A.[9] These include highway systems, subway systems, railroads, and mass transit generally. For example, a 1972 News Chicago article discusses "transportation thru [sic] mass transit lines." *Id.* at 7. And many others reference "mass transportation" in general. *See, e.g.*, *id.* at 7, 14, 15.

The second most common referent, with 25% of hits, was vehicular travel. *See generally id.* Vehicles mentioned include cars, buses, trains, boats, airplanes, and even a rocket. *See, e.g.*, *id.* at 3, 10, 13, 17, 18. The next most common referent, with 20.4% of hits, is to what might be called the "industry of transportation." Examples include transportation companies, strikes against them, railroad unions, or the movement of products in commerce. *See, e.g.*, *id.* at 4, 7, 13. A category with a similar number of hits, clocking in at 21.2%, is references to an agency or entity involved with transportation. *See generally id.* These include mentions of the Department

---

[9] The Court's random sample and analysis of each concordance line is appended as Attachment A. Because COHA pulls from primary sources, the reader may notice small typos or stray characters in some entries. The Court reproduced the text as it appears in the database.

of Transportation, analogous state agencies, the Secretary of Transportation, and national boards overseeing transportation. *See, e.g.*, *id.* at 5, 11, 15, 31.[10]

The Court categorized a few hits (1.7%) as "ambiguous," meaning that there was no clear or implied referent to the term "transportation." *See id.* at 1, 4, 15, 17, 23. And it found 3 hits (1%) in which transportation has the broad meaning of moving something or someone from one place to another. *See id.* at 13, 25, 28. While these entries accord with the broad dictionary definitions of transportation, they appear to be outliers given the rest of the sample. Finally, and most critically, the Court found *no* references to any form of pedestrian travel—transporting something by walking with it or carrying it.

This is not to say that because transportation most often referred to a system, type of vehicle, agency, or the overall industry means that it takes on that meaning in all contexts. Perhaps transportation *could* include some form of pedestrian transit, despite not appearing in the sample. But this corpus analysis confirms that such usage would be highly anomalous. Put simply, people did not use the term "transportation" the way Pierre-Noel suggests when the IDEA was enacted. Transportation involves a means of conveyance—such as a vehicle, subway system, or railroad—moving people or things from one place to another.

**3.**

Yet another consideration militates against Pierre-Noel's preferred interpretation of the term "transportation." In *Arlington Central School District Board of Education v. Murphy*, the Supreme Court considered whether the IDEA's attorneys' fees provision allows prevailing parents to recover fees for services rendered by experts. *See* 548 U.S. 291 (2006). The Court

---

[10] Many hits could be classified into two of these four categories. The Court calculated its percentages based on the primary category it thought best described each source.

reasoned that its resolution of the case "is guided by the fact that Congress enacted the IDEA pursuant to the Spending Clause." *Id.* at 295. Such legislation is essentially a contract between Congress (which provides funding) and the States (which choose to accept it in some cases). *See id.* And because "recipients of federal funds must accept them voluntarily and knowingly," any conditions Congress attaches to a State's acceptance of funds "must be set out unambiguously." *Id.* at 296; *see also Pennhurst State Sch. & Hosp. v. Halderman*, 451 U.S. 1, 17 (1981) ("[I]f Congress intends to impose a condition on the grant of federal moneys, it must do so unambiguously.").

Thus, this Court must "view the IDEA from the perspective of a state official who is engaged in the process of deciding whether the State should accept IDEA funds and the obligations that go with those funds." *Murphy*, 548 U.S. at 296. In other words, this objective test asks, "whether the IDEA furnishes clear notice regarding the liability at issue in this case." *Id. Accord McAllister v. District of Columbia*, 794 F.3d 15, 18–19 (D.C. Cir. 2015) (applying this test to hold that parents could not recover fees for paralegal services under the IDEA's attorneys' fees provision).

Other courts have rejected interpretations of the IDEA for similar reasons. For example, in *Osseo Area Schools, Independent School District Number 279 v. M.N.B. ex rel. J.B.*, the Eighth Circuit reasoned that no provision of the IDEA—including the transportation provision—put States on notice that it must reimburse a parent for certain driving expenses. *See* 970 F.3d 917, 922 (8th Cir. 2020). In that case, a student's IEP required that she be "transported individually to and from school"—a service her mother provided and for which she received reimbursement. *Id.* at 920. But after the mother transferred the student to another school, the former school district refused to fully reimburse her for the extra mileage. *See id.* at 920. The

Eighth Circuit analyzed the IDEA through *Murphy*'s Spending Clause lens and concluded that it does not provide notice regarding mileage reimbursement. *See id.* at 922.

Though the facts here differ from those two cases, the same reasoning applies. The Court must ask whether the IDEA's mention of transportation puts a reasonable government official on notice that lifting and carrying a student is required. It does not. Based on the Court's textual analysis, transportation is the act of conveying students to their schools using a carrier or a mode of transport such as a bus.

More, the regulations contemplate service to and from school, including specialized equipment. *See* 34 C.F.R. § 300.34(c)(16). As the District noted, they say nothing about "services in and around the home" or "special assistance getting to and from the school bus." Hr'g Tr. at 63. The Court sees nothing in the IDEA or its regulations providing clear notice to the District that it must carry a student up and down stairs inside and outside an apartment building to the bus.

Pierre-Noel suggests that the District was on notice that the IDEA might require lifting and carrying when it issued its transportation policy in 2013. *See id.* at 21–22. She notes that the District explicitly disclaimed its obligation to lift or carry disabled students, citing health and safety concerns. *See* AR at 1045. Pierre-Noel argues that this language shows that the District knew it might have to provide these services, so it wanted to "preemptively get out in front of that [and] put in the policy we are not going to do it." Hr'g Tr. at 22.

The Court disagrees. The Spending Clause analysis asks the Court to consider whether a reasonable state official would think "transportation" includes lifting or carrying a student. And in any event, the opposite inference from Pierre-Noel's is equally plausible—the District did not think that the IDEA required such a service, so it proactively informed parents about the services

19

it had to provide. Indeed, the fact that the District prohibited any carrying or lifting of students while pledging to provide bus transportation, including lifts and other specialized equipment, shows that it was closely tracking the IDEA's meaning and implementing regulations. *See, e.g.*, AR at 1040 (transportation policy cites 34 C.F.R. § 300.34(a) in explaining what it has to provide); AR at 1115 (District explained that it would provide "a transport chair to transition to/from the school bus . . . to ensure safe transition onto the bus[.]").

**4.**

Pierre-Noel raises a few additional arguments on the transportation issue. None is persuasive. *First*, Pierre-Noel at times construes her transportation claim as a "failure to implement" claim—which assess whether the school materially deviated from the IEP's terms. *See, e.g.*, Pl. MSJ at 20–22; Hr'g Tr. at 45. The core of Pierre-Noel's argument here is that because the lifting and carrying service is enumerated in the IEP, the IDEA must require someone to provide it. *See, e.g.*, Pl. MSJ at 20–21. Not so. While IEPs help tailor special education and related services to the unique needs of a disabled child, *see, e.g.*, *Endrew F.*, 580 U.S. at 391, their terms cannot override federal law. Thus, the question is not whether the school failed to implement the IEP's terms, but whether the terms of the IEP exceed the scope of the District's responsibilities under the IDEA.

*Second*, Pierre-Noel argues that if the District does not have to carry K.N. to the bus, the school does. *See* Pl. MSJ at 34–38. But this claim lacks a foundation in law. The Court's holding that the IDEA does not mandate carrying K.N. to the bus applies with equal force to the school as a related-service provider. And in any event, the school appears to be relieved from *all* transportation obligations (even assuming carrying a student to the bus were included). Under the IDEA, a State

20

shall use the payments that otherwise would have been available to a [school] . . . to provide special education and related services directly to children with disabilities . . . if the [State] determines that the . . . children . . . can best be served by a regional or State program or service delivery system designed to meet the needs of such children[.]"

20 U.S.C. § 1413(g)(1). In other words, the District may decide that it—rather than individual schools—can best provide a related to service to the disabled children within its jurisdiction. The District confirms that it has chosen this route. *See* District MSJ at 10–11; *see also* AR at 1473–74. It must therefore provide transportation "in such manner . . . as [it] considers appropriate" in compliance with the IDEA. 20 U.S.C. § 1413(g)(2).

The Court sees nothing in this language that preserves a role for the school once the State has decided to provide a related service. *See* Pl. MSJ at 37 (making this argument). More, the District's transportation policy provides: "It is the expectation of [the District] that all [schools] adhere to this Policy." AR at 1039. In other words, the school would contravene District policy even if it volunteered to transport K.N. for free. The best reading of § 1413(g) is that reimbursement under the IDEA *may* be available to schools for related services, but if the State decides it can deliver the service better, it assumes the responsibility (and receives the funding).

*Third*, exhaustion. Pierre-Noel argues that the District cannot now challenge the transportation condition in the IEP because it failed to exhaust this claim through the IDEA's processes. *See* Pl. Reply at 13. The District argues that it need not exhaust a defense that lifting and carrying falls outside the meaning of the IDEA's related services provision. *See* District Reply at 3–4, ECF No. 30. The Court agrees.

The IDEA provides: "[B]efore the filing of a civil action . . . the procedures under subsections (f) . . . shall be exhausted." 20 U.S.C. § 1415(l). Phrased in the passive voice, it does not specify who must exhaust. *Cf. Bartenwerfer v. Buckley*, 143 S. Ct. 665, 672 (2023)

21

("Passive voice pulls the actor off the stage."). But subsection (f) clarifies. It states that "parents or the [school] involved in [a due process] complaint shall have an opportunity for an impartial due process hearing[.]" 20 U.S.C. § 1415(f)(1)(A). So the exhaustion provision most naturally refers to parents or a school. *Cf. Bartenwerfer*, 143 S. Ct. at 672 ("[C]ontext can confine a passive-voice sentence to a likely set of actors."); *accord Fry*, 580 U.S. at 157–58 (noting that the "plaintiff bringing suit . . . must first exhaust the IDEA's administrative procedures.").

As the Sixth Circuit recently explained, the IDEA's exhaustion requirement recognizes that three laws allow disabled children to seek relief for difficulties encountered at school. *See Doe ex rel. K.M. v. Knox Cnty. Bd. of Educ.*, 56 F.4th 1076, 1080 (6th Cir. 2023). That history matters because "the IDEA now allows parents to pursue overlapping claims under the ADA or Rehabilitation Act, but they must complete the IDEA's administrative process if they are 'seeking relief that is also available under' that law." *Id.* (quoting 20 U.S.C. § 1415(l)). Thus, cabining the IDEA's exhaustion provision to parents and schools accords with the Act's text and structure.[11]

* * *

No party (nor the hearing officer) has engaged in close textual analysis of the IDEA. And the parties make only passing references to the interpretative gloss required for Spending

---

[11] Pierre-Noel gestured to subsection (b)(6) during the motions hearing, *see* Hr'g Tr. at 47, which states that "any party [may] present a complaint . . . with respect to any matter relating to . . . the provision of a free appropriate public education to such child; and "which sets forth an alleged violation that occurred not more than 2 years before the date the parent or public agency knew or should have known about the alleged action," 20 U.S.C. § 1415(b)(6). "Any party" thus refers to a "parent" or a "public agency." While it is true that the District is a state educational agency, and thus could be a public agency, that interpretation renders (b)(6) inconsistent with the exhaustion provision itself. As discussed, the exhaustion subsection cites (f), which only suggests that a parent or school could exhaust. The only role contemplated for the District in (f) is that it may conduct due process hearings, as determined by State law. *See id.* § 1415(f)(1)(A).

Clause statutes. The District largely relies on its transportation policy, which states that it will provide transportation using lifts, ramps, and other mechanized equipment for disabled students, but that it will not lift or carry them. *See* District MSJ at 11–13. As discussed, the District's policy accords with the Court's reading of transportation.[12] For her part, Pierre-Noel's primary arguments are rooted in cases interpreting the phrase "supportive service" in the "related services" provision. *See, e.g.*, Pl. MSJ at 18, 20–24. The Court addresses these arguments next.

**B.**

Pierre-Noel argues that the lifting and carrying she seeks is a "supportive service." Pl. MSJ at 25–26; *see also* Hr'g Tr. at 24. "[S]upportive services" is further defined by a parenthetical listing various types—"speech pathology and audiology services, interpreting services, psychological services . . . [and] counseling services, including rehabilitation counseling, orientation and mobility services[.]" 20 U.S.C. § 1401(26)(A). Nothing in the enumerated list resembles lifting or carrying a student to a bus from his residence before the school day begins. More, the IDEA's implementing regulations also define these services, and none relate to lifting or carrying students. *See* 34 C.F.R. § 300.34(c)(1–15).

Recall that the phrase "supportive services" also falls at the end of a list: "transportation, and such developmental, corrective, and other supportive services." 20 U.S.C. § 1401(26)(A). While "other supportive services" may be broad if read in isolation, *see* Pl. MSJ at 25, the

---

[12] The District does not ask the Court to defer to this policy as a reasonable interpretation of the IDEA, and in any event it appears to be non-binding guidance. But the soundness of the District's policy as a safety measure is borne out in this case. Even Pierre-Noel testified below that K.N. tends to "squirm" and "hyper extends his back," so whoever is carrying him has to "really hold him firmly" so that neither he nor they get hurt. AR at 1577. More, Pierre-Noel's witness offering to provide private transportation testified that he would not carry K.N. in the way Pierre-Noel wanted—over the shoulder outside of his wheelchair—because of safety concerns. *See* Hr'g Tr. at 11, 19–20.

preceding words cabin it. The canon *ejusdem generis* instructs that "[w]here general words follow an enumeration of two or more things, they apply only to persons or things of the same general kind or class specifically mentioned." Scalia & Garner at 199; *see also Circuit City Stores, Inc. v. Adams*, 532 U.S. 105, 114–15 (2001) (applying this canon to "seamen, railroad employees, or any other class of workers engaged in foreign or interstate commerce"). Where "other" precedes a general term at the end of a list, the canon "implies the addition of *similar* after the word *other*." Scalia & Garner at 199.

So the class of "other supportive services" are those similar in kind to "developmental" and "corrective" services provided to disabled students. These terms most naturally refer to services provided to help disabled students develop (physically or mentally) and correct things with which they may be struggling. *See, e.g.*, Development, Webster's New Collegiate Dictionary (7th ed. 1963) (cross-referencing "developmental" and defining "development" as the "act, process, or result of developing"); Corrective and Correct, The American Heritage Dictionary of the English Language (1976) (defining corrective as "tending or intending to correct," and "correct" as "[t]o remove, remedy, or counteract"). Pierre-Noel does not show that the lifting or carrying she requests is something that helps K.N. develop or that corrects something with which he struggles.

K.N.'s own IEP is good evidence of what "other supportive services" means. A section entitled "motor skills/physical development," for example, details the supports he needs during the school day to progress. IEP at 16–17.[13] Similarly, a section entitled "Blind/Visually

---

[13] Plaintiff's counsel also suggested during the motions hearing that lifting and carrying K.N. falls with a "mobility service"—one of the enumerated "other supportive services." Hr'g Tr. at 24; 20 U.S.C. § 1401(26)(A). The IDEA's implementing regulations define "orientation and mobility services" as "services provided to blind or visually impaired children by qualified personnel to enable those students to attain systematic orientation to and safe movement within

24

Impaired" explains that K.N. requires "supports to assist [him] with using his eyes to visually attend to objects and people." *Id.* at 3; *see also id.* at 4 (explaining that K.N. requires access to "services to support his communication, mobility[,] and positioning in the classroom and school (e.g. stander and Rifton chair with wheels)"). The Court finds that lifting and carrying K.N. up and down stairs to get him to the bus is not an "other supportive service" under the IDEA.

Pierre-Noel does not argue that the District must lift and carry K.N. based on the text of "other supportive services." Instead, she points to various cases interpreting that statutory language broadly to further the IDEA's purpose. *See, e.g.*, Pl. MSJ at 22–24; Pl. Reply at 4–6. In *Irving Independent School District v. Tatro*, for example, the Supreme Court held that changing a student's catheter during the school day to drain her bladder ever three to four hours qualified as a "supportive service . . . required to assist a handicapped child to benefit from special education." 468 U.S. 883, 890 (1984). The Court reached that result by deferring to a Department of Education regulation explaining that catheterization is a related service. *See id.* at 890 n.7, 891. It also noted that its reading furthered the IDEA's purpose to "make public education available to handicapped children." *Id.* The Court reasoned that, based on this purpose, catheterization "permit[s] a child to remain at school during the day" and is "no less related to the effort to educate than are services that enable the child to reach, enter, or exit the school." *Id.* Pierre-Noel seizes on the "reach, enter, or exit the school" dicta to argue that the District must carry K.N. up and down stairs to the school bus. *See, e.g.*, Pl. MSJ at 22.

---

their environments in school, home, and community." 34 C.F.R. § 300.34(c)(7). It also references teaching students to use a cane, service animal, or spatial or environmental awareness to navigate. *See id.* No service involves lifting or carrying a student—indeed, most aim to help the student move on his own—so this argument is unpersuasive.

Similarly, in *Cedar Rapids Community School District v. Garret F. ex rel. Charlene F.*, the Supreme Court held that providing continuous, one-on-one nursing services to a ventilator-dependent student qualified as a "supportive service." 526 U.S. 66, 73 (1999). The Court began by noting the broad nature of the related services provision. *See id.* Then, relying on *Tatro*, the Court reasoned that "[a]s a general matter, services that enable a disabled child to remain in school during the day provide the student with the meaningful access to education that Congress envisioned." *Id.* One reading of this broad dicta, which Pierre-Noel favors, is that a State must provide any supportive service if it enables a child to attend school. *See* Pl. MSJ at 22–23.

Justice Thomas dissented in *Cedar Rapids*. He explained that *Tatro* "cannot be squared with the text of [the] IDEA" and even assuming it could be, it "ignores the constitutionally mandated rules of construction applicable" to Spending Clause statutes. *Cedar Rapids*, 526 U.S. at 79 (Thomas, J., dissenting).

This dissent was prescient. In *Murphy*, the Court confirmed that the IDEA should be interpreted as a Spending Clause statute. *See* 548 U.S. at 295–96. That is, courts must look for clear statements in the text before imposing requirements on states. *See id.* This the *Tatro* and *Cedar Rapids* Courts did not do. More, neither opinion considered the meaning of "transportation" as a related service, which is really what Pierre-Noel requests here. *See, e.g.*, Pl. MSJ at 16–22; IEP at 24, 27 (listing the lifting and carrying requirement in the transportation section of the document). Finally, both cases involved "supportive services" provided during the school day. *See Tatro*, 468 US. at 886; *Cedar Rapids*, 526 U.S. at 73. Pierre-Noel requests services outside of school hours, in her private apartment building. Taken to its logical conclusion, her reading of "supportive services" could encompass many other preconditions to a child arriving at school, such as getting him out of bed. *See* Hr'g Tr. at 32–33 (Plaintiff's

26

counsel conceding that such a service would be included within her interpretation of the statute). The IDEA's provision of related services that "may be required" for a child to receive a FAPE cannot be stretched so far. For these reasons, the Court finds that *Tatro* and *Cedar Rapids* do not control this case.

Pierre-Noel also relies on *Petit v. U.S. Department of Education*, 675 F.3d 769 (D.C. Cir. 2012), to argue that "related services" in general should be interpreted "by reference to services that must be provided in order to get students to, or keep students in, school." Pl. MSJ at 22. In *Petit*, the Circuit analyzed whether "audiology services" in the related services provision required a school to help children optimize their surgically implanted hearing aids. 675 F.3d at 771. The Department of Education had issued regulations stating that such a service was not required as a related service because the Act excludes assistance with "a medical device that is surgically implanted." *Id.* The court, deferring under *Chevron* step two, held that the regulations permissibly construed "audiology services," which it found was ambiguous. *See id.* at 780–87. *Petit*, like *Tatro* and *Cedar Rapids*, does not interpret the meaning of transportation as a related service, or even other supportive services—Pierre-Noel's alternative argument. So it has little bearing on the Court's reasoning.

Finally, Pierre-Noel argues that this Court should follow *District of Columbia v. Ramirez*. *See, e.g.*, Pl. MSJ at 17–22; Pl. Reply at 7–9, ECF No. 28. In *Ramirez*, Judge Bates held that the District had to provide a disabled student transportation from his apartment door to the bus, no matter the number of steps involved. *See* 377 F. Supp. 2d 63, 65 (D.D.C. 2005). *Ramirez* is distinguishable for two reasons. First, the court's reasoning largely turned on the language of a prior District directive, which stated that disabled students "shall be picked up and dropped off either at the door of their residence, or at the curbside of their residence." *Id.* at 66. Given that

language, the court upheld the hearing officer's finding that "it was not unreasonable for [the District] to bear responsibility for transporting [the student] from the door of his family's apartment to the school bus." *Id.* at 70; *see also id.* at 69 (deferring to the hearing officer's finding that the District "is not foreclosed from" carrying a student). That directive is no longer valid, *see* District MSJ at 13, and as explained, this Court is not affording the hearing officer similar deference as was appropriate in *Ramirez*.

Second, because *Ramirez* was decided before the Supreme Court's decision in *Murphy*, the court did not consider the implication of Spending Clause interpretative principles. *See Ramirez*, 377 F. Supp. 2d at 68–70. For the reasons already discussed, the Court believes *Murphy* is key to the analysis here. The Court therefore rejects Pierre-Noel's arguments grounded in *Ramirez*.

\* \* \*

The Court acknowledges the many challenges that both Pierre-Noel and K.N. face due to his disability, compounded by Pierre-Noel's disability. But as the D.C. Circuit explained in *Petit*, "the Supreme Court has refused to interpret free appropriate public education to require the furnishing of every special service necessary to maximize each handicapped child's potential." 675 F.3d at 783. Instead, the Court has "made clear that the Act guarantees a substantively adequate program of education to all eligible children." *Endrew F.*, 580 U.S. at 394. If Pierre-Noel decides that the homebound instruction the school provides in accordance with K.N.'s IEP is inadequate, she has other options. She could arrange for private lifting services, seek assistance from another public program, move to an ADA-compliant home, or arrange for her husband to carry K.N. But the IDEA does not oblige the District to carry K.N. up and down residential stairs to the bus.

28

## C.

Pierre-Noel next argues that the hearing officer rightly found that the July IEP was inappropriate, but he erred by failing to order the school to fix it. *See* Pl. MSJ at 40–43. The school claims that the officer erred when he found the July IEP inappropriate at the outset. *See* School MSJ at 16–21. Pierre-Noel is correct.

Recall that the hearing officer found the July IEP inappropriate because it did not include in-person tutoring while K.N. would be learning at home. *See* HOD at 10–11. The officer found that the school knew more than a month before the July IEP meeting that the District would refuse to carry K.N. up and down stairs. *See id.* at 11. Thus, the officer reasoned that there was time before K.N. was supposed to start in September to reconvene the IEP team and adopt the learning plan that the parties agreed to in October. *See id.* That plan—which is still in place—now provides an in-person tutor for K.N. three hours a day, five days a week, and a vision specialist for one hour every Wednesday. *See id.* at 8.

Though the Court ultimately agrees with the hearing officer's bottom line, it again gives his decision little deference. First, as Pierre-Noel points out, despite finding that the IEP was inappropriate, the officer did not order the school to fix it. *See id.* at 11, 22; *see also* Pl. MSJ at 16, 44–47. Second, the decision contains an incorrect factual premise. It states: "It is uncontroverted that [K.N.]'s least restrictive environment is a general education classroom with 10 hours of specialized instruction outside general education." HOD at 11. Not so. K.N.'s IEP provides that his least restrictive environment is "specialized instruction outside of the general education setting with a dedicated nurse aide." IEP at 22; *see also* School MSJ at 18 ("The student's IEP has never proposed placement in a general education classroom."). Third, the

officer does not explain how Pierre-Noel met her initial burden of production in front of him. *See* HOD at 10–11.[14]

Recall that "special education" under the IDEA is "specially designed instruction . . . to meet the unique needs of a child with a disability." 20 U.S.C. § 1401(29). To ensure that a child receives that instruction, his IEP must describe the services provided that enable him to advance and attain appropriate goals. *See id.* § 1414(d)(1)(A)(i)(IV). The "key inquiry regarding an IEP's substantive adequacy is whether, taking account of what the school knew or reasonably should have known of a student's needs at the time, the IEP it offered was reasonably calculated to enable the specific student's progress." *Z.B.*, 888 F.3d at 524. While this Court evaluates the IEP when it was created, "evidence that post-dates the creation of an IEP" can be "relevant to . . . whether the IEP was objectively reasonable at the time it was promulgated." *Id.* (cleaned up).

Pierre-Noel argues that without in-person support at home, K.N. cannot access his curriculum or receive a meaningful education because of his complex medical needs. *See* Hr'g Tr. at 50–51; *see also* Pl. MSJ at 40–42. And the school conceded that it knew this fact when it drafted his IEP. *See* Hr'g Tr. at 54 ("There was never any dispute from Bridges that the student required in-person support if he was going to be learning at home"). Indeed, in the administrative proceedings, the school's own witness testified that K.N. needs in-person support when learning from home. *See id.*; *see also* AR at 1608 (school's witness testifying that K.N. needs to be moved into various positions for virtual learning). But the school maintains that the

---

[14] In due process hearings involving challenges to a child's IEP, the party bringing the challenge bear the initial burden of production to establish a prima facie case. *See* D.C. Code § 38-2571.03(6)(A)(i). Here, that was Pierre-Noel. If she meets her burden, then the school "shall hold the burden of persuasion on the appropriateness of the existing [IEP]." *Id.*; *see also W.S. v. District of Columbia*, 502 F. Supp. 3d 102, 120–21 (D.D.C. 2020). Given the school's concessions at the motions hearing about an in-person aide, the Court will not delve into whether the parties met these burdens before the hearing officer.

broad language in the IEP—that the "team will develop a plan for continuation of services," IEP at 21—is appropriate because it afforded the school flexibility, *see* Hr'g Tr. at 56; *see also* School MSJ at 20.

The Court agrees with Pierre-Noel that the IEP should have included a provision for an in-person aide given K.N.'s unique challenges when learning from home. While the IEP's language may have given the school flexibility, it did not adequately specify the special education and related services that K.N. would require at home. Indeed, the record reflects that Pierre-Noel first asked for an in-home aide at the July IEP meeting. *See* AR P-22 at 9:10–10:20. And the school responded that they could discuss it if K.N. could not get to school in the fall. *See id.* But the school knew that K.N. could not reach school because of the transportation issue as early as July after the District's inspector visited the apartment building.

More, as all parties acknowledge, the school has been providing K.N. an in-person tutor for three hours a day, five days a week, and a vision specialist every Wednesday for one hour since mid-October. *See* HOD at 8; *see also* AR at 1603–04. The post-hoc provision of these services suggests that the IEP was not reasonable at the time it was written. *See Z.B.*, 888 F.3d at 524. Indeed, the school could have reconvened the IEP team much earlier to ensure that these same backup services were in place by K.N.'s first day of school.

For these reasons, the Court finds that the July IEP was inappropriate. It will grant Pierre-Noel summary judgment on this claim and order the school to convene an IEP team to amend the IEP's language to include K.N.'s in-person services. *Cf. Reid ex rel. Reid*, 401 F.3d 516, 526 (D.C. Cir. 2005) (noting court may fashion an equitable remedy for denial of a FAPE); *see also* Pl. MSJ at 42–43 (requesting this precise relief).

**D.**

Pierre-Noel's final argument is that the hearing officer should have found the school liable for failing to provide a nurse in school as required by his IEP. The hearing officer's reasoning on this issue is terse. In sum, he found that the school did not have a nurse ready for the first two weeks when K.N. was scheduled to return to school. *See* HOD at 12. But since K.N. never reached school because of the transportation dispute, the officer found that he was never denied a FAPE. *See id.*

The Court agrees with this conclusion. The school has never disputed its obligation to provide K.N. a nurse when he returns to school. *See, e.g.*, School MSJ at 15–16 ("Bridges stands ready to staff and onboard a nurse as soon as there is an agreement on when [K.N.] will return to school in person"); Hr'g Tr. at 61. In fact, the record reflects that the school identified a nurse before K.N.'s September start date, and tried to set up a time for Pierre-Noel to meet with her to discuss logistics. *See* AR at 1568–69. After that nurse abruptly quit, the school found another nurse who was able to start in short order. *See id.* at 1569. But none of this mattered because from July 2022 onward, K.N. never made it to the bus to get to school.

More, recall that K.N.'s July IEP is still in effect. It states: "The Dedicated Nurse Aide will be removed from this IEP as K.N. attends virtually. The Dedicated Nurse Aide will be added back to the IEP upon resuming school in person." IEP at 21. Recognizing this, the hearing officer ordered the school to have a nurse available to K.N. when he resumes in-person instruction. *See* HOD at 22. While Pierre-Noel argues that the school materially deviated from K.N.'s IEP and thus failed to provide him a FAPE, *see* Pl. MSJ at 38, the school has followed the IEP to the letter as to the dedicated nurse aide, *see* School MSJ at 15–16. *Cf. Johnson v. District of Columbia*, 962 F. Supp. 2d 263 (D.D.C. 2013) (failure to provide special education teacher

32

was not failure to implement IEP because the school will be able to provide one by the time student needs it). And suggesting that the Court should order the school to provide an in-school nurse when it knows K.N. cannot get there is preposterous.

In any event, Pierre-Noel lacks standing to press this claim now. To sue in federal court, a plaintiff must show that she has suffered an injury traceable to the challenged action of the defendant, and that it is likely to be redressed by a favorable decision. *See Spokeo v. Robbins*, 136 S. Ct. 1540, 1547 (2016). To prove injury, Pierre-Noel must show that K.N. suffered an "invasion of a legally protected interest that is concrete and particularized and actual or imminent, not conjectural or hypothetical." *Id.* at 1548.

Because K.N. has not been attending school in person, he has suffered no injury from the school's failure to retain a nurse. More, his mother cannot prove that the school violated the provisions of his IEP because, as explained, his IEP stated that the dedicated nurse would not be provided in school while he learns from home. *See* IEP at 21. And as to redressability, the hearing officer has already ordered the school to provide him a nurse when he returns. *See* HOD at 22; *see also* Hr'g Tr. at 61 (the school confirmed that an order from this Court would have no impact because Bridges knows they must have a nurse in place for K.N.'s return). Thus, because Pierre-Noel has not proven any cognizable injury to K.N. that is redressable, the Court lacks subject matter jurisdiction over this claim. *Cf. Emery v. Roanoke City Sch. Bd.*, 432 F.3d 294, 299–300 (4th Cir. 2005) (finding that a student lacked standing to sue in IDEA case when he suffered no financial loss for the school district's failure to reimburse his schooling expenses).[15]

---

[15] If K.N. is arguing that the school will fail to have a nurse in person when he is ready to return, *see* Pl. MSJ at 39, this claim is not ripe because it "depends on future events that may never come to pass," *Devia v. Nuclear Regul. Comm'n*, 492 F.3d 421, 425 (D.C. Cir. 2007).

## IV.

For these reasons, the Court will grant the District's motion because it finds that the IDEA does not require it to carry K.N. to the bus. The Court will also grant Pierre-Noel's motion as to the inappropriate IEP claim, but will deny it in all other respects.[16] Finally, the Court will grant the school's motion as to the in-school nurse, but will deny it in all other respects. A separate order will issue today.

Dated: April 6, 2023          TREVOR N. McFADDEN, U.S.D.J.

---

[16] Pierre-Noel also seeks attorneys' fees under the IDEA, which provides that the Court "may award reasonable attorneys' fees . . . to a prevailing party who is the parent of a child with a disability." 20 U.S.C. § 1415(i)(3)(B)(i)(I). While Pierre-Noel did not receive all the relief she requested, she did prevail on her inappropriate IEP claim against the school. So she may be entitled to recover reasonable fees. The parties must meet and confer, and if they cannot agree on fees, Pierre-Noel may file a motion for fees within 45 days from the date of this opinion.

# Attachment A

| Year | Source or Source Type | Excerpt of Concordance Line | Classification/Description |
|---|---|---|---|
| 1965 | Time Magazine (Magazine) | time. But this was about 10 million fewer than Bossman Moses had projected. There had been plenty of grumbles. The price tags were higher, for exhibitors and fairgoers alike, than anyone seemed to have counted on, the queues for the most popular shows were almost unbearably long, the **transportation** system seemed to have been devised by a committee of leprechauns, the so-called Amusement Area was notably unamusing, and everything snapped shut at 10 p.m. - hardly an inducement to New Yorkers who had to work during the day. # A Porpoise on the House. So this season was ushered in | Transportation system |
| 1975 | News/New York Times (News) | goes beyond the problem of preserving economic health in the face of diminishing energy and other resources; it also relates to long-range tax and budget policies to avoid inflation. There is a need for integrated programs to ensure that critical national goals are met in such areas as housing and urban development, **transportation**, health, education, protection of the environment and to provide full employment for the nation's continuously expanding labor force. The day-by-day operation of private markets can not deal with all those objectives; all of them involve the participation of government through taxation, public expenditures, regulation, subsidies, | Ambiguous |
| 1971 | News/New York Times (News) | was " just unbelievable, " " People just do n't understand how it can take a letter two or three days to get across town,' he said. " They have to realize that it's in transport,, on the streets, a good part of the time, because **transportation** is so slow in New York. " He also observed that mail processing in New York was not " very up to date. " What has worried some mail users the most is the issue of increasing rates. Magazine publishers, to take only one example, will have to absorb an | Vehicular Travel (that transports mail) |
| 1966 | Fiction | no wider than a mile. The city would stop immediately at its mile width, at which point the country would commence. This would allow any citizen with the ability to use his or her legs to walk from the midst of the city into the midst of the country. Unexcelled **transportation** systems would be put into use for the traversing of the city's length. An underground system traveling at the speed of two hundred miles an hour. An overhead system traveling at the rate of four hundred miles per hour. Two very wide belts, much like conveyor belts, would stretch | Vehicular Travel (high speed); Transportation system |
| 1974 | Academic/Non-Fiction | the effectiveness of that industry in providing goods or services. It is a fair assessment of the organization of the transit industry to say that it is geared to produce a service but most certainly not to sell it . If we review the various organizational charts presented in the book Principles of Urban **Transportation**' to see the organizational forms typifying different segments of the industry, the lack of a marketing function is most disturbing. Seven organizational charts arc shown in Principles, song more or less idealized // and others taken from those used by actual operating companies at the time the book was written. | Industry of Transportation |
| 1965 | News/New York Times (News) | ised at the time they helped settle the New Year's strike' threat of 1964, and he said he hoped this committee would get going within " weeks. " The proposed committee would be required to study all public, passenger **transportation** in the, city and its relationship to oth er **transportation** and to neigh-1 boring areas, aiming at a long-, term solution. One study, fon in-' stance, might be how suburbs of the Boston metropolitan dis-, triet help pay for transit lines;) the authority here has already studied such problems as zone fares. Fare Stable Since | Transportation system (fares to travel on) |
| 1974 | Academic/Non-Fiction | items as health, education, legal assistance? and even babysitting services? is part of a bundle of activities necessary to help break people out of the ghetto cycle. Another factor often neglected has been the cost of poor public **transportation** to poor people. The erosion of traffic from mass **transportation** modes, often as a result of the highway policy of the federal and other levels of government, has usually resulted in a substantial decline in the quality of service and a rise in the fares charged by public transit companies. The service decline as much as the fare boost is a substantial | Transportation system (fares to travel on) |
| 1967 | News/New York Times (News) | looking for work. In New York City, the jobs and the workers could be brought together by a 20-cent subway or bus ride, or a worker could probably find housing near his job. On Long Island , however, restrictive zoning by the towns and the lack of convenient low-cost mass **transportation** have left many plants isolated from areas in Nassau County that have a surplus of labor. New York City officials often point to these problems as some of the unanticipated hazards of moving a business from the city to the suburbs. The most common reason given for moving is the need for space | Vehicular Travel (subway, bus) |
| 1966 | Letter/New York Times | if in fact it were nothing but a show put on by a showman. Though it is nonsense to speak of Mr. Quill as " simply carrying out the will of his membership " he is not and should not be treated as the whole show. There are serious problems involved in low-cost **transportation** in this city. Once this strike Is settled, the really serious problems should have priority attention. They should not, as in the past, be filed away until the next crisis, DANIEL ALLEN New York, Jan. 7, 1966 The writer was formerly associated with the American. Federation | Industry of Transportation (strike against) |

| Year | Source | Text | Category |
|---|---|---|---|
| 1974 | Academic/Non-Fiction | has a high private standard of living. Nevertheless, our public living standard is low? witness the standards of health, education, housing, mental care, **transportation**, to name a few, when it is public health, public education, public housing, public mental care, or public **transportation**. The issue? and the contrast is sharpened when one relates the standards of public services to our vast national wealth and finds disturbing extremes. It is further sharpened today because the majority of the nation's population sides in urban places. In such close quarters and such | Transportation system (as public service) |
| 1975 | Fiction | sleet of cosmic radiation harmed no buildings, no tools or machines, no books, little, indeed, except what was alive. Gazing into a viewscreen, where clouds parted briefly to show high towers by a lake, Trevelyan said: " Populous, which means they had efficient agriculture and **transportation**, at least in their most advanced regions. I can identify railway lines and the traces of roads. Early industrial, I'd guess, combustion engines, possible limited use of electricity.... But they had more aesthetic sense, or something, than most cultures at that technological level | Transportation system (railway lines, roads) |
| 1974 | Academic/Non-Fiction | mass transit has it all over private **transportation** when it comes to effective utilization of space. The successful functioning of the nation's very large cities, such as New York, Chicago, Boston, or Philadelphia , where considerable demands are placed on travel arteries, cries out for means of transportation possessing substantial capacity; mass **transportation** fits these needs. Moreover, these are the cities which could not survive without rail rapid transit and commuter railway service. Table 2? 2 shows data for some selected cities and indicates the number of persons entering downtown areas during an average day, and the | Transportation system (rail transit, commuter railway service) |
| 1967 | Letter/New York Times | alone is no reason why it should be considered less relevant for today's problems, the conflict over the Trade Center raises the question of relevance. I with fourteen others was a prochiet of the authority's recruiting program in 1960. Involvement With Rails In the mind of many trainees, the **transportation** problem in New York, of which the railroads were and are such an important part, should have presented the authority with its greatest opportunity and challenge. But we discovered that the organization entertained an almost neurotic fear of becoming entangled with railroad problems. We asked questions, but we were ignored | Transportation system (railroads) |
| 1965 | News/New York Times (News) | demonstrably beyond the private capital resources of the railroad companies. " The solution, the business group went on, " will require a single public agency or cooperating state agencies that will plan and carry out complete modernization and rationalization of the lines. " " With Federal aid tinder the 1964 Mass **Transportation** Act, " the committee said, " this program would provide the region with a more satisfactory standard of service at manageable cost, and both private and public costs would be far lower than any alternative. " At City Hall Mayor Wagner staked out a claim for tying the city's subway | Transportation system (railroads) |
| 1965 | News/New York Times (News) | probably less than time losses that could be attributed to' hangover'. " The Government has invoked the Taft-Hartley injunction seven times in the last five years, and has gone beyond its normal mediation efforts in 20 cases, according to the Labor Department. Fourteen of these cases have involved the **transportation** industry, the department says., Most labor experts agree that! the multitude of craft unions inl that industry, heightened by; swift technological change,' poses a severe test for free col-1 lective bargaining. They foresee continued Government intervention in the field. One reason the labor movement has not | Industry of transportation |
| 1967 | News/Christian Science Monitor | Japan use public funds to help finance elections. Now Congress is escalating the battle over whether the United States should do likewise. Campaign costs are so huge that some wealthy people are charged with the ability to " buy " elections. Radio, television, periodical, and similar advertising, plus **transportation**, cost so much in a national presidential election campaign that President Johnson now proposes the government subsidize these main costs. " Most congressmen seem to like the subsidy concept, " reports today's dispatch from Washington? if it can be worked out. But there are hurdles, several of which | Vehicular Travel |
| 1970 | News/New York Times (News) | unified concept of mass transit for the metropolitan area. It is bad enough that a portion of the present toll revenue should be siphoned off to subsidize mass transit: it will be crassly inequitable if the ability to commandeer motorists' funds should increase these tolls. Moreover, a coordinated, viable transportation system depends on the best utilization of all major elements in accordance with their special abilities to move people and goods. To improve one mode of transport by discouraging the other through punitive financial levies. can only result in a deteriorated system. No one questions the indispensable role played by the subways | Vehicular Travel (car, subway) |
| 1974 | Academic/Non-Fiction | basing much of its thinking on the past trends toward increasing use of the streetcar, could not envision how the city would ever get along without the electric trolley. " Looking at the trends, it simply could not be imagined that in the future the automobile would become the dominant means of **transportation** in most cities. Perhaps the single family home and increasingly dispersed living are the inevitable and inescapable trend of the foreseeable future. However, the rapid rise in the number of apartments being constructed in both urban and suburban areas indicates that many Americans are willing to put up with considerably more density | Vehicular Travel (automobile, streetcar, trolley) |

| | | | |
|---|---|---|---|
| 1971 | Movie | report. So you are really German? You know, the moment you came in, I said to myself, that American officer is a German agent. I could sense it. One hour? Gut. Yes, The Templehoff Hotel, tonight at 9:00. Danke. I'll arrange **transportation** from here from Colonel Klinkle. Klink! K-L-I... No, it was really quite simple. I, uh, cut the fuel lines, the plane lost power, and then I directed them to a field that I'd previously selected. (laughs) The-The fools even consider me a | Vehicular Travel |
| 1966 | News/Christian Science Monitor | to stay here.' " They're motivated. " General Greene is willing to talk about the Marines " way out " future too. Several months ago a panel of Marine Corps officers turned in a year-long study of what the corps should plan for the coming 20 years. High-speed air **transportation** concerned them. The possible use of rockets to carry marine battalions to Africa or Asia in 45 minutes or less is being seriously planned for the late 1970's. General Greene reminds you that the Marine Corps developed amphibious landing in the 1930's and the use of helicopters for troops after World | Vehicular Travel (rocket, helicopter) |
| 1970 | Letter/New York Times | where Rome is looking for leadership. " 729068 txt Letters to the Editor Letters to the Editor The Poor Need Railroads To the Editor: It seems the height of hypocrisy for U. S. **Transportation** Secretary John A. Volpe to herald the rescue of passenger train service through the newly formed Rail Passenger Corporation, while he allows such major commuter rail facilities as the Jersey Central to go down the drain of bankruptcy and dissolution. Editorial Dec. 6. Meanwhile national studies and statistics highlight the acute crisis | Agency/Entity (railroads) |
| 1975 | Time Magazine (Magazine) | its management, " which is considered excellent. " Indeed, Rothschild asserted, Copperweld would prosper under Imetal. # Imetal is a holding company formed last November to manage about 70 subsidiaries engaged in mining (nickel , lead, iron ore, zinc), metal processing, real estate, **transportation** and other ventures which the Rothschilds own or hold an interest in. Last year the group collectively posted after-tax income of $32.5 million on sales of $1.1 billion. The new firm's interests reach from Europe to the South Pacific, Africa and South America. Copperweld would give it a sturdy beachhead | Industry of transportation |
| 1970 | Movie | morning, Mr. Phelps. Albert Zenbra, the supreme boss of the syndicate's Mediterranean branch, which processes one-fourth of the world's illegal supply of heroin, is dying of cancer. Zenbra will soon designate a successor to whom he will transfer a secret list of the opium farms, **transportation** routes, carriers, and corrupt officials through which he operates. Your mission, Jim, should you decide to accept it, is to obtain that secret list and prevent Zenbra from perpetuating his empire. As always, should you or any of your I'm Force be caught or killed, the | Transportation system (route) |
| 1967 | Movie | was to get you a birthday present. It's not my birthday. Birthdays aren't on the calendar. It's in the heart. Colonel... it seems to me if the men are looking forward to it... I'd love to, Dr. Svenson, but there's no **transportation**. We'll go in your car. It's too crowded. I wouldn't care. Then it's settled. I'll get packed. Good! Hold it! Halt! Take it easy, Schultz. I'm just getting a drink of water. Don't be so jumpy | Vehicular Travel (car) |
| 1966 | News/Christian Science Monitor | the largest peacetime armada ever to be assembled in world history? have been carrying nine million tons of American grain to India this year. The United States has moved -- and India received, unloaded, and stored -- more than a million tons of food imports a month without dislocating the Indian **transportation** and distribution system. In the words of Washington's Secretary of Agriculture Orville L. Freeman, recently here on an inspection tour, the armada is part of history's greatest war? the war against hunger? in which he finds India today is playing an aggressive role. This war is far | Transportation system |
| 1974 | Academic/Non-Fiction | mobility are an economic and social cost burden upon the urban public. Action that can lessen these costs will not only benefit urban dwellers, but all citizens who utilize goods and services produced in urban areas? goods and services whose ultimate costs must reflect the various costs of urban life, including **transportation**. Much of what follows is a discussion of the transit industry. This is usually construed to mean those mass transportation firms and agencies that operate bus, rapid transit, street railway, and trolley bus services. The transit industry, as such, does not include taxicab companies nor operators of | Industry of transportation (firms operating buses, rapid transit, railways, and trolley bus services) |
| 1968 | News/New York Times (News) | that the four men, all closely associated with Fifth Avenue Coach, had misappropriated more than $4.8-million from the company. Fifth Avenue Coach operated New York City's bus system until the city acquired the bus lines in March, 1962, following condemnation proceedings. The company currently operates the Westchester Street **Transportation** Company, which runs bus lines in Westchester County, and the V.T.P. Metered Transportation Corporation, a limousine service. Mr. Cohn, a partner in the Manhattan law firm of Saxe, Bacon Bolan, came into national attention in the early nineteen-fifties as the chief counsel for the late Senator Joseph R. | Industry of Transportation (firm operating bus lines and limousine services) |

| | | | |
|---|---|---|---|
| 1974 | Time Magazine (Magazine) | to whether anyone had really won any thing worthwhile. Prime Minister Kakuei Tanaka warned that the big pay raises could set off a vicious wage-price spiral that would boomerang against consumers and threaten Japan's competitiveness in world markets . The workers themselves, who had gone so far as to stage a two-day **transportation** strike to press their demands, concede gloomily that most of their gains have already been wiped out by Japan's virulent inflation. Living costs so far this year are running 21% ahead of 1973. # Says a young accountant for a large cement company: " The big pay raise does | Industry of Transportation (strike against) |
| 1968 | Movie | Jenny! The window's wide open. (HOOTING) (GROWLING) (GROWLING) (GROWLING) (ANIMALGRUNTING) When I screamed, she bolted the cage. - I'm sorry, Marsh. - You're leaving tomorrow, just as soon as I can arrange **transportation**. - But Marsh -- - But Marsh nothing! - You promised, no more stunts! - It was n't a stunt! Then what would you call it? Oh, Marsh, please listen. Before my father wrote Death of a Matador, he went into the ring at Barcelona | Vehicular Travel |
| 1971 | News/New York Times (News) | between the sum which will be made available by the action of the Controller and the actual budget shortage, without affecting direct services for children. " There will be no cuts in the following areas: " 1 . Employment of day-today substitutes for absent teachers. " 2. Issuance of pupil **transportation** passes. " 3. Personnel in community school districts and their elementary and junior high schools. " 4. Personnel in high schools. " 5. After-school activities. " 6. Evening Academic/Non-Fiction high schools and evening trade schools. " 7. Adult education programs. " 8. School | Transportation system (pupil passes) |
| 1970 | News/New York Times (News) | of housing units but providing a suitable infrastructure for an integrated, comprehensively designed human city. This includes environmental services -- that is, shelter, water, drainage, sewerage, refuse collection, and utilities; and social services -- that is, education, welfare, health, employment, and **transportation**. What I'm saying is that it's easy enough to recognize the problems qualitatively, but it takes a good deal of work to analyze them quantitatively. " " We have to remember to set our sights on things we have some hope of achieving, " Kutty says. " Until | Transportation system (public service) |
| 1975 | Time Magazine (Magazine) | for his old boss. # Nearly two years later, Butterfield is still being hunted down by hard core Nixonians. Now head of the Federal Aviation Administration, which is under attack for neglecting safety standards, he has been hampered by the undercutting and sandbagging of Nixon allies in the Department of **Transportation**, the parent body of FAA. What is more, Butterfield has been getting midnight phone calls from old associates who have berated him for coming clean about the White House tapes. One call came from Rose Mary Woods, the former President's longtime secretary, who angrily assailed Butterfield as a | Agency/Entity (planes) |
| 1972 | News/Christian Science Monitor | as perhaps the largest part of that February hike in meat prices. Beef margins slim In the beef industry, as mentioned, only about one-third of each dollar of steak you eat goes to the middleman. And at each step of the beef process, costs (including labor, feeding, **transportation**, slaughtering, machinery, rent, and taxes) are rising, while profit margins are extremely slim. For the farmer who raises the cattle in the first place there just is n't much profit at all. Overall farm expenses by February 14, 1972, according to the U.S. Agriculture Department | Industry of Transportation (beef transporting) |
| 1970 | News/New York Times (News) | fiscal year that has not yet been formally appropriated. There was no indication tonight just how much delay or how much additional cost the $210 - million appropriation would create later on. The new figure was known, however, to have been supported by both the Boeing Company and the Department of **Transportation** as enough to forestall breaking up the team of scientists, engineers and subcontractors that has been working on development of the 1800-mile-an-hour airliner. The $210-million, It was reported, would mean some postponement of hardware procurement but would keep design and research work going essentially as before. The Senate and House | Agency/Entity (airplane) |
| 1966 | Movie | headed away from the compound. He must've decided to follow the herds. Sure, that's it. Lake Setu is only a few miles from here. That's never dry. Let's hurry up and fix this thing in case we miss him. He'll have water and **transportation** home. I'll use some tapes from the kit to bind the hose. That's a good idea. I wonder why Jack did n't do that. I do n't see any first aid kit here, do you? No. [ROARS] I'll let Clarence out and give him some | Ambiguous |
| 1970 | Time Magazine (Magazine) | the surface and gave it a top rating for skid resistance. # Liquid Latex Pavement. At Texas A. M., Research Engineer Douglas Bynum, 35, is testing his theory that the rubber in discarded tires might give asphalt added flexibility and more resistance to cracking. Working in the university's **Transportation** Institute, Bynum prepared samples of asphalt combined with ground-up rubber obtained from old tires . Test results showed that the powdered rubber-used as a binding material-increases asphalt's overall cohesiveness so that it does not split when roadbeds shift slightly or sink. Bynum's findings seem to be a natural outgrowth of experiments | Agency/Entity (car tires) |

| | | | |
|---|---|---|---|
| 1970 | News/New York Times (News) | Integrate whom with whom? The refugees are Palestinian Arabs. The local populations are Palestinian Arabs. Perhaps Mr. Forster means the integration of the Gaza refugees with their fellow refugees in Amman. This " integration " the Israelis encouraged from the first days after the June war by providing free one-way **transportation** to the Jordan River. On the West Bank, in at least the cases of the three villages of Immaus, Yalu and Beit Nuba, the Israeli Government encouraged " integration " by evicting the approximately 8,000 residents and leveling the houses. The frontiers Mr. Forster claims are open are so for | Vehicular Travel |
| 1970 | News/New York Times (News) | mass transit: it will be crassly inequitable if the ability to commandeer motorists' funds should increase these tolls. Moreover, a coordinated, viable transportation system depends on the best utilization of all major elements in accordance with their special abilities to move people and goods. To improve one mode of transportation by discouraging the other through punitive financial levies. can only result in a deteriorated system. No one questions the indispensable role played by the subways in New York, but they, literally can not begin to substitute for the motor vehicle where lack of population density and land use pattern require the | Transportation system; Vehicular Travel (car, subway) |
| 1974 | Academic/Non-Fiction | system? Providing such service, regardless of whether it is through the entire system or by means of special services, is likely to be highly expensive. This is evident in relation to the new rapid transit system being constructed in the Washington, D.C., metropolitan area by the Washington Metropolitan Area **Transportation** Authority (WMATA). Under the Highway Act, WMATA must provide access to all Washington Metro rapid transit stations for the handicapped and the aged. This means, for the most part, that elevators must be included in all rapid transit stations. Under the provisions of the Highway Act, | Transportation system (rapid transit system); Agency/Entity (WMATA) |
| 1974 | Academic/Non-Fiction | The principal unspoken reason for opposition was concern that organized transit labor would make off with most of the subsidy by means of high wage demands. The second goal, the campaign for which was launched in early 1972, was to split off some of the Highway Trust Fund money for mass **transportation** purposes. The Nixon administration gave very strong support to this aim. Both Secretary Volpe and, later, SecreThe // tary Brinegar spoke out on this issue at every opportunity, as did the president.' 1' In the Congress the issue of the Trust Fund was a difficult one, | Transportation system (rapid transit system) |
| 1967 | News Chicago | PLACE: International Amphitheater, 42d and Halsted streets. ADMISSION: Adults, 31; children 12 and under, 50 cents. EXHIBITS: More than 450 individual cars and trucks, import models, and experimental vehicles . Fifty displays devoted to accessories and allied equipment, plus special institutional displays. **TRANSPORTATION**: The Amphitheater is minutes from Chicago's Loop and easily accessible by car, bus, or taxi. Ample parking on west side of exhibition hall. TELEVISION: An exclusive telecast of the auto show will be presented on WGN-TV Channel 9 tomorrow from 5:30 to 7 p. m. BY JOHN | Vehicular Travel (car, bus, taxi) |
| 1974 | Academic/Non-Fiction | the period after the Second World War. Indeed, some observers noted that mass transit aid was the fastest growing of all federal programs. The Highway Act of 1973 is certainly not a trumpet blast announcing the arrival of the transit millenium, but it is an indication of strong support for mass **transportation** improvement in the United States. Despite its deceptive title, it is not just a highway act in the sense of providing passenger transportation by means of the private automobile; it might better be dubbed a transportation act because of its broad nobility implications in both rural and urban areas. The act | Transportation system; Vehicular Travel (cars) |
| 1972 | News/New York Times (News) | his mind, and the, vote was reversed today. Mr. Stafford said in an interview that he had initially planned to vote against the pro Senator iZCZA;.: Zt: Wr, Vd posal but had decided to vote for it after talking with John A. Volpe, the Secretary of **Transportation**. " Overnight, on reflection, I realized that my original view was right , " Mr. Stafford said, adding, " I come from a rural state, you know. " Mr. Volpe proposed last March opening up the trust fund and freeing some of the money for mass transit. | Agency/Entity (mass transit) |
| 1975 | News/New York Times (News) | have a strong suspicion that the railroad lobby is against such a common-sense safety measure for fear of damaging the " image' of the safest form of travel. It's time that such nonsensical thinking is put aside by government regulation. There is no valid reason to permit any form of public **transportation** to continue operation without the use of safety belts. ARTHUR M. HORST Reading, Pa., Jan. 6, 1975 731716 txt Letters to the Editor pg. 188 Letters to' the Editor | Vehicular Travel (mandatory safety belts on trains) |
| 1974 | Academic/Non-Fiction | poverty or the ghettos; but mobility, along with such items as health, education, legal assistance? and even babysitting services? is part of a bundle of ac tivities necessary to help break people out of the ghetto cycle. Another factor often neglected has been the cost of poor public **transportation** to poor people. The erosion of traffic from mass transportation modes, often as a result of the highway policy of the federal and other levels of government, has usually resulted in a substantial decline in the quality of service and a rise in the fares charged by public transit companies. The | Transportation system (rise in fares) |

| | | | |
|---|---|---|---|
| 1975 | Harpers Magazine (Magazine) | Company, announced a stunning innovation. In an industry with adamantine resistance to change and an aversion to punctuality, PIE proposed to guarantee on-time delivery in exchange for a 10 percent premium; if PIE was late, all freight charges would be refunded. Over the vigorous protest of the Department of **Transportation**, the ICC ruled that this plan amounted to an offer of " free " **transportation** and was illegal. Other agencies share the ICC's hostility to change. The FCC has stunted, perhaps irrevocably, the development of cable TV. The CAB labored long and mightily to arrest the growth | Agency/Entity; Industry of Transportation (freight shipments) |
| 1966 | News/New York Times (News) | Bill of Rights " to educate veterans were also enacted. At last, the nation is making the financial investment in education that has so long been needed. Congress's excellent record is marred only by its curious squabbling over funds for the modest Teacher Corps. Congress created a Cabinet-level Department of **Transportation**, started a program of improved railroad passenger service in the Boston-to-Washington corridor and expanded aid for mass transit. The. Maritime Administration was unwisely left out of the new department, no action was taken on the President's request for airway user charges, and much more needs to be done to | Agency/Entity; Transportation system (railroad service) |
| 1968 | News Chicago | One of the world's fastest passenger trains may be zipping thru the Illinois countryside within the next two months, THE TRIBUNE learned yesterday . Officials from the Illinois Central railroad said they are negotiating with the department of **transportation** to lease one of the super trains which would be used on experimental runs between Chicago and Carbondale, a distance of 307 miles by rail. Paul H. Reistrup, vice president of passenger service for the I. C., said the railroad has been involved in discussions with the department of transportation for | Agency/Entity (re: trains) |
| 1969 | Academic/Non-Fiction | to history, provided a grace and satisfaction to kitchen utensils that is almost entirely lost in this day of total massmanufacturing. \| IRON AMENITIES, PLAIN AND FANCY From the beginning of the Iron Age, man has depended on the blacksmith for his necessities of civilized life, his tools and utensils and **transportation**. When life became a little easier because of iron, man turned to his local smith for what may be termed the material amenities of living. These include the comfort and convenience of lighting appliances and the durable security of iron window grills, sturdy gates, and unassailable fences. Working within | Industry of transportation (raw materials) |
| 1971 | News/Wall Street Journal (News) | John Volpe, the Nixon administration has endorsed no-fault insurance in principle. But it has urged Congress to leave it up to the states to choose whatever no-fault legislation they want -- if any. Advocates of the coverage promptly accused the White House of burying the stronger support of no-fault insurance that the **Transportation** Department once urged. These advocates contended the administration is knuckling under to insurance industry demands that all insurance regulation remain fragmented among the 50 states. A month ago, Mr. Volpe expressed willingness to compromise and said he " would not object " to federal standards for state-level nofault programs provided they could | Agency/Entity |
| 1971 | Academic/Non-Fiction | can remove a part of the river's impact on the culture of the people living along its banks. The introduction of air conditioning into tropical and subtropical regions allows for ways of life that are not so heavily influenced by the local physical environment. The technological development that makes possible rapid **transportation** exposes people to a variety of geographic environments. For some favored persons, at least, the geographic setting may be altered to suit the mood: the Swiss Alps in the summer, the Riviera in the winter. The geographic environ ment of Miami, Florida, or Boulder, Colorado, | Transportation System |
| 1970 | New Yorker | red, yellow, rust -- or with large photo murals, in color or black and white, depicting scenes from Mexico's past and present. So far, no litter, no ads, and no graffiti . A visit to the Metro is almost mandatory for members of this city's **Transportation** Authority. They should see it and weep. And imagine how astonished they'd he at the Metro's instant success as a place for Sunday family outings -- an occurrence that even the Metro management was n't prepared for. It had gone in for plenty of promotion, including free excursion rides | Agency/Entity; Vehicular Travel (metro) |
| 1970 | Time Magazine (Magazine) | Republican Governor of Massachusetts, he was expected to pave over America when he became Richard Nixon's Secretary of **Transportation**. Instead, Volpe has stopped highway projects that would have thrust through park land and destroyed low-income housing and historic buildings. Says he: " We've got to provide a national **transportation** system with the least possible harm to the environment. " # This week, when Volpe presents the Highway Act of 1970 to the House Public Works Committee, he plans to go even farther. He proposes to open the hitherto untouchable-indeed, almost sacrosanct-Federal Highway Trust Fund to purposes other than building | Agency/Entity; Transportation system (highways) |
| 1972 | News/New York Times (News) | century clipper captain was charged a fee by the Navy for putting down Barbary pirates, " he said. The man in direct charge of the nation's aviation-securitiy program, Benjamin 0. Davis Jr., offered a cautious response to Mr. Browne's initiative. Mr. Davis, an Assistant Secretary of **Transportation**. said he agreed with Mr. Browne's " basic premise that the airline system is a national resource which we must preserve. " Noting that he had discussed the proposal with Mr. Browne, Mr. Davis said the ideas were " worth examining, " but added; " I do n't think | Agency/Entity (Assistant Secretary of Transportation) |

| | | | |
|---|---|---|---|
| 1969 | Movie | were told we would not have to bother with customs. Only diplomatic personnel are excepted. I've never heard a thing so ridiculous... Wait. These gentlemen are to be passed immediately by order of Minister of Information Massik. - Thank you. - Will you follow me, please? Your **transportation** is outside. Come with us. The Marvellous Mr. Mechanico? Entertainers, Your Excellency. Their names are Lambert and Lesser. According to their special-entry permits, they're in the country on a theatrical tour. Special-entry permit? Who signed it? The minister of information himself, sir | Vehicular Travel |
| 1974 | News Chicago | of the last week, especially of the last 72 hours, have not allowed the President to focus on the question of the conditional amnesty program, " John Hushen, deputy White House press secretary, told reporters aboard Air Force One en route to Washington from a Ford speech before a? **transportation** conference in Pittsburgh. " He has not finished his considerations of just what he plans to do. It is more complex than he thought initially and he wants to be personally involved in the entire matter. "' THE ANNOUNCEMENT had been scheduled for Tuesday. A White House source said he | Industry of Transportation |
| 1969 | Movie | that is why you and you and you are riding with me! Am I right? Well? Whaddaya say? I say this: I say, ladies and gentlemen, boys and girls, friends and enemies , - meet the future! - The future what? The future mode of transportation for this western world. Now, I'm not gon na make a lot of extravagant claims for this little machine. Sure, it'll change your whole life for the better, but that's all! What do you think you're doin'? You got the crowd together. | Vehicular Travel |
| 1969 | Time Magazine (Magazine) | whose tracks often parallel the Illinois Central's. # As the hiring of Boyd suggests, Johnson has not hesitated to depart from the railroad's tradition of promoting from within. Boyd, the former chairman of the Civil Aeronautics Board, was an able and dedicated administrator of the $6 billion-a-year **Transportation** Department. But he was not too adept in dealing with Congress, and that stymied his efforts to bring the Maritime Administration under the department's jurisdiction and to relieve overburdened airports. In Boyd, the Illinois Central may also be getting some trouble; conflict-of-interest questions have been raised about the Department | Agency/Entity |
| 1972 | Movie | it has a swimming pool. You wan na get wet with me? How can I can no to my boss? Passengers on Flight 17 from New York City will arrive at Gate 35. Passengers arriving on TWA Flight Number 11 may now claim their baggage in the street entrance. Round **transportation** from downtown Los Angeles, Statler and Hilton Hotels is now boarding at TWA baggage-claim area. I'm sorry. I'm always the last one out. They'll wait for us. Excuse me. Have you seen her? Have you seen my new star? No, no, not | Vehicular Travel (airplane) |
| 1974 | Academic/Non-Fiction | Only by cutting down on the number of seats could more comfortable seating be provided for the passengers. It is possible that large articulated or doubledeck buses could maintain hitch seating capacity yet offer greater comfort and room ." // Admittedly, even at best a vehicle designed for the mass **transportation** of many people must inevitably have a long way to go to match the aesthetic desires of any one of them. If, on top of this, equipment is marred by its age, it is small wonder that mass transport is viewed by much of the public as an inferior good. | Vehicular Travel (bus) |
| 1974 | Academic/Non-Fiction | almost complete. Declining patronage and revenues in the face of rising costs meant that the market for new buses was very small indeed after the spate of new equipment purchases for renewal and replacement in the immediate postwar period . The transit holding companies began to withdraw from the ownership and operation of mass **transportation** services and turn their attention to greener pastures. One innovation that has grown increasingly popular in the transit industry is the transit management company. Usually based on one of the former holding companies, the management company will operate a transit property for a city at a fee. Often an incentive clause | Industry of Transportation |
| 1968 | Fiction | Colonel Min? " Colonel Min's gaze did not waver. Without a word, he nodded slightly. He sat up. " Chaplain, I want you to see Lieutenant Cho before you leave. Would you go over your plans once more with him? He will take care of your **transportation**. " Chaplain Koh said, " Yes. " " Good luck in Seoul , Chaplain, " said Colonel Min. " We shall see each other again very soon. " He stood up. I did not stir. He came toward me. I did not look up. He | Vehicular Travel |
| 1971 | News Chicago | of the four unions involved in the dispute reached agreement on a new contract. Details of the settlement were withheld pending ratification by locals' of -- the 180,000-member union, the Brotherhood of Railway and - Airline Clerks . Two. smaller unions reached agreement Feb. 4. This leaves only the United **Transportation** Union still without a settlement. UTU represents 90,000 workers. All-Night Session Today's settlement came about 5 a. Chicago time after an all-night session with mediators from the Department of Labor. Labor Secretary James D. Hodgson made this statement after the - settlement:, " The demonstrated ability to reach | Industry of Transportation (strike) |

| Year | Source | Text | Category |
|---|---|---|---|
| 1975 | News Chicago | his face seemed to have lost some tightness, there was little' color in his face and not much sparkle in his eyes. The other three members of the five-some were Murray W. " Dusty " Miller, executive' secretary of the Teamsters Union: John W. Murphy, president of Gateway **Transportation** Co., who is a trustee of the Teamsters' pension funds; and Joseph ' rrertole, an international vice president of the union. MOST OF the other players in the' three-day tournament, Nixon plannedto play only Thursday are Teamster officials or persons who have close associations with its rich pension | Industry of Transportation (strike) |
| 1967 | News/Christian Science Monitor | The idea was once advanced by James R. Hoffa of the Teamsters. Now it's being suggested again in modified form by the Brotherhood of Railway Clerks (AFL-CIO). Its president, C. L. Dennis, proposes a permanent conference of **transportation** unions? instead of one big union for all transportation workers. He says other leaders " share my enthusiasm for this. " The initial plan is for regularly scheduled meetings to consider mutual problems in the sprawling, rolling transportation industry. Trends... New increases in living costs have added to labor pressures for higher wages. The government's Consumer Price | Industry of Transportation (strike); Vehicular Travel (railway) |
| 1970 | News Chicago | other transport operators to carry freight and passengers on a temporary basis. " The commission is hopeful that a work stoppage will not develop, " ICC Chair man George M. Stafford said. " If, however, it does occur then it must remain the role of the other modes of surface **transportation** to fill the void as best they can. " New, Additional Services The ICC issued an order under which carriers such as trucking firms could establish " new or additional services to supplement temporarily the transportation facilities of the country. " Under the order, carriers would be given a | Vehicular Travel (surface transportation) |
| 1974 | Academic/Non-Fiction | Forces beyond the control of even the most enlightened marketingoriented management have brought on this decline in patronage. in all likelihood, the declines were deeper and came more precipitously // because of the lack of true marketing effort. With a thorough marketing effort, one would expect that demand for mass **transportation** should be increased as a result of consumer needs being met by service that is useful and attractive. That is, transit becomes an increasingly better alternative relative to other means of transport, or to staying home for those citizens having no alternative means of mobility. Some Industry Background The present-day attitude | Transportation system |
| 1966 | News/Christian Science Monitor | budgetmaking time in Virginia, the Governor is expected to stand anxious watch until almost all have been passed. Florida's tourist cup is spilling over. Tourists poured into the state in a record flow in the winter season just ended. And the tide shows no sign now of ebbing.. All **transportation** agencies serving the state say reservations for the summer ahead stand at record highs. Some agencies are maintaining winter schedules or even adding to them. Motel construction is booming. A Jacksonville firm recently announced plans to build 14 new motels and lease them to the StatlerHilton chain. The State Development Commission | Agency/Entity |
| 1973 | News/New York Times (News) | had uncovered no evidence that Mr. Kugler had ever seen any of the pertinent memos or knew a thing about an alleged bribe until a month before the indictments were handed up. The commission established, however, that a copy of the memo written on Oct. 30, 1970, by Mr. Biederman to **Transportation** Commissioner John C. Kohl, saying that Mr. Sherwin's interference " could be considered as part of a conspiracy to violate bidding statutes, " was in a file in the office of Evan W. Jahos, head of the Division of Criminal Justice and one of Mr. Kugler's top aides. Biederman | Agency/Entity |
| 1967 | Fiction | in the Aleutians. And what did Lucy do? She went down to the corner and caught the crosstown bus to school for her eight o'clock. Roy said he would drive her over if she wanted; now that she was getting bigger he didn't like the idea of her taking public **transportation**, or walking around on slippery streets. But she declined that first morning, and on those snowy mornings thereafter. It was all right, she said, there was nothing to worry about, she preferred not to inconvenience him by taking him away from his studying if that's what studying | Vehicular Travel (car, bus); Transportation system |
| 1975 | Academic/Non-Fiction | beneficial effect on our standard of living. Americans now and in the future will have more " time off " than any people have ever had since the advent of the Industrial Revolution. Labor-saving devices, the shorter work week, the increased harnessing of productive energy, automation, better and faster **transportation**, increased family purchasing power, more liberal working conditions, longer vacations, and a higher standard of living among more people make the opportunity to recreate a reality for most of us. One has only to remember that for many leisure time is " consumption time. " It is during man | Transportation system |
| 1974 | Academic/Non-Fiction | all unlikely in 1974.116 The authorizations under the 1973 Highway Act from which the various sums for mass **transportation** as well as highway related purposes will be withdrawn are shown in Table 1? 2:1 7 Table The new UMTA contract authority for fiscal years 1974 to 1976 is $3 billion. The Department of **Transportation** appropriations bill for fiscal year 1974 included almost a billion dollars for mass transportation. The breakdown is as follows: Capital Facilities grains, 8 8 Urban Mass Transportation $872,000,000; Technical Studies, $37,600,000; Research, Development and Demonstrations, $68,950,000; Administrative Expense, $7,000,000; total, $985,550,000.11 Just how | Transportation system; Agency/Entity |

| | | | |
|---|---|---|---|
| 1970 | News/Christian Science Monitor | the weight of federal law behind certain offenses? such as possessing fire bombs or many common components of home-made bombs, and making phony bombing threats. The differences arise in approach. The Nixon administration's bills crack down hardest on violators. The maximum penalties for false bomb threats and illegal interstate **transportation** of explosives -- now one year in prison and/or a $1,000 fine -- would be increased by a factor of 5 for bomb threats and by a factor of 10 for interstate **transportation**. If an explosion injured anyone, penalties could be doubled. Most stringent of all, if a fatality resulted, | Industry of Transportation |
| 1972 | News Chicago | 3 plan. He issued those instructions even tho public hearings already have been conducted on Phase 3. Acknowledges the Need " I recognize the concept of an expressway to conveniently link the North Side of Chicago and Cook County to the South Side has long been acknowledged as necessary, both for expanded **transportation** thru mass transit lines as well as for improved auto and truck travel, " Ogilvie said. " I also recognize that there is substantial federal funding available to us for this project, and that it will assist us in creating new jobs and further strengthening our state's economic position in a | Transportation System; Vehicular Travel (car, truck) |
| 1970 | Movie | am? This is a business deal. Not really, sergeant. Either you will tell us where the dynamite is or we will kill you. I do n't care how many dynamite trucks have been stolen. You are to return to headquarters at once! I will see that you have **transportation** back to your base. Yes, of course, put him on. Yes , General Rashned. Oh, they're here. Gentlemen, one moment please. Yes, general. This is Major Marak. I agree, general, it is a direct affront to the government. Very | Vehicular Travel |
| 1971 | News | nearby. Recent events raised some questions about this. Los Angeles went more than 40 miles from its downtown center to select a 17,000-acre airport site in Palmdale, in dry, barren Antelope Valley. The Sierra Club is now suing to invalidate F.A.A. approval of the site. New York's Metropolitan **Transportation** Authority wants to' convert the, former Stewart Air Force Base, more than 60 miles from Manhattan, Into a jetport. But community opposition has been stirred up, rel suiting in the filing of a law, suit. Some conservationists in. Canada are opposing Montreal's proposed' new | Agency/Entity (airport) |
| 1967 | Academic/Non-Fiction | in United States milk and cream are seldom associated with foodborne illnesses under the present conditions of milk production. The market milk produced in this country is, generally, of excellent quality. This is due to elimination of disease from dairy herds, sanitary milk production, pasteurization, and care in **transportation** and delivery to the consumer. The situation is not as favorable in many other countries. CONTAMINANTS At the time milk leaves the udder of the healthy cow it contains few bacteria; these stem from milk ducts and cistern. During the milking process bacteria are usually added from various sources. In | Industry of Transportation (milk products) |
| 1969 | News/New York Times (News) | were under way. At 120th Street, the police said, area residents went to the aid of riders emerging from an emergency exit, offering them cold water, fruit and soft drinks. Many of the riders , after reaching the street, expressed confusion over how to get home via surface **transportation**. Many people crowded around policemen to ask directions, and at 96th Street a long line formed in front of a Spanish-speaking patrolman. Pay telephones in bars, stores and shops along Lexington Avenue also drew lines of people eager to notify relatives of the delay. Others were eager to express, | Vehicular Travel (surface transportation) |
| 1974 | Academic/Non-Fiction | The " shifting " rationale is associated more with the quality of transit than anything else. In other words, only transit service of quality approaching or surpassing the automobile would he effective in at 90 // tracting patrons. The " need " argument is more closely related to provision of mass **transportation** service for those without an alternative means of mobility. It is obvious that bringing about any major improvements in miss transportation is a formidable task, given the history of industry decline stretching back the better part of a half century. (() ne per ceptive British writer summed up the United | Transportation system |
| 1974 | Academic/Non-Fiction | may be its own reward. Nevertheless, it is indeed quite legitimate to question whether or not it is a waste of time to attempt to resuscitate mass transport. The critic of the pro-mass transport position can ask some sticky questions. Might time and resources be better spent on providing improved private transportation through highway betterments or, perhaps, increasing the supply of parking in downtown areas ? Perhaps the resources being allocated toward improving mass **transportation** might be better spent on automotive safety programs, increasing expenditures for education, improving mental health, aiding mentally retarded children, or a host of other worthy projects | Transportation System; Vehicular Travel (highways) |
| 1967 | News/New York Times (News) | a petroleum emergency exists which threatens the broad security interests of the United States. " " The Department of State, the Office of Emergency Planning and the Department of Defense concur in this view, " he said . " If the present shutdown continues for more than a few weeks a critical **transportation** and supply problem will develop Which can not be solved by individual efforts of oil companies. " Today's action is taken to prepare for that possibility. " He said that this would enable the United States to participate in joint programs with other governments, including governments in the Organization of Economic | Transportation system |

| | | | |
|---|---|---|---|
| 1965 | Time Magazine (Magazine) | court injunction and let them carpetbag south to Atlanta's new $18 million stadium, after next month's All-Star Game. # The circumstances that lured all three groups toward Atlanta were, in a way, the same that impelled Sherman. Atlanta is the hub of the South; it has fine **transportation** (good roads, superb air service), and is an important center of population. Within a 200-mile radius live 10 million folks who yearn for major league sport. The closest baseball team of significance is the Cincinnati Reds, 450 miles away; the nearest pro football is in St. Louis | Vehicular Travel (roads, airports) |
| 1974 | Academic/Non-Fiction | money from the Highway Trust Fund earmarked for construction of Interstate Highway System segments in large urban areas for an equal amount of general fund money for mass transit. In order to accomplish this switch, the governor of a state and local government officials must make a joint request to the secretary of **transportation** for approval of the deletion. The secretary can withdraw his approval of a portion of the Interstate, if the segment is not to be replaced by a toll road in the same corridor or if the segment is not essential to the integrity of the over-all interstate system. Local officials may then | Agency/Entity; Vehicular Travel (highway) |
| 1974 | Academic/Non-Fiction | extent, there are more equal countervailing forces at work. As passage of the Highway Act of 1973 reveals, the situation has begun to change, though perhaps not as rapidly as one would like. CHAPTER THREE Urban Mass Transportation: The Institutions The principal institutional actors on the stage of mass **transportation** improvement are the mass transportation industry in the United States and the Urban Mass Transportation Administration (UMTA) of the U.S. Department of **Transportation**. A major role for the cities is the commitment to improvement of mass transportation and the provision? in conjunction with UMTA and the local transit operating agency? | System of Transportation; Agency/Entity |
| 1966 | New Republic (Magazine) | their local battalions, where they will be taught African history and Swahili, and become judo experts. Then they'll get their passports, and go to an independent African nation, and from there into the resistance in places like Angola, South Rhodesia and South Africa. (He told me **transportation** to Africa has been promised by a country he would not name.) The " army " also will collect needed supplies for African resistance movements. It wants to register with Congress as a lobby to push for a repatriation bill to give incentives to Negroes wanting to live in Africa. As | Vehicular Travel |
| 1975 | Magazine | authority, in northern India. But Maharishi, once clear of the big hills, where he once projected that it would take him two hundred years to bring TM to the entire world, has shown a lot of early foot by moving the message to the West, thus profiting by modern **transportation** and communication. Maharishi is swathed in robes, has the long hair and flowing beard of the traditional Indian Guru, and seems to be most at home when sitting cross-legged on a throne of rose leaves or its equivalent. But he is a crowd compeller, a veritable Billy Graham of the | System of Transportation |
| 1971 | Academic/Non-Fiction | like a religious system are far less obvious. Second, the nonmaterial aspects of culture are likely to be more fundamental to the people who adhere to that culture. The basic values of a culture are the core around which other cultural elements are arranged. People can accept a new mode of transportation without disturbing this central core, 30 but a competing system of values is much more threatening to the total integration. Even with purely material technologies, however, people tend to resist the adoption of new ways, and sociologists have been inter ested in some of the factors that influence the rate | Vehicular Travel |
| 1974 | Academic/Non-Fiction | 455; TOOLONG " arguments? mass transportation does indeed have a place that can be justified by cost analysis. The problem still remains whether or not people will use transit if it is provided. Even more important than cost comparisons for the individual user of transport is whether or not mass transportation is less costly than the private automobile to society as a whole in given metropolitan areas. Objective measures are not available. Yet, in the larger urban areas at least, there is a growing feeling that the automobile can not continue to be the dominant Vehicular Travel. Public officials not | System of Transportation (beyond cars) |
| 1971 | News/New York Times (News) | Mr. Whitten voted against the conservationist position on several key issues in the last Congress. He voted for funding the prototypes of the supersonic transport plane, for increasing logging in national forests and against spending $1-billion extra to fight water pollution. Funding for the SST will continue under the jurisdiction of the **transportation** subcommittee. A small group of liberals on the Appropriations Committee contended that the " logical " subcommittees to handle environmental programs were the interior or public works panels. These liberals would not be quoted by name because they said they had been warned by Mr. Mahon and other senior committee members, such | Agency/Entity; Vehicular Travel (plane) |
| 1973 | Harpers Magazine (Magazine) | coal supplies are expected to hold out for about four hundred years. This means, first, that the efficiency with which fuel is used, especially in **transportation** (which accounts for about 24 percent of our fuel consumption) will have to be improved. Secondly, it means that modes of transportation dependent on petroleum products will need to be displaced by those that can use coal. On both scores it is obvious that railroads will need to recapture a large part of the freight and passenger traffic lost to trucks, automobiles, and airplanes. The advantages in fuel efficiency are considerable: as | Industry of Transportation (fuel for); Vehicular Travel (railroad) |

| Year | Source | Text | Category |
|---|---|---|---|
| 1967 | News/New York Times (News) | the war in Vietnam, " the President said. He continued: " The evidence has been quite clear, we think, that the strikes! were made against major military staging areas. And that the lines of communication where the enemy has been concentrating his supplies and troops, and the **transportation** routes and bridge, -; over which those troops have been moved against our men, have been hit. " We think that these targets are directly related to the enemy's capacity to move material into South Vietnam to kill American boys. " President Johnson was asked today why, | Vehicular Travel (route and bridge) |
| 1974 | Academic/Non-Fiction | to prove a pet conclusion, hecause they are so difficult to grapple with.' Perhaps the most intensive and complete attempt to determine the comparative cost per passenger (not the fare paid by the passenger, but the cost per passenger of providing the service) of the various modes of urban **transportation** is the analysis undertaken by Meyer, Kain, and Wohl.3f (To sum up the results of their work in a paragraph or two is an unavoidable injustice; the book should be carefully read by persons interested in urban transport.) For the line-haul portion of the trip, calculated on a | Vehicular Travel (urban) |
| 1972 | Time Magazine (Magazine) | Island are almost as densely populated as New York City. With 501,000 licensed motorists among its 770,000 inhabitants, the island is rapidly becoming a little Los Angeles-complete with photochemical smog. In an effort to stop the increasing pollution, Governor John A. Burns has signed into law a bill that creates a **transportation** control commission empowered to recommend limits on the number of cars in the state. # The law is expected to be challenged in the courts. But State Senator Nadao Yoshinaga, who drafted the bill, argues: " I am banking on the principle that the state has the right to use | Entity/Agency (oversight over cars) |
| 1970 | Fiction | he reached into the pile of money, methodically counting out five hundred dollars twice, and pushed it to them. " Here, it's off the top. You can call it expense money, I don't care what, just so long as you use it to set up your **transportation** and have enough left over to pay any tabs, like hotels, or anybody holding chits on you. No sense in tryin' to skip out, still owin' somebody, where they're goin' to remember and talk about you. Pay your bills tomorrow so when you get your | Vehicular Travel |
| 1970 | Time Magazine (Magazine) | and Philadelphia and more than one-third of all the passenger trains in the U.S., offers no hope of improvement without Government help. " To reverse the deterioration of passenger service, " he says, " we must have substantial assistance. " # Real Estate Riches. Last week the Department of **Transportation** proposed a Comsat-type public corporation called Railpax, which would take over commuter and other passenger trains. But there is considerable doubt whether the Administration will endorse the Government subsidies that Railpax needs. # Penn Central executives contend that their line lost $73 million on passengers in the first nine months of 1969 | Entity/Agency (trains) |
| 1974 | Academic/Non-Fiction | the rest for establishing bus transit, fringe parking, automated roadways, and the like. That kind of money can only come from the U.S. Government? and justifiably so, since an efficient **transportation** system is vital to an efficient economy. But to quote the nation's first Secretary of **Transportation** Alan Boyd again: " Congress appropriated only $175 million for mass transit for 50 states. At best one city, after a couple of years of haggling, might get $900,000. Now what the hell good is that going to do against $1 billion available for highway projects? " 62 For | Transportation System; Vehicular Travel (buses, mass transit); Agency/Entity |
| 1974 | Academic/Non-Fiction | over private **transportation** when it comes to effective utilization of space. The successful functioning of the nation's very large cities, such as New York, Chicago, Boston, or Philadelphia, where considerable demands are placed on travel arteries, cries out for means of transportation possessing substantial capacity; mass **transportation** fits these needs. Moreover, these are the cities which could not survive without rail rapid transit and commuter railway service. Table 2? 2 shows data for some selected cities and indicates the number of persons entering downtown areas during an average day, and the type of transport mode for peak-hour | Transportation System; Vehicular Travel (rapid rail, commuter railway) |
| 1975 | News Chicago | $70 million for the subsequent three years. STAFFORD. a member of the USRA board as well as ICC chairman, urged the board to reconsider the earlier rejection. He said the loan would be far less expensive to the federal treasury than if the ICC were forced -- as the Department of **Transportation** advocates -- to require other railroads to take over Rock Island service, using the road's track, equipment, andmanpower. MITROS said in Chicago the Rock Island " obviously expected to get the loan. " It's kind of futile to talk about it, but in my - view nur | Agency/Entity (railroads) |
| 1970 | News/New York Times (News) | cut off Independence Hall and other histoHe treasures from the river and a planned Penn's Landing for historic and cruise ships. They won. The plan now is to put the superhighway underground past Society Hill, at a cost of $60-million a mile. Prof. Anthony R. Tomazinis, director of the **transportation** studies center at the University of Pennsylvania, said in an interview that " one of the major improvements in the field of transportation in the last 10 years " was the requirement of the 1968 Highway Act that more attention be paid to social and environmental considerations in planning expressways. " This is | Agency/Entity |

| | | | |
|---|---|---|---|
| 1972 | Time Magazine (Magazine) | features a national survey on the cost of 50 leading prescription drugs, revealing manufacturers' markups and wide price variations from place to place. A story on working wives concludes that most of the additional earned family income is actually eaten up by such new expenses as child care, extra clothes, **transportation** and lunches out. " How the Chairman of Merrill Lynch Invests " shows that he got rich, but not by following the advice that Merrill Lynch gives its odd-lot clients. # Other articles deal with real estate syndicates, borrowing power and car insurance. Regular features include " One Family's | Vehicular Travel |
| 1973 | Movie | intelligent. Telepath's suit lost considerable pressure. We reached the ship in time to save him. Good. We will need him later. - What is this? - Perhaps a personal rocket motor. One could place one's foot on the pedals and balance. It appears to be **transportation**, not a weapon. - Nice try. - I'm slowing down. I used to run the 100 in record time. - How long was I out? Did I miss much? - Not much. A lot of good they'll get out of that rocket setting. We | Vehicular Travel (personal rocket motor) |
| 1966 | News/New York Times (News) | with 90,000 employes, will rank fourth in size among the 12 Cabinet-level departments. With the authority to spend about $5.5-billion a year, it will rank fifth in annual expenditures. President Johnson had proposed that the Maritime Administration's functions, now in the Department of Commerce, be transferred to the **Transportation** Department. However, he was defeated on this in the House under the pressure of shippers and the shipping unions. Meany Opposes Transfer One of the principal. opponents of the transfer of the Maritime Administration to the new department was George Meany, president of the American Federation of Labor-Congress of Industrial | Agency/Entity (ships) |
| 1968 | Fiction | been through the mill and knows the kind of people we're fighting. But we do n't send men like Chip and Tommy to places like Puerto Santos. " " Well, let's hope for the best . I sometimes think that is what I get paid for doing. You got **transportation**, Worth? " " They called me a White House car. I've got to get this stuff off to Pethwick. Some of my boys are standing by. " " You ca n't telephone Flores? " " Lord, no. Martinez has all the overseas lines passing through the | Vehicular Travel (car) |
| 1974 | Academic/Non-Fiction | of the private automobile are beginning to outweigh its benefits. Much of the thinking at the Urban Mass **Transportation** Administration reflects this posilio, n. '" // The Case Against Mass Transit A fairly strong case against mass transit can be made on a number of grounds. Many persons contend that mass transportation is unattractive, inflexible, too expensive, and utterly incapable of handling the kind of spread-out population that is now common in United States urban areas. One of the best summaries of the skeptical position on mass transportation is found in a paper by James M. Hunnicutt, Jr., the Chief of | Agency/Entity (private automobile) |
| 1972 | Harpers Magazine (Magazine) | best solution. In fact, at one point an Interior task force concluded that, even if only oil production were involved, the Mackenzie River route through Canada was environmentally safer than the Valdez project since it would have fewer of the seismic problems of the Alaskan route and would involve no marine **transportation**. The final Interior statement carried no such recommendation; according to Richard Nehring's testimony before the Proxmire committee, it had been deleted by the Department. Interior Secretary Rogers C. B. Morton testified that the Department had been forced to amend the draft report because the staff analysis of the Canadian alternative | Vehicular Travel (marine) |
| 1975 | New Republic (Magazine) | I think, one that the Democratic left? and the Democratic party? Must ponder well. The clear policy implication is that the nation must begin to move in the direction of socializing some crucial investment decisions? for instance, taking over the entire rail system within the framework of a national **transportation** plan and creating a TVA-type corporation to develop new energy technologies for public use, rather than private profit. Afew important points should be clear, First: America did riot " throw money " at problems in the' 60s. Chiefly, it purchased an increment in decency? not enough, | Transportation System (rail system) |
| 1972 | Academic/Non-Fiction | power over the country's economy. Jackson's election in 1828 was in fact one of the turning points of the century, for it represented the coming of age of government by all the people. America was coming of age in other areas too, and one of the most important was **transportation**. The first American steam locomotive began a regular run in South Carolina in 183o , and in 339 // 1838 the first steamship from England to America arrived in New York. From about 1833 to 1858 the clipper ships, those beautiful vessels that seemed to fly across the water, were an | Vehicular Travel (steam locomotive, steamship, clipper ship) |
| 1974 | Academic/Non-Fiction | The Highway Act of 1973 is certainly not a trumpet blast announcing the arrival of the transit millenium, but it is an indication of strong support for mass **transportation** improvement in the United States. Despite its deceptive title, it is not just a highway act in the sense of providing passenger transportation by means of the private automobile; it might better be dubbed a transportation act because of its broad nobility implications in both rural and urban areas. The act also gives the local levels of government much more of a say to determining what sort of transportation system they really wish // to have | Transportation System |

| Year | Source | Text | Category |
|---|---|---|---|
| 1970 | Letter/New York Times | tems, because the financial difficulties of mass transit can not be solved by piecemeal improvising or other than broadly, based public financing. Doubling Triborough and Port Authority Bridge tolls and tolling the East River and Harlem River bridges to discourage automobile use is not a way out of the city's **transportation** difficulties. Such an approach can only defeat the objective of improved transportation for all citizens. GILBERT B. PHILLIPS President, Automobile Club of New York New York, May 15, 1970? Welfare Plan Scored To the Editor: Taxes are going to skyrocket unless something is done quickly. The Nixon | Transportation System (financing for) |
| 1975 | Letter/New York Times | country are not trying to help themselves or the nation. Our current problems stem from Government controls starting in 1954, The Fed vs. the City To the Editor: Federal Reserve Chairman Arthur Burns has determined that finances of the nation's largest city are not as important as the nation's largest **transportation** company (Penn Central) or a medium-sized bank that was a member of the Federal Reserve (Franklin National Bank). The Federal Reserve will not (1) provide funds by buying city or Big Mac bonds; (2) pressure private banks to purchase such securities or guarantee the city | Industry of Transportation |
| 1971 | Time Magazine (Magazine) | but inevitably at an inflationary cost. Within 24 hours after the wage settlement was announced, most of the big steel producers posted a price hike. After 18 disruptive days, the nationwide rail strike was brought to an end. Though many featherbedding work rules were finally eliminated, the United **Transportation** Union extracted a 42% pay increase spread out over 42 months. # The President brought joy to Burbank, Calif., home of Lockheed Aircraft Corp., when the Senate by a vote of 49-48 approved an Administration-backed $250 million federal loan to the ailing company. That saved an estimated 60,000 jobs in | Industry of Transportation (strike against rail company) |
| 1975 | Movie | Collis' rendezvous plan. He'll find out Hansen blew it and send that pack down before I get Chung out to sea. Listen carefully. Tomorrow morning, get over to Suisun Bay where the Mothball Fleet is anchored. Line G, Queen Victory. And wait. I'll have **transportation** for you around 12 noon. All right. 12 o'clock. And Mike? Yeah? I want you to know I'll get Collis, and when I've nailed him, his job is yours. District supervisor. How does that sound? What have you got there? An upper | Vehicular Travel (boat) |
| 1965 | News/Wall Street Journal (News) | , " the fleet manager confesses. " It's pretty hard to convince people they should hold the line on wages and make more effort to cut down production costs when every supervisor, foreman and messenger is driving a car that looks a lot bigger and nicer than what he needs for basic **transportation**. " 725058 txt The dramatis personae of two major 1966 American political productions are already beginning to gather? in California and Texas. Washington is watching both. In California, former San | Vehicular Travel (car) |
| 1975 | Academic/Non-Fiction | is the provision for and by the workers of wholesome leisure interests linked in one way or another to their place of employment. The term does not apply only to large industries or manufacturing plants. It applies equally to nonindustrial firms such as banks, insurance companies, department stores, utilities, **transportation** lines, service firms, and other business organizations. Many of these firms have well-organized recreation programs, sponsor camps, have teams in sports leagues, stage dramatic productions, promote bands and choruses, and serve other recreation interests of employees. Technology has brought with it many problems that call for | Industry of Transportation |
| 1972 | News Chicago | latest boost in 1970. Will Aid Finances Spokesmen for the three roads said the grants will provide emergency financial assistance to aid in the payment of principal and interest on their long-term debts incurred in buying mass **transportation** eoulnment and facilities. Ogilvie said the grants win be made from a $200 million mass transportation bond issue approved by the state legislature last year with bipartisan support. Ogilvie said the grants will " not only help to stabilize fares and avert future increases, but will assist in improving what is generally considered to be the world's finest commuter system. " The service these railroads provide is | Industry of Transportation; Transportation System (roads) |
| 1973 | Academic/Non-Fiction | For Ducasse, language is an intentional, external expression of an inner psychic state. Art, like the language of feeling, is essentially expression.49 Here, Ducasse cited ǀ Abercrombie's remark that " the essence of artistic activity is communication " and juxtaposed the following quotation in rebuttal: " That **transportation** of certain acids can be effected only in stoneware carboys is a fact; that stoneware is very convenient for this purpose is possible; but it is nonetheless true that stoneware is not thus defined. " J0 Ducasse found that both Veron and Tolstoi used the term " expression " ambiguously. Tolstoi | Broad meaning - movement of thing through another |
| 1972 | Time Magazine (Magazine) | To be sure, Nixon did not rule out all busing. About 40% of U.S. schoolchildren would continue riding the ubiquitous yellow machines, most for reasons of distance, not race. Thus a city like Boston, which sends 85% of its students to high school by bus or public **transportation** and maintains de facto school segregation (TIME, April 3), probably could integrate with no increase in busing-not that it wants to. Small towns where all children walk to school could balance schools racially by following the example of Westfield, N.J., which integrated its schools simply by reassigning blacks | Vehicular Travel (bus) |

| | | | |
|---|---|---|---|
| 1972 | News/Christian Science Monitor | For the retailer only about 495 pounds of edible beef are left after trimming, which means about 79 cents a pound wholesale cost for the retailer. Between the wholesale price and the sale price -- running around $1.15 a pound for beef for February, 1972? there are soaring labor, **transportation**, and marketing costs. William Mitchell, president of Safeway Stores, Inc., argues that supermarkets operate on a " hairline margin " between profit and loss and that the industry has an average net profit of about 0.9 percent on sales. U.S. action awaited For its part the Price Commission? | Industry of Transportation (shipping beef) |
| 1970 | News/New York Times (News) | from the Red Army's main political directorate. And from the Soviet Union's arsenals, munitions and equipment were delivered in quantities sufficient for a major offensive. In accordance with the needs of grand strategy, not only were the people's democracies' military machines put in motion but also their **transportation**, communications, industrial and agricultural systems were " mobilized. " And, of course, the-mills of psychological warfare had been grinding ever since Tito's expulsion from the Corninform in 1948. The scope of these preparations were so immense that, Dedijer's beliefs to the contrary, they could not | Transportation System |
| 1973 | Time Magazine (Magazine) | and they certainly had not accomplished it. All they had to show for their efforts was a dead female fellow conspirator, accidentally killed by her own hand grenade at the start of the skyjacking and an obliterated $29 million airplane. " It was the most hopelessly baffling case, " said Japanese **Transportation** Minister Torasaburo Shintani, who was ready to offer as much as $5,000,000 in ransom . " From start to finish we never knew what they wanted. Money we were prepared to pay and political asylum too. We're still in the dark. " # The 22-member crew and the 118 passengers | Agency/Entity (airplane) |
| 1968 | Magazine | covered for damage caused by explosions, earthquake, windstorm, hail, and falling objects. Comprehensive also protects you if your car is stolen. Your company will pay you $10 a day, for 30 days, for loss of your auto's use. You have to provide the company with **transportation** receipts to collect this, though. If your car is damaged while it is stolen, the damages will be paid by your comprehensive coverage. Suppose your car is stolen in Boston and is found abandoned in Los Angeles. Your company will pay your way out to Continued AUGUST 1968 103 \| | Vehicular Travel (car) |
| 1967 | Fiction | the Windward Channel to cruise the Inagnas, Grand Bank and the Silver Shoals, all really virgin territory. It would Inn? the biggest charter thing on this island. Bonham would put in his two small boats , all his gear, his building, his Ihig compressors (the purchase and **transportation** of which was his biggest single investment, worth almost as much as the cutter ), and last but not least his knowhow, the good will he had accrued here, and his already growing business. hrankie Orloffski would put in his Bermuda cutter, and a minimum of $ti, 000 | Vehicular Travel (boat) |
| 1966 | Letter/New York Times | the Editor: You are to be commended for your strong stand -- your Nov. 18 editorial? on the church-state issue regarding public and parochial schools, When are people of this nation going to wake up? It was 1949 when Cardinal Spellman said that all the Roman Catholic Church wanted was bus **transportation** and auxiliary services such as health and lunch benefits. According to Section 3 of the recent Vatican's Declaration on Christian Education, and Sections 5 and 6 of Declaration on Religious Freedom, the Roman Catholic Church wants full aid for its parochial school system and special benefits and special favor given to | Vehicular Travel (bus) |
| 1975 | News/New York Times (News) | present proposal submitted by the Railroad Association, service to the public is subordinate to the primary objective of creating a profitable system in private hands. This is a major distortion of the proper governmental function and will, if carried out, result in a massive outlay of public treasure without securing sound **transportation** service in the region. Presently unprofitable service to areas of the Northeast must? be main, tained, if at all, by various state and local agencies. It is unjust to the taxpayer that he must now assume the burden of operating unprofitable lines without being able to offset at least | Transportation System (railroads) |
| 1966 | Movie | I ca n't stop to talk now, Schultz-- I'm busy. I have to take the prisoner to Stalag 18 right away. What's the rush? I'll tell you what's the rush. Commandant Klink thinks he's already there. What are you planning on using for **transportation**, Schultz? The truck isn't working. Yeah, but the motorcycle is . Motorcycle? Sorry, Colonel. I'm glad. First, I have to see that he has no matches. It's terrible to be so suspicious, Schultz. What difference does an hour make? | Vehicular Travel (truck, motorcycle) |
| 1974 | Academic/Non-Fiction | cost involved, but how much is it and how can it be assessed? Diesel-powered buses and trucks do not emit the same poisonous vapors, but they do produce considerable smoke and a harmless but unpleasant stench; how is the cost of smoke and smell to be figured? Public means of **transportation** are considerably safer? in terms of accidents, injuries, and fatalities? than is the private automobile, but most comparative calculations ignore a cost factor that hinges on the dubious calculus of placing a monetary evaluation on life itself. New highways are often partially justified on the basis of the improvements | Vehicular Travel (car, bus, truck) |

| | | | |
|---|---|---|---|
| 1969 | News Chicago | on the railroad's request fur a temporary injunction this morning. I. C. Makes Offer In meetings yesterday morning and last night, the railroad offered to settle the dispute over the size of train crews by " adding to present train crews close to half of the extra men demanded by the United **Transportation** union, " according to Earl Oliver. I. C. vice I president for personnel . There was no public response from the union, but it was learned from sources at the meetings that new offers were made by both sides. The UTU is demanding extra 1 1 helpers for work in yard | Industry of Transportation (strike against railraod) |
| 1967 | Time Magazine (Magazine) | s Daniel Evans, one of the most dynamic of the young Republican Governors, observed, in a mid-term address to the legislature, that his state now faces the explosive growth that California has experienced. He asked for more and better state and local planning as well as for a department of **transportation** and an environmental quality commission to make sure that the state does not suffer from sprawl and smog. Love proposed similar action for Colorado, gloomily noting that the present " evidence is that we are in the process of destroying much of our natural environment, busily engaged in building cities that are | Agency/Entity |
| 1975 | Academic/Non-Fiction | the composite effects of modern civilization. The state is busily engaged in promoting the public well-being. The promotion of education, the protection of health, the acceptance of responsibilities for the socially pathologic through modern social work techniques, the improvement of living and working conditions, the expansion of communication and **transportation** are a concern of the modern state. The states are beginning to accept their responsibility with regard to recreation as a major and basic service. Under our early philosophy of government, responsibility for education and health was left largely to the individual and to voluntary philanthropic organizations. Today, government at | Transportation system |
| 1974 | Movie | town.' " But I call it home. " It's one town that wo n't let you down. It's my kind of town, Chicago is. " He should have written " One more time " at the end of it. You should have read his essay on **transportation**. It started with, " I'll be down to get ya in a taxi, honey. " Honey, Bob, would you read this one? " What Chicago Means to Me' by Richard Lewis. " Chicago, a Midwestern megalopolis... " where urban and agrarian lifestyles co-mingle | Vehicular Travel (taxi) |
| 1973 | News Chicago | the National **Transportation** safety Board investigate air disasters. " One laboratory doesn't like to be; critical of another, but one way to avoid such confusion in the future is to make sure that blood and tissue sam; pies arc sent to two laboratories, " he said. The National Transportation Safety', Board now is completing its investigation of the Midway crash, which occurred on a foggy afternoon when the? ilane's pilot apparently was attempting So abort a landing approach to Midway' because another plane was in front of iim.: Board investigators have determined.. s6 far that | Agency/Entity (plane) |
| 1974 | Academic/Non-Fiction | certainly not private vehicles as far as their patrons are concerned, but not being entirely public either, have apparently been consigned to a kind of yellow-hued limbo. Taxis are excluded from the aid provided by the Urban Mass **Transportation** Administration and, as noted above, are pretty much ignored in urban transportation planning and in the hearts and minds of those involved in other segments of the mass transportation industry. For the sake of this work, the taxi will be included in the discussion of the **transportation** modes that deliver a service to the public. An Overview of the Transit Industry Chapter 1 gave | Agency/Entity; Vehicular Travel (taxis) |
| 1971 | News Chicago | to Washington, D. C., and flying at 19,000 feet at the time. " They came up from our right rear and it was like -- zap -- and we hit their wake turbulence, " said the governor's pilot. Ralph Monaghan, a former Navy flyer who is in the **transportation** section of the state Department of Aeronautics. " I called up the Indianapolis center which was controling our instrument flight and asked if we still were under radar observation. " Monaghan said. " They said we were. I asked if they had noted the converging tracks of our turbo-prop plane and | Agency/Entity (planes) |
| 1967 | Movie | multitude out here. But no matter, William. Come along. Let us tread the friendly paths of Earth and see what we can see. All right. But I think you two better stay within range of the ship. Both of you. Well, we don't have any **transportation**, Mom. And you know how Dr. Smith is about walking. Fiddle-dee-fie , William. Come along. Well, shall we go see for ourselves? I can see a sort of gate over there and a shack. Maybe there's someone there. All right. Let's go | Ambiguous -- seems to say transportation excludes walking |
| 1969 | News/New York Times (News) | and guide out those wandering in the tunnels.? Mayor. Lindsay spent about 90 minutes conferringwith police and fire officials at various points along the line and observing the anger and frustration of the emerging riders. Later ? he sent a letter to Dr. William J. Ronan, chairman of the Metropolitan **Transportation** Authority, asking for a full report on the breakdown. " I am particularly interested in knowing what, if any, information through loudspeakers or otherwise Transit Authority personnel gave to riders throughout the ordeal, " the Mayor said in his message. One rider, John G. Lynch, of 3288 | Agency/Entity; Vehicular Travel (breakdown of) |

| Year | Source | Text | Category |
|---|---|---|---|
| 1974 | News Chicago | said. He made the ruling in a suit brought by Jack Hoogasian, state's attorney f or Lake County. ATTORNEYS FOR the RTA said they would appeal Judge Cakiwell's decision directly to the Illinois Supreme Court . The March 19 referendum ballot asked voters to decide, " Should a Regional **Transportation** Authority be created for Cook, Du Page, Kane, Lake,, and Will Counties, Illinois? " Voters in the six counties said yes to the proposition by a 12,979-vote margin. Attorneys for the RTA had argued that the Regional Transportation Authority Act specified the wording to be used on | Agency/Entity |
| 1970 | New Yorker | was n't even such a thing as the Calcutta Metropolitan District. And the Water and Sanitation Authority, formed this year by the West Bengal government, is the first body to have jurisdiction over the entire District. Our hope is that the formation of similar metropolitan authorities for education, housing, **transportation**, and so on will gradually achieve a kind of defacto consolidation of municipalities. The greatest need at the moment is for a planning authority, because you ca n't just produce a plan and go away and leave it. " " To give you a coActete example of the kinds of problems | Agency/Entity |
| 1968 | Fiction | who looked up from the paper- and tape-strewn desk at which he sat. Joe Mauser had seen the face before on Telly though never so tired as this and never with the element of defeat to be read in the expression. Bullet-headed, barrel-figured Baron Malcolm Haer of Vacuum Tube Transport. Category **Transportation**, Mid-Upper, and strong candidate for Upper-Upper upon retirement. However, there would be few who expected retirement in the immediate future. Hardly. Malcolm Haer found too obvious a lusty enjoyment in the competition between Vacuum Tube Transport and its stronger rivals. * * * Joe came to attention | Vehicular Travel (vacuum tube-futuristic) |
| 1971 | News Chicago | could use such a measure for harassment even when there was no indication that a driver had been drinking, be said. 19710125_4 txt Shipyard workers in Szczecin went on strike Friday and public **transportation** workers yesterday stopped work, preventing street cars and buses from running, an official of the city's Municipal Council said today. The city, largest Polish port on the Baltic Coast, was the scene of bloody clashes last month over food price increases. The council member said in a telephone | Industry of Transportation (strike against); Vehicular Travel (street cars and buses) |
| 1969 | Fiction | did his war concern these people. The morning following Bauer's nocturnal visit, his tragic story began to take form. Wetzel never felt as justified, as sure, in anything else he had ever begun. Using the regulation method, he changed Bauer's record to show that the Ground **Transportation** Officer had orders releasing him from the hospital company and transferring him to a small infantry unit a few hundred miles north of Saigon, where daily confrontations with the enemy produced a high rate of casualties. Now it was simply a matter of how and when it would happen. Would Bauer be | Agency/Entity |
| 1965 | News/New York Times (News) | welcome back the nation's largest union. The stagnation in membership reflects slack organizing efforts by many unions, but is chiefly the result of significant changes in the work force that labor so far has not been able to cope with. Mechanization is chewing up employment in the mines, factories and **transportation** lines. where unions are strong. At (the same time they have been unable to make important gains in the supervisory, technical and clerical fields where jobs are soaring. The blue collar work force grew by 763,000 to 25,534,000 from 1955 through 1964, while white collar employment rose by 6,540 | Industry of Transportation |
| 1975 | New Republic (Magazine) | on a press plane. He said he'd declare them and pay any customs duty due. Knowing him, I believed he would. I'd be astounded if some of his journalistic brethren and some of the official freeloaders were as honest. On the flight from Peking to Jakarta White House **transportation** director Ray Zook begged his friends in the press corps not to dump any more stuff upon him for free and uninspected transport home. He said the cargo holds of two pres planes were already crammed to the doors. A third jet was chartered by NBC, CBS and ABC to transport heavy | Agency/Entity; Vehicular Travel (planes/jets) |
| 1972 | News/Wall Street Journal (News) | large stocks in other world areas are starting to be whittled down. Some analysts predict a record buildup of 173,625 tons in London warehouses will start to fall soon. X APPLE PICKING on a do-it-yourself basis appeals to more orchards. They find it reduces costs for hard-to-find labor, eliminates storage and **transportation** problems. Drew Farms, Westford, Mass., nets 50 cents more a bushel from customers who do their own picking. Its do-it-yourself business has increased 30% annually since it was started four years ago. Brookfield Orchards in North Brookfield, Mass., claims a 100% gain in its " pick your | Industry of Transportation |
| 1967 | News/Christian Science Monitor | the federal budget for everything -- including defense. It wo n't be far under half this year. Those de luxe high-speed trains promised for the Northeast corridor are feeling the pinch of the Vietnam war. Passenger demonstrations on the Boston-New York leg were set to begin July 1. Now Department of **Transportation** officials speak hopefully of a Sept. 1 boarding date. DOT officials attribute most of the delay to " the Far East crisis. " It held up United Aircraft, chief supplier for the Boston-New York line, some 56 days when the Air Force took over Alcoa's aluminum press. Technical problems | Agency/Entity; Industry of Transportation (strike against) |

| | | | |
|---|---|---|---|
| 1969 | Fiction | rained, when it was impossible for him to maneuver his motor scooter through the shell-pocked streets from the hospital compound to Saigon, would he have to spend a night; and then it would be a night completely alone, for Wetzel was the only man not to qualify for Bauer's emergency **transportation** to the city. The last bus would leave Wetzel in the barracks among millions of cubic feet of space. 83 Appropriations for the maintenance and upkeep of the barracks, Wetzel found out one day reading Colonel Schooner's memo to First Army Command, was over $800,000 a year. This included | Vehicular Travel (bus) |
| 1970 | News/Christian Science Monitor | turbulence, with one big railroad bankrupt and three others threatened with labor shutdown. pressure increases on President Nixon to play a stronger role in the economy and in union-management relations. He signed an emergency order creating a three-man board to consider the dispute between the nation's biggest railroads and the United **Transportation** Union. But this is only one of Mr. Nixon's industrial problems. Last week half a million members of the International Brotherhood of Teamsters won resounding pay increases averaging 13 percent annually, compounded over three years, after a serious strike. Democrats are zeroing in on this situation with the argument | Industry of Transportation (strike against) |
| 1975 | New Republic (Magazine) | up to 1000 cars. In the' 30s also, chain and department stores, both vital to the future centers, began to adapt their businesses to the increasingly affluent suburbs and the ever mobile automobile. Until then, retail location in large American cities had been generally a function of existing **transportation** lines. But as automobile usage spread, downtown location be-came more problematic. " The automobile emancipated the consumer but not the merchant,' " the Architectnral Forum noted in 10.19, and well before then firms like Macy's and Sears Roebuck had begun building in the suburbs or on t he | Transportation System (lines) |
| 1972 | Movie | The Carluccis would turn in their graves. - I was n't thinking of Bruno. - No? You were thinking of somebody else? Maybe... two somebody elses? - My ancestors, they will be honoured . - Well, we're not there yet. - We'll need some **transportation**. - No sweat. I will call the Trotta brothers. Hey. You 've got a plate of scrambled eggs in the bathtub. - I do? - And half a herring. Now you understand why I want that job with Sheraton. OK, kid. Here is the game | Ambiguous |
| 1974 | Academic/Non-Fiction | various sums for mass **transportation** as well as highway related purposes will be withdrawn are shown in Table 1? 2:1 7 Table The new UMTA contract authority for fiscal years 1974 to 1976 is $3 billion. The Department of **Transportation** appropriations bill for fiscal year 1974 included almost a billion dollars for mass transportation. The breakdown is as follows: Capital Facilities grains, 8 8 Urban Mass Transportation $872,000,000; Technical Studies, $37,600,000; Research, Development and Demonstrations, $68,950,000; Administrative Expense, $7,000,000; total, $985,550,000.11 Just how much the Highway Act of 1973 will do to affect the fortunes of mass | Agency/Entity; Transportation system (highways) |
| 1966 | News/New York Times (News) | critical of municipal labor relations policies in which they felt the city too often acted as both employer and arbitrator or judge in disputes. In discussing the city's transportation problems at his news conference yesterday, Mr, Lindsay said that state legislation creating a central authority to oversee the city's entire **transportation** system would be ready by early or mid-February. He foresaw no trouble in getting it passed in Albany. Meanwhile, he said. he plans to go ahead with setting up an interim Transportation Council to begin making plans for an integrated transportation system. He said that Robert Moses, chairman of | Transportation System |
| 1972 | Fiction | I was too late. An officer was just entering the bunkroom door and plenty of soldiers were milling about. guiding hungover officers to a waiting truck. One of the officers was sitting on the ground, holding his head and ignoring the soldiers who were trying to entice him into the waiting **transportation**. Another was flipping his cookies against the wall of the building. Think quickly , diGriz, time is running out. I bounced the last smoke grenade in my palm, then flipped the actuator with my thumb. If I could join the drunk team I would be safe; it would | Vehicular Travel (truck) |
| 1972 | News Chicago | and not necessarily step-by-step, villainous jumps at all. 730081 txt Gov. Ogilvie today curbed quick construction of Chicago's controversial Crosstown ExnrrssiknV In a letter, Ogilvie ordered William Cellini, state **transportation** director, to suspend final state action on the proposed $1 billion expressway until: ? Full public hearings are conducted on the first and second phases which run from the Stevenson Expressway north to the junction of the Edens and Kennedy expressways.? Alternative alignments arc considered and public hearings are held for | Transportation System (expressway) |
| 1969 | News/Christian Science Monitor | of iron-ore handlers. If it is settled fairly soon, seaway officials look forward to record traffic of perhaps 50 million tons in the Montreal-Lake Ontario section and 60 million in the Welland Canal section. It's doubtful , though, that even this amount of traffic will solve the financial problem. **Transportation** policymakers are thinking seriously about proposing a new law that would allow various modes of transportation to own other modes. A railroad, for example, could own a freight forwarder. A trucking company could own a railroad. A barge line could own a trucking company. Currently, federal law prohibits | Industry of Transportation (trucking company owns railroad) |

| Year | Source | Text | Category |
|---|---|---|---|
| 1966 | Time Magazine (Magazine) | more concerned about the future than the past. " # In other words, they wanted to know what Japan would give them. Before anybody could say " Greater East Asia Co-Prosperity Sphere, " the Japanese were dangling goodies. Premier Eisaku Sato and his colleagues promised to expand their aid for **transportation** and communications, ports and harbors. Specifically, the Japanese said they would increase what they loosely call economic aid-including war reparations, long-term credits, private investments and government grants-from $350 million in fiscal 1965 to $870 million in fiscal 1968, mostly for Southeast Asia. Naturally, Japan hopes that such | Industry of Transportation (aid to prots and harbors) |
| 1970 | News Chicago | recommendations that both sides organize a standing committee led by a neutral party to recommend long-range solutions to the industry's historically-nettled labor-management relations. Dennis' union is the largest involved in the dispute. The others are the Brotherhood of Railway Clerks, the Brotherhood of Maintenance of Way Employes, the United **Transportation** Union and the Hotel and Restaurant Employes Union. In all, they represent 80 per cent of the nation's rail work force. 729062 txt Behind the daring United States raids on North | Industry of Transportation (union) |
| 1971 | Time Magazine (Magazine) | What is the greatest threat to the survival of young Americans? The war in Viet Nam? Drugs? VD? Malnutrition? The correct answer, says Psychologist Leon Goldstein of the National **Transportation** Safety Board, is riding in an automobile. A Safety Board study reveals that youths are especially likely to have fatal car accidents between the ages of 16 and 19 and while driving at night, when driving conditions are most hazardous. Goldstein said he also was " astonished " to discover that | Agency/Entity (car) |
| 1975 | Harpers Magazine (Magazine) | an aversion to punctuality, PIE proposed to guarantee on-time delivery in exchange for a 10 percent premium; if PIE was late, all freight charges would be refunded. Over the vigorous protest of the Department of **Transportation** , the ICC ruled that this plan amounted to an offer of " free " transportation and was illegal. Other agencies share the ICC's hostility to change. The FCC has - tunted, perhaps irrevocably, the development of cable TV. The CAB labored long and mightily to arrest the growth of charter carriers offering low-cost transportation. The Forest Service has resisted multiple-use management and wilderness | Agency/Entity |
| 1974 | Academic/Non-Fiction | issues; it will be remembered that the goal of preservation of economic and social values is about as close as we come at present to some stated objectives of national mass transport policy. There is apparently little real doubt the preservation of economic and social values can be aided by improvements in mass **transportation**; at the very least, such values will not be impaired by transit improvements . For example, downtown property values are relatively high because the center city is at the focal point of the whole urban transport system, regardless of mode, and usually enjoys a high degree of access. In | Transportation System (urban) |
| 1969 | News Chicago | the pocketbooks of Chicagoans. They were: I. The Chicago Teachers union asked for a 10 per cent wage increase for 1970. A spokesman for the board of education said the demands were " out of the question . " 2. Officials of the Chicago transit authority said the city's public **transportation** system faced a " public crisis, " and hinted that fare increases or a new form of government subsidy might be necessary. 3. A city council committee unanimously approved a proposed 12 per cent increase in Chicago taxi fares. The proposal was sent to the city council, where it might | Transportation System (fare increase) |
| 1966 | Academic/Non-Fiction | of shipment of material, in smaller manufacturing operations the function of traffic management is included in the purchasing operation. However, in larger companies traffic departments are charged with traffic responsibilities. Traffic functions include: 1. The planning of routes for incoming material, including the selection of the method of **transportation**. 2. Preparation of rate charts for delivery of material. 3. Tracing of shipments to insure prompt delivery. 4. Auditing and approval of incoming freight and other transportation bills. // 5. Coordinating the receipt of large shipments to avoid demurrage charges. 6. Handling the adjustment of | Transportation System (planning routes) |
| 1974 | Academic/Non-Fiction | highways and highway-related activities and supply of equipment, not as an intrinsically had thing. But the opposition generally pulls out the stops to make the strongest case possible against mass transit; they arc aided and abetted by many federal, state, and local officials who can not conMass // ceive of **transportation** other than highway transport. Moreover, the highway lobby is awesomely bankrolled. Thus the reasonable arguments for and against mass **transportation**, and the facts which can make it clear that improved mass transport of one form or another is, indeed, a wise policy in a given place, may be | Transportation System (highways, mass transit) |
| 1974 | Academic/Non-Fiction | improvement in the quality of urban life, which means the life of most Americans, is the desired end result of federally fostered transit improvement. Over the years since 1961 there is no doubt that the vocal positions of various administrations in power in Washington have been for a strong commitment to mass **transportation**. Under Presidents Kennedy and Johnson this commitment was not matched with the necessary money to do the job at hand. While the Nixon administration has not always followed through on its positions on transit, the over-all thrust of the administration has been for increasingly larger expenditures for mass transportation.' Gone | Transportation System |

| | | | |
|---|---|---|---|
| 1973 | Magazine | who had years of experience in the surface **transportation** industry. But frankly, those old boys did n't throw a thing onto the table that was much newer than the Iron Horse. i saw it was going to be up to me to dream up a sophisticated system of inputs that would bring ground transportation into the space age. " Mr. Waller felt that citizen dissatisfaction stemmed from the fact that daily interstate passenger trains had dwindled from 20,000 in the late 1920's to 884. He blamed the downward trend on " skyrocketing " labor demands in the wage and featherbedding area. " Let's face | Industry of Transportation |
| 1969 | New Yorker | government exerts a power over the economy that would have been inconceivable only a few decades ago. Decentralization is another remodelling of the federal sy stem, and to achieve it will require a. patient pragmatism. The state may he the logical unit for dealing with river pollution, the metropolitan area for **transportation** programs, the neighborhood for schools and even post offices. The general guide should be to transfer power to the smallest unit consistent with the scale of the problem. Many conservatives have welcomed the idea of decentralization, hearing in it comforting echoes of old battle cries about states' rights. They | System of Transportation |
| 1974 | Fiction | Guy, although she has never said so or asked me a single thing about it. I said, " No, Darcy, do n't be silly. We're giving him a little peace and quiet, is all. " Then I said, " Mr. O'Donnell is just providing the **transportation**. " Which I might not have needed to add, but I couldn't be sure. You never can tell what is going through that head of hers. At nine o'clock Brian was supposed to be picking us up. (There was a city bus, but it did n't go | Vehicular Travel (car/bus) |
| 1974 | Academic/Non-Fiction | that might be made in behalf of mass transit. It is no news that a well-organized interest group plays a far more important role in policy formulation and action on the part of all levels of government than the best interests of the public. The small sums traditionally spent by government for nonhighway **transportation** are enlightening evidence. Not so many years ago a national magazine stated: According to Department of Transportation experts, it would take a minimum of $37 billion over the next five years to make even a start on cleaning up the nation's transportation mess: $5 billion for corridor trains? Boston | Transportation System (non-highway, corridor trains) |
| 1970 | News/New York Times (News) | 1971. He estimated that the 10-cent increase would provide $170-million. a year in: additional revenue. He added that he was " no cqstal-ball gazer " and did not' knout about inflation in the future. But he said that both he and his colleagues believed that a subsidy of mass **transportation** was necessary in urban areas if fares were to be kept down. There' was immediate criticism of the fare increase by political figures. The city's Controller, Abraham D. Beame, said at his first news conference since resuming his former. post that he would seek legis lative approval to | Transportation System (mass transit, fares) |
| 1966 | News/New York Times (News) | the suburbs, I have come to see a gross injustice to the city, particularly in times of crisis and breakdown. New York City accepts and struggles with responsibilities which no other place in the world will recognize . Whether it be an issue of education, welfare, housing or even inexpensive **transportation**, New York struggles against almost insurmountable odds to do the responsible thing. For this dedication it should be very proud. Who among the critics and detractors of the city would ever make the incredible commitment to any and all people that so characterizes New York? If this generosity did not exist | Transportation System |
| 1973 | News/Christian Science Monitor | decision on a California case. The court said those who issue and control liquor licenses have the power to regulate conduct " contrary to public welfare or morals. " The decision was based on the 21st Amendment of 1933, which repealed Prohibition and has usually been used in cases dealing with the **transportation** and taxing of liquor. Boston Licensing Board members and city attorneys, who had been closely watching the California case since 1968, moved quicky to establish regulations regarding " attire and conduct of employees, entertainers, and other persons "? that is, sex shows, nude dancing, and other | Industry of Transportation |
| 1971 | Academic/Non-Fiction | cope with tanker spillage and with the threat of disasters such as the one that overtook the Torrey Canyon off the British Isles? a threat that grows with every increase in the size of tankers. Having made a start on cleaning up its refineries, oil faces a new challenge in production and **transportation**. Big utility, steel, and oil companies such as we have been considering will for the most part continue to treat their own effluents. But food-processing companies, and thousands of small miscellaneous manufacturing firms, are already making large use of municipal water-treating plants. In 1968 about 15 percent of | Industry of Transportation (moving oil) |
| 1969 | Magazine | obsessed by the doctrine of free enterprise, is forever advising the poor countries to adopt policies that will attract private capital. Many countries do so, but private capital is interested in quick, high profits in the private sector and will seldom invest in schools, roads, hospitals, public **transportation** systems, the infra-structure so essential to a nation seeking economic viability. So in economics as in politics the poor nations at the UN feel themselves the victims of hypocrisy. THE NATioN/October 27, 1969 Although the bulk of the UN's major problems, are caused by the policies of its member | Transportation System |

| | | | |
|---|---|---|---|
| 1974 | News Chicago | asked voters to decide, " Should a Regional **Transportation** Authority be created for Cook, Du Page, Kane, Lake,, and Will Counties, Illinois? " Voters in the six counties said yes to the proposition by a 12,979-vote margin. Attorneys for the RTA had argued that the Regional Transportation Authority Act specified the wording to be used on the referendum ballot, and that nothing further was required, according to James Munson, one of the attorneys. JUDGE CALDWELL said yesterday that he believed " the average voter did n't know what the RTA was. In my opinion the ballot was | Agency/Entity |
| 1969 | Magazine | could undoubtedly speed the prosecution of numerous smuggling offenses as misdemeanors. Formal deportation following the second illegal entry within two years, the power to assess administrative fines in lieu of prosecution (thereby attaching a portion of the wages earned), and even the right to confiscate the vehicle used in the **transportation** of illegal aliens. as is done in narcotics smuggling, would also discourage the border hoppers. Important remedial legislation is before House and Senate. A bill to prohibit the intentional employment of a person illegally in the United States was introduced on March 26. 1969 by Sen. Edward Kennedy and Rep. Michael | Vehicular Travel (vehicle) |
| 1967 | News/New York Times (News) | have signed a letter urging the Justice Department to act with " dispatch " on a special House committee report charging wrongdoing by Adam Clayton Powell. The letter said the committee found that Mr. Powell " did in five separate instances wrongfully and willfully appropriate public funds for his own use, falsely certify **transportation** vouchers from public funds and make false reports on expenditures of foreign exchange currency. " The move by the 150 members of the House was apparently designed to encourage the Justice Department to act before a special election is held in New York on April' 11 to fill Mr. Powell's seat, | Industry of Transportation (vouchers for) |
| 1970 | News/Wall Street Journal (News) | fuselages for the Boeing 747 to developing the P530 tactical fighter. The company also has moved heavily into the overseas market, selling its low-cost ($800,000) F5 " Freedom Fighter " to 15 countries. Rohr Corp . of Chula Vista, now heavily in aerospace, is diversifying into the ground **transportation** business. Rohr won a $66.7 million contract to build 250 rail cars for the San Francisco Bay Area Rapid Transit District. While the aerospace industry struggles to diversify, the out-of-work aerospace engineers see themselves as the victims of a shift in national priorities. Not all are bitter. Jose Jiminez, | Industry of Transportation |
| 1966 | News Chicago | political issue. It is a problem that affects a the people, and the need for bonds is apparent if Chicago is to move ahead. " I'm sure the people, realize that if we intend to maintain good neighborhoods we need capital improvements, such as new. sewers and new **transportation** facilities. And if slum and blight are to' be removed we need resources to obtain federal grants. " I wish to emphasize that there will be no increase in taxes. We are retiring 19 to 21 million dollars a year in bonds now. These new bonds will be issued only | Transportation System |
| 1969 | News/New York Times (News) | with the Bell Helicopter Company.. Tanks and Jets Acquired The Chinese has also recently acquired several squadrons of F-5 fighters and several hundred tanks. They received the tanks through a program General Ciccolella devised to provide the Chinese with excess or salvage military equipment from Vietnam. The Chinese pay only the **transportation** costs. In addition, American aid programs have enabled the Chinese to become almost selfsufficient in their ordinary military needs. They now have factories that can produce M-14 rifles, machine guns, trucks and field radios. " It has reached the point, " General Ciccolella said, " where the | Industry of Transportation (purchasing military equipment) |
| 1975 | News Chicago | Trustee Anderson first questioned the cost of barging the waste material Downstate in a memorandum to Lynam on March 15, 1973. At Lynam's direction, Raymond R. Rim1ms, acting chief of maintenance operations for the district, prepared a report listing monthly tonnage, service charges, and cost of **transportation**. The Tribune subsequently talked to a contractor who had submitted a lower bid to ship the waste Downstate by rail and was turned down in favor of a barge operation. LYNAM SAID Ingram was the only barge company to respond to a nation wide notice of contract. He said the barge method | Vehicular Travel (barge) |
| 1973 | News Chicago | they were n't suspected. " SHALGOS SAID his findings are " clear cut. " Capt. Whitehouse suffered a heart attack, possibly before the crash, but most likely after the crash when he was trapped in the cabin and tried to escape, Shalgos said. William Lamb, the National **Transportation** Safety Board investigator in charge of the Midway crash, said his investigators were suspicious of the cor-, oner's report. Lamb, said further information obtained by the board from the Mayo Clinic physician who developed the heart test has revealed that the test should not be used as a diagnostic technique | Agency/Entity |
| 1972 | News/Wall Street Journal (News) | run and Catholic neighborhoods on the mend. A very large test of direct British rule of Northern Ireland lies just ahead. 19720525_1 txt EXTRA LONG WEEKENDS give a boost to some in the **transportation** industry. Industry executives had some doubts about the impact of federal' legislation which insured that such holidays as Washington's Birthday, Veterans' Day and Columbus Day would fall on a Monday. Some feared that many people would simply stay at home during the extra long weekends. But that has | Industry of Transportation |

| | | | |
|---|---|---|---|
| 1974 | Movie | Thank you very much. Maybe we can talk again some other time. I hope you do n't mind, sir... but I'm due on guard inspection. Just follow this path till you come to Sheridan Hall. Take a right, and then a left in front of the **transportation** office... and the mess hall will be just in back of it. Thank you very much. Yes, sir. Excuse me, fellas, can you tell me where the mess hall is? The mess hall? Can you tell me... Is the mess hall this way? I | Industry of Transportation |
| 1971 | News/New York Times (News) | Goes Further The Airport and Airway Development Act of 1970? which will provide up to $280-million, annually in Federal aid for airport construction -- goes even further. It requires developers of airports to hold public hearings to explore in detail the environmental impact of their projects. It prohibits the Secretary of **Transportation** from authorizing projects if there would be adverse effect on natural resources or other aspects of the quality of life in a community unless he declares in writing there is no feasible or prudent alternative. Residents Oppose. Jets " Before, they could hold us up in court with delaying tactics, " | Agency/Entity |
| 1972 | News/New York Times (News) | In delivering the last sentence, Mr. Rockefeller said " surrendering " instead of " surrounding, " but corrected himself while lawmakers snickered. " The restructured city government must have a part in a larger regional council that will effectively relate to and guide the state's regional activities, such as **transportation**, health and community development, " Mr. Rockefeller said. Stating that the " causes of our problems run deeper and are national in scope, " Mr. Rockefeller said that this was attributable to " the fact that our Federal system of shared responsibility at the national, state and local levels of | Transportation System |
| 1970 | News/Christian Science Monitor | serving communities with populations of over 5,000. Using a Burroughs 5500 computer, LEAPS will provide these agencies with instantaneous response? to police inquiries. Information regarding everything from stolen. automobiles to missing persons? to narcotics will be available within seconds. To office? on time! The Massachusetts Bay **Transportation** Authority (MBTA) is finding that commuters will switch to rapid transit which is as fast and about as comfortable as an automobile. The MBTA currently has 23 buses providing express service for commuters from west of Boston. The most " used of five runs carries a daily average of 3,000 passengers | Agency/Entity (buses) |
| 1970 | Harpers Magazine (Magazine) | were three V main ways to leave. One of them was the Union Bus Station. one of them was U.S. 1, and the third was the train station. The bus station is almost completely black now , except for the drivers and the others who make their living by the uncomfortable **transportation** of people of moderate means. There were only two or three whites when I walked in, and they were soldiers. Otherwise the station had changed not at all. Outside, there were Trailways and Greyhound buses labeled " Miami " and " New York City " and " St. Petersburg Express | Vehicular Travel (bus) |
| 1970 | Time Magazine (Magazine) | all of them similarly formulated to keep participants alive and well and living in the revolution. Often with no visible means of support, today's young radicals remain sufficiently if not well-fed, adequately if erratically clothed, and able to catch the first wind of protest and the nearest available means of **transportation** in time to show up in the front lines from Berkeley to Birmingham, from Chicago to Kent State. Celebrities like Jerry Rubin and Abbie Hoffman can stay close to the action without exactly pinching pennies: Rubin's book Do It! has already earned him $45,000; Hoffman's Revolution for the | Vehicular Travel |
| 1973 | News Chicago | THE CORONER'S laboratory-test reWoks from the Midway crash are not iitsefol, said Dr. Paul Smith, a toxicolo: gist for the Civil Aeromedical Institute sin Oklahoma City. The institute, an,... ism of the Federal Aviation Adnainisration, is one of the federal agencies that helps the National **Transportation** Safety Board investigate air disasters. " One laboratory doesn't like to be; critical of another, but one way to avoid such confusion in the future is to make sure that blood and tissue sam; pies arc sent to two laboratories, " he said. The National Transportation Safety' | Agency/Entity |
| 1975 | News Chicago | their 111-day strike. National does not have scheduled flights in Chicago. 732310 txt THE CHICAGO North Western **Transportation** Co., rebuffed in its hopes to sell its commuter rail fleet to the Regional Transportation Authority, is preparing to lease and sell part of the fleet to two Canadian agencies. Railroad officials confirmed Wednesday that they have reached an agreement to lease 10 " surplus " commuter coaches to the Toronto Area Transit Operating Authority for four months. The railroad hopes to ship the coaches to Canada | Industry of Transportation |
| 1974 | News/New York Times (News) | leaders representing unions with an asserted tote, membership of 300,000. Samuels supporters have contended that be has more labor support than any other candidate. 19740615_1 txt THE REFERENDUM that approved the Regional **Transportation** Authority was held unconstitutional yesterday by a Circuit Court judge in Waukegan. Judge Henry Caldwell ruled that the words on the RTA ballot " were not sufficiently informativelo let voters know what they were voting on. " His ruling has the effect of preventing the RTA from spending any money or taking other | Agency/Entity |

| | | | |
|---|---|---|---|
| 1974 | Academic/Non-Fiction | modern life in the United States. By improving the quality and quantity of mass transit, the public can enjoy the advantages of added mobility through increased choice between transport means of relatively more comparable quality. Clearly, all our urban and domestic problems are not going to be solved by improving mass **transportation** any more than Prohibition solved domestic problems in that hectic decade of experiment in the 1920's. It is also clear that many of the shortcomings of mass transit may be overcome. It can be made more attractive than it is, and as subsequent chapters will point out, it probably can | Transportation System |
| 1975 | Magazine | for s ears by NASA in a Learjet, a Convair 990, and a Lockheed C-141. Results convinced NASA that much could be gained, and much money saved, if the " lifestyle " of these irplane operations could be moved into space. Our new reusable Shuttle could provide the needed **transportation**. But still missing was an equally reusable and versatile multipurpose laboratory that would fit into the Shuttle Orbiter's cavernous cargo bay? 18.3 meters (60 feet) long and 4.6 meters (15 feet) in diameter. How Spacelab came about The year 1972 found NASA in the predicament that it | Vehicular Travel (shuttle) |
| 1966 | News/New York Times (News) | **transportation** system Df the city, and possibly even beyond that. 9He said he would announce early next week the make-up' nd functions of an interim City **Transportation** Council, which would make the initial plans tration staff work is being for integration of the city's done on the same matter does transportation facilities. not in any sense downgrade Administration sources have confirmed that Arthur E. Palmer Jr., a lawyer and investment banker, will be chairman of the council. Following the Mayor's news Mayor Lindsay, in discussing conference yesterday, Victor his approach to the city's labor Gotbaum, executive director | Agency/Entity; Transportation System |
| 1971 | New Republic (Magazine) | that I can only suppose that he wrote and mailed his letter before reading the last word in the title of my article. His first error relates to the difference between a proportionate and an absolute change. My plan would result in expanding the output of public goods? environmental care, mass **transportation**, and the like? not only as a proportion of the nation's production , but as a net addition to the total. The new public goods would be provided by the efforts of formerly idle resources: the unemployed who would be given jobs in government. The output of private goods | Transportation System |
| 1967 | Movie | And a deserter, too. Hard to believe a field marshal's nephew could sink so low. I suppose you're going to have him shot, sir? KLINK: No. We have something much better in store for the young lieutenant. Guard! Take this man to the **transportation** officer in town and give him this order. You are being sent to the Russian front. No, Colonel, not that! Yes, that's the place for him - - the Russian front. Take him away. Russian front? That's what I call justice. Even better | Industry of Transportation |
| 1967 | Movie | why? Oh, a telegram it was phoned in for Senor Schuyler. - Well, I'll take it to him. - Oh. Would you take care of this? " Senor Barber, " si. I will call the doctor for you. Could you arrange for some **transportation** to the border? Oh, Jaime Salazar will drive you. Maybe 300 pesos . That's fine. He has been called out to a small village. They do not know when he will return. I have Left a message for him to call here, but even then it will | Vehicular Travel (car) |
| 1974 | Academic/Non-Fiction | will need improved mass **transportation** by means other than rail. To state the argument only in tems // of rail versus highway is therefore to narrow it unduly and obscure the broad issue of enhancing mobility in urban areas by a variety of means.' Perhaps the best question to ask regarding mass **transportation** is whether or not, given some encouragement and substantial improve ment in service, it will be possible to increase the mobility of the population (or at least keep present standards of mobility from declining) and to perform this chore, in league with the private automobile, at a reasonable cost | Transportation System (rail) |
| 1967 | News Chicago | will be available at any time to the negotiating teams and that he will do anything he can to bring about a settlement. Major taxicab companies said they had one or two days' fuel supplies remaining, but this might be used up more quickly if stranded CTA passengers turn to cabs for **transportation**. The strike call was announced by the 11 teamsters locals at 2 a. m. yesterday, when the all-day collective bargaining talks collapsed. The unions represent more than 3,500 drivers from Waukegan on the north to Aurora and Joliet on the west, Kankakee on the south, and northwest Indiana on the | Vehicular Travel (cab) |
| 1969 | News/New York Times (News) | This is how the interstate highway system, begun under the Eisenhower Administration, is financed. A percentage of the gasoline tax goes into the trust fund. Would not this also work in building mass transit systems for the cities? Mr. Volpe was asked. " This could work in urban mass **transportation**, " he treplied. " The way to raise the money is the big job, and this is one of the things that we are starting to review very, very quickly and will have to face up to in order to start tot meet these needs. " Mr. Romney said that | Transportation System |

| Year | Source | Text | Category |
|---|---|---|---|
| 1970 | News/New York Times (News) | Conferees said they had a difficult time persuading the House members to drop below, the $250-million figure, which,, they said was the point where any further cutting would create delays in the completion of two prototypes and add to the over-all cost of the program. The Department of **Transportation** had projected, on the basis of a $290-million appropriation this year, that the prototypes would finish their test flights early in 1973 after a total government investment of about $1.3-billion. Roughly $800-million has already been spent, including a little over $100-million in the current fiscal year that has not yet been | Agency/Entity |
| 1967 | Academic/Non-Fiction | people did not become rich. Of course there was individual wealth, but the general economy remained stagnant. The single basic flaw in the European economy was that distribution was unable to keep pace with production. The resources, ingenuity and the techniques were available, but primitive methods of communications and **transportation** frustrated expansion and development. New products often could not reach markets, and new mass markets could not be established. Beginning in the fourteenth century, economic difficulties lead to complaints against the government? we can now begin to think about the interraction of economics and social politics. Since the twelfth | Industry of Transportation |
| 1970 | Movie | Would you like an autograph? - No, thanks. - How about a torn shirt? - No, thanks. - I would like you to perform at a dance. - Where? In a place so beautiful, it is out of this world. - And I provide the **transportation**. - How much does it pay? Nothing. In my circle, money is n't important. In my circle, it is. The understatement of the century. Okay, Mr Treasurer. You just name a price, and I'll print it. I mean, I'll pay | Ambiguous |
| 1971 | News/New York Times (News) | Voters were treated to the sight of the Dynamic Duo riding up to subway stations in their chauffeured limousines for a little mixing with the masses on. behalf of the bond issue. One politician suggested that the election-eve photograph of the Duo plus William J. Ronan, chairman of the Metropolitan **Transportation** Authority, straphanging amidst the photographers, probably cost the bond issue thousands of votes . " It was so patently phony, " he said -- more in anger than in sorrow. Whatever the reasons, the bond issue went down like the Titanic. And it left state and city officials with | Agency/Entity |
| 1974 | Academic/Non-Fiction | largely re-presented in The Urban **Transportation** Problem, drew a sharp reaction and a serious questioning of the veracity of the authors.;' Even more cutting was the commentary of a critic who fumed: Not only does this study fail to deal with matters of primary human significance in the domain of urban transportation; it exhibits a partiality toward the bus-automobile mode, as opposed to that of rail mass-transit, so evident and consistent that the reader is slightly embarrassed to note that this very long, one can not say substantial work, was financed by the Ford Foundation. One would have been happier had | Transportation System (urban) |
| 1968 | News/Christian Science Monitor | such occasions as President Ho Chi Minh's birthday, in which workers have been spurred to greater effort. Earlier this year the party theoretical journal Hoc Tap quoted Premier Pham Van Dong. Warning that North Vietnam faced " extremely crucial tasks " in 1968 the Premier said: " The communications and **transportation** branch has made unique innovations concerning technical equipment and technical improvements, proving that despite the war this work can be carried out. Why are the other branches not working like the communications and **transportation** branch? Why are heavy industry, light industry, construction, forestry, marine products, and so | Industry of Transportation |
| 1974 | Academic/Non-Fiction | were taken care of in the Highway Act of 1973 as it wore its way to a final compromise. Rural areas and intercity **transportation** needs were not ignored; $12 billion was assured in the act in the 1974 ? 1976 period for the Interstate System and rural primary and secondary roads. Bicycle transportation was given some significant aid. Up to $40 million per year may be utilized from highway funds to aid in the construction of bicycle paths in con junction with highway projects. These pathways need not be constructed in the highway right-of-way. Pedestrian walkways may also he constructed; the funds for both | Transportation System (interstate system) |
| 1971 | New Republic (Magazine) | that the variation. can not possibly be explained on the grounds of differing labor or other costs. " Copying charges range from 10 cents or less in agencies such as 0E0 and the Securities and Exchange Commission to 40 cents a page in the State Department and 50 cents in the Department of **Transportation**. The fee most often charged is 25 cents a page. The Equal Employment Opportunity Commission, the Atomic Energy Commission, and several other agencies charge a special fee of up to one dollar for the first page copies. Although the Freedom of Information Act allows agencies to charge a " reasonable | Agency/Entity |
| 1970 | News/New York Times (News) | and goals, and relocation housing is being provided. At a recent meeting of Philadelphia's Committee on the Crosstown Expressway, Benjamin Loewenstein, president of a health and welfare organization, expressed a theme now receiving greater priority across the country than ever before: " When we consider the problem of **transportation** the expressway hopes to solve, we must also consider the human equation. What happens to the oecmle living in that area? " 728408 txt President Gamal Abdel Nasser of the United Arab | Transportation System (expressway) |

| | | | |
|---|---|---|---|
| 1970 | News Chicago | termed the distorted use of the nation's resources. He cited the war in southeast Asia and said that, for- too long, the nation's security has been pursued all over the globe and neglected at home . What of the livability of American cities and suburbs, pollution, crime, **transportation**, rail roads, drug addiction, power shortages, racial tensions, and education, Mansfield asked. Mansfield took credit for a 6.4-billion-dollar cut in government spending for the Democratic Congress, saying most of it was in defense spending. The Democratic leader insisted that Congress is moving on worthwhile Nixon | Industry of Transportation |
| 1975 | News/New York Times (News) | is free and would result. in considerable saving to the city. DANIEL J. EGAN. Newfoundland, N.J., Aug. 28, 1975? To the Editor Now that the 50-cent fare has be-f come a reality in the City of New, York, immediate steps should be taken to pass a **transportation** tax to lower, the fares below the pre-existing 35: cent fare, which was too high at that. In our inflationary times, it is' a devastating blow to industry, and a great deal of economically pinched people living and working in the city will be further burdened by the | Transportation System (tax to support) |
| 1974 | Time Magazine (Magazine) | While serving in high transportation posts during Rockefeller's 14-year governorship, Ronan borrowed heavily from his boss. Neither Rockefeller nor Ronan would detail the purposes of the loans and gifts further than vaguely citing real estate purchases and financial responsibilities. Ronan in 1968 became the $75,000-a-year chairman of New York's Metropolitan **Transportation** Authority, which owns and operates the New York City area public transit system. He quit last May when Rocky was no longer Governor. Apparently in the few days before Ronan was appointed by the Governors of New York and New Jersey as the unsalaried head of the Port Authority of those two | Agency/Entity |
| 1971 | News/New York Times (News) | transit rather than highways. They had their counterparts upstate who did n't take kindly to voting for a bond issue to save the subway fare at 30 cents when they often pay up to 50 cents for bus fare . Other politicians and the City Club spoke of a " credibility gap " on **transportation** stemming from many unfulfilled promises made in behalf of earlier bond issues in 1951 and 1967. The Second Avenue subway, for example, was first pledged 20 years ago. It still is n't even a hole in the ground. The style of the " Vote Yes " campaign, some observers | Transportation System (subway) |
| 1967 | Letter/New York Times | of New York A. FAIRFIELD DANA President Henry Street Settlement MARY S. BRYANT President Vocational Advisory Service New York, March 8. 1967 Litter in Park To the Editor: Following a recent matinee at the Metropolitan Opera House taxis were unprocurable, and my wife and I tried to go home via the public **transportation**? recommended, by Lincoln Center. But no crosstown bus was in sight, and we walked, home through the Central Park 65th Street transverse. What a mistake! Have the sidewalks along the transverse never been cleaned? At present they are several inches deep with hard-packed. dirt and autumn leaves | Vehicular Travel (bus) |
| 1969 | News/New York Times (News) | two areas. The first is a drive to enlist businessmen to pledge jobs to the hard-core jobless. The other is a contract program in which businesses are reimbursed by the Department of Labor for the cost of training and other expenses for handling problems associated with the unemployed, such as counseling and **transportation**. So far the Government has paid out $300-million in reimbursements. While more and more companies elect to participate in the contract program, most still prefer to do their own recruiting and skip the Government subsidy. Officials reported that of 70,000 companies in the total one-fourth make use of the contracts. | Industry of Transportation |
| 1968 | News/New York Times (News) | the added cost of such efforts. This means it would basically be a vast expansion of a $40-million pilot project just getting under way in five cities, which uses the same approach. Most of the Federal money is spent to pay for training, but it can also be used for **transportation**, day care and related expenses.' The Administration officials said the new program would seek to create 100,000 to 150, - 000 new jobs in urban areas by June 30,' 1969. Existing Federal Iprograms concentrating on hard-core urban unemployment should create another 150,000 jobs by that time, | Vehicular Travel |
| 1974 | Academic/Non-Fiction | On the other hand, transit costs must include a large burden of operatives' wages paid when no actual work is performed because of labor agreements calling for a full day's pay when much less than a full eight-hour day is worked. The peaked nature of the demand for urban mass **transportation** makes such labor cost burdens almost inescapable in mass transportation.2 " The average cost to the patron of public transportation can differ widely, depending upon the distance involved and whether charges are assessed on a flat-fare, zone, or mileage basis. Traveling a long distance under a flat-fare system produces a low | Transportation System (public) |
| 1973 | Time Magazine (Magazine) | or whether they should build another airport over in East St. Louis in Illinois. First John Ehrlichman had it, and he said he would make a decision. You know what happened to him. They told us the decision was in the hands of Egil Krogh, the new Under Secretary of **Transportation**. You know what happened to him too. Now there is a new man , I ca n't even remember his name. " # " We do n't know where to go for direction, " sighed a White House staff assistant. " We've got the President's daughter being contradicted | Agency/Entity |

| | | | |
|---|---|---|---|
| 1965 | News/Wall Street Journal (News) | of low-ranking military personnel. Last March, for example, the Army transferred Pfc. Hosier from Fort Wayne in Detroit, to Fort Sheridan. As an enlisted man with less than four years service, he was allowed no compensation for moving his household. The Army paid only for his own **transportation**? $16 worth. Housing allowances are criticized, too. Though the military provides some family quarters at or near its installations, there is n't enough space to house everyone and many personnel must live in private quarters off the post. Pfc. Henry Richardson and his family live in the cheapest | Vehicular Travel (reimbursement of) |
| 1974 | Academic/Non-Fiction | Making real progress will depend to a great extent upon the vigor and dedication of local government armed with the will to make mass transportation a useful servant of the community. CHAPTER TWO Mass Transportation: Pro and Con Introduction The previous chapter has outlined the growth of federal policy toward urban mass **transportation**. Before examining the institutions involved and reviewing the effects of the federal mass transportation programs, it appears wise to devote some attention to a basic question: Will people use mass transportation? In other words, the federal approach, albeit limited until recently by microscopic budgets (from 1961 through 1970 | Transportation System (mass, use of) |
| 1971 | Fiction | bundles. A flitter, perhaps double the size of our own, had grounded, was being loaded with the smaller pieces. The three jacks we had seen via snooper were studying the Throne. It was plain to see that that was not going to fit into the flyer, and its **transportation** must present a problem. Save for those three there appeared to be no one else below. Sharvan had disappeared. But at the moment my own concern was for Maelen. If she had come here, was she hiding somewhere among these rocks, spying as we were? Dared I try | Broad meaning (moving the "Throne" from one place to another) |
| 1974 | Academic/Non-Fiction | preserve a spirit of community, a factor critical in what Lawrence Haworth calls " the Good City. " The interactive life is the one that can support the spirit and make life worth living through enhancement of the spirit of community; however, the institutional structure of a community, including the **transportation** system, may be such that real interaction or community is difficult or impossible. " Improved transportation of all types can help maintain the value of interaction and community, and the availability of mass transportation as a good travel alternative for those without automobiles will help reverse the process of social fracture that | Transportation System (mass) |
| 1966 | News/New York Times (News) | Justice Department yarns, may be stepped up. 725848 txt WASHINGTON, Oct. 14 - - Joseph A. Califano Jr. is expected by industry sources to be named the nations first Secretary of **Transportation**. The President may announce Mr. Califano's appointment tomorrow, these sources said, when he signs legislation creating a new Cabinet-level Department of Transportation to deal with air, rail and highway travel. Mr. Califano, 35 years old, has been a special assistant to the President since July, 1965 | Agency/Entity |
| 1973 | Atlantic Magazine | is to secure the best possible living and working conditions for several thousand families in a particular location. Obviously, this purpose can be served better if diversified manufacturing employment is provided for members of what was a purely agricultural community. Economic planners in Peking pursue systematic policies of decentralization. The long-distance **transportation** needs of that vast country have put severe strains on the well-run, but greatly overloaded, railroads; these are assisted to some extent by coastal and internal waterways. (The Great Canal connecting the southern provinces with Peking is being restored after many years of neglect.) Although the Chinese automobile | Transportation System (railroads) |
| 1966 | News/New York Times (News) | planned route should be followed only if all the alternates prove unfeasible. Mr. Moses first conceived -- the' Richmond roadway 25 years ago' and has insisted that the plan not be changed. City Hall sources said the Lindsay request for a six-month delay was made Tuesday in a phone call from **Transportation** Administrator Arthur E. Palmer Jr. to the offitte of J. Burch, head of the city's Public Works Department. In Mr.'s absence the call was taken by his deputy, E. Burton Hughes. The call was followed up with a detailed letter to Mr. and an engineering report on the | Agency/Entity; Transportation System (roadway) |
| 1965 | News/New York Times (News) | would be far lower than any alternative. " At City Hall Mayor Wagner staked out a claim for tying the city's subway and bus lines into any such plan. In a news conference he noted that the Transit Authority was already taking part with the Long Island Rail Road in a mass **transportation** demonstration program in Queens and Nassau Counties under a $3,185,000 Federal grant. " I am absolutely sure that the Transit Authority would have to be actively involved in any regional authority, " the Mayor declared. The businessmen's statement reinforced a movement that has already seen Governor Rockefeller propose a Metropolitan Commuter | Transportation System (subway and bus lines) |
| 1968 | Movie | think you could take it. Oh, well, suppose we find out? Andy, let me, uh, level with you. I want to go on a field trip but I ca n't go alone . So if you and Bart will go with me the study center will provide **transportation** and supplies, gratis. Hey, I'll skip my fees. Hey, I ca n't let you guys do this. I'm supposed to be a paying customer, not a freeloader. Well, Mike can use your help, and I'm sure he's grateful that you're | Vehicular Travel |

| | | | |
|---|---|---|---|
| 1974 | News/Wall Street Journal (News) | that would coast for months, " Mr. Rabenhorst rays. He hopes to be able to build a demonstration plant by the end of the decade. Before then, experimental flywheels will be used to power municipal buses in San Francisco, and will be installed in trains, under a Department of **Transportation** program. 731432 txt The Federal Trade Commission announced today it is beginning an industrywide investigation of condominium housing. The commission said it wants to find out whether the firms which manage the condominiums | Agency/Entity (buses) |
| 1975 | Academic/Non-Fiction | just as did recreation personnel some forty years ago. Texas A&M and the University of Massachusetts have been leaders in the development of programs of professional preparation of tourist specialists. The tourist industry involves a wide range of services, specialists, and governmental approaches. There are those who provide **transportation**, accommodations, entertainment, souvenirs and gifts, and, above all, manage the tourist attractions. Nearly every industrial country in the world has a national tourist office; more than a hundred of them are members of the International Union of Official Travel Organizations. In some nations tourism ranks | Industry of Transportation |
| 1974 | Academic/Non-Fiction | failure to comply with these rules means that a transit agency will not be eligible for future // federal funds. This regulation does not apply if a transit agency has been operating charter or school services in the twelve months prior to the passage of the 1973 Act. A new requirement for mass **transportation** under the 1973 Act may cause transit operating agencies some grief. If federal assistance is requested for mass transit, the secretary of **transportation** must be assured that transit projects receiving federal financial aid can be effectively used by elderly and handicapped persons. No one quite knows what this provision really means. | Transportation System (mass); Agency/Entity |
| 1966 | News/New York Times (News) | The Lindsay bills need the leaders' blessing even to get to the floor of both houses for a vote. Under the original Lindsay plan, the Mayor would have had the power to replace all the members of the present three member Triborough and Transit Authority boards with his own appointees. A **transportation** administrator, appointed by the Mayor to serve at his pleasure, would have been the chairman of both authorities and would have been in charge of all the city's transportation activities. The Mayor would have had a veto power over the entire operation. The changes Mr. Lindsay has made in his | Agency/Entity |
| 1970 | Movie | n't know and I do n't care! Being there, perhaps she can help him. She loves him, that's all that's important. From here on you'll probably run into PRF roadblocks. Then I'll have no trouble finding my way into the village. None. Your **transportation** will be a car that Luis Cabal was driving when he was arrested. Dana ... be careful. Jorge Cabal is an old revolutionary, he has some scruples but all Siomney wants is a confrontation. He'll kill Paris and he'll kill you if it serves his purpose. I'll | Vehicular Travel (car) |
| 1972 | News/Christian Science Monitor | out differences. The House bill would require the Secretary of **Transportation** to set standards for front and rear bumpers which automakers would have to meet. The standards would have to require that cars could survive low-speed crashes front and rear with greatly reduced damage. How much damage, is left to the Transportation Secretary's discretion. It also would be up to him determine the speed of the crashes that the cars must survive; from legislative history it is expected to be 5 m.p.h., no less. Legislation similar The bill is similar to present law, which soon will require that cars be able | Agency/Entity (car bumpers) |
| 1969 | Time Magazine (Magazine) | face cuts in remuneration. George Shultz says that he will be making a " very substantial sacrifice " when he resigns as Dean of the University of Chicago Graduate School of Business to become Secretary of Labor. He will also have to give up income from directorships of Borg-Warner, the General American **Transportation** Co., and the Stein, Roe and Farnham funds. To become Secretary of Agriculture, Clifford Hardin will receive the same base pay of $35,000 that he has been drawing as Chancellor of the University of Nebraska, but he loses his free residence. | Industry of Transportation |
| 1967 | Movie | hundreds of my mechanical men? That would be very foolish. - Tell me why you want the Jupiter 2. - My subjects are going... to repair it for flight, and I will use it to get back to the planet Industro. - Isn't there any other means of **transportation**? - The spaceships... of the mechanical men are too small to carry their leader. You ought a be ashamed of yourself. You were our friend. My dear boy, I have the highest regard for all of you. As a matter of fact, I've been instrumental in | Vehicular Travel (spaceships) |
| 1973 | Fiction | Li' 1 Ruby, the twittering maid of the airwaves, who had won America's heart with her ridiculous crying jags, and who arrived at the ball park riding sidesaddle on her great Dane, a strapping eighteen-year-old lad imported from Copenhagen, said to be something more than a means of **transportation** for the actress; " Now ain't that a surprise! " the fans would exclaim, when they saw the diamonds roped around her wrists and her ankles, " I thought she was a little bitty thing! " Yet another Boll Weevil fan was the man rumored to be Aunt Jemima | Vehicular Travel (horse/dog) |

| Year | Source | Text | Category |
|---|---|---|---|
| 1970 | News/Christian Science Monitor | this month), and prices continue to rise. The on-again, off-again threat to three railroads by a walkout of the United **Transportation** Union members is met by a court injunction July 7. While the dispute stems back to a 12-year-old issue over featherbedding? restoring firemen's jobs in an automated transportation age -- the immediate trouble is wages, hours, and inflation. Many fear the big victory by the teamsters last week will set off a new round. It is noted that the automobile workers are about to enter negotiations for a new contract under their new president. The Teamsters Union $1.85 | Industry of Transportation (railroad union) |
| 1965 | News/Christian Science Monitor | Sugungur where there is a large cooperative farm, city sight-seeing, and a two-day trip to the South Gobi (desert). Why is it so expensive? Because it is extremely costly for Mongolia to provide Western tourists with the bare essentials necessary for reasonable comfort, guides, food, and **transportation**. The tourist office here, organized only three years ago, does not encourage individuals or even couples to come. It can do much better with groups for it does not have the English-speaking guides to take care of many separate parties. Also, group travel is less expensive. As the | Vehicular Travel |
| 1975 | News/Christian Science Monitor | Treasury of $6 billion a year. Brookings Institution economist Pechman believes that the $30 billion in extra oil levies will end up in much higher prices on a wide range of goods to consumers as the extra cost is passed along. Self-defeating possibilities Already officials, of public utilities, airlines, other **transportation** companies, and heating-oil dealers have warned that their higher costs will be passed through to consumers. John D. Wilson, senior vice-president and chief economist of the Chase Manhattan Bank, warns of a different danger from the projected oil levies. " We must be careful, " he said " that | Industry of Transportation |
| 1971 | Movie | , and the only man to handle the situation is the man who designed the field... Arthur Norris. Very well, get me headquarters at the capital. Yes, sir. Strom here, get me headquarters . Yes? Very well. I'm to report to the helipad immediately for **transportation** to the island. Emergency. Good luck. How is he? Fine. Sleeping like a baby. I'm Arthur Norris. Your " K " clearance. You will not leave the command post. You will wear this identification at all times while you are on the base. is | Vehicular Travel (helicopter) |
| 1975 | Time Magazine (Magazine) | important steps that can be taken toward cleaning up the crime in the grain industry. " # The settlement does not affect the cases of 13 Bunge employees, eight of whom have pleaded guilty to theft or related charges. Bunge still faces possible civil suits from the Government, its customers and **transportation** companies. Meantime, the Federal Bureau of Investigation, the Internal Revenue Service, the Department of Agriculture, several congressional committees and the General Accounting Office continue to probe into the scandal. Their investigations are expected to lead to more corporate indictments. | Industry of Transportation |
| 1971 | Time Magazine (Magazine) | proves to Commoner is a failure of scientists and technicians, who are concerned only with whether their product will work and whether it will sell. The result is a dangerous new world. # Commoner does not oppose all technology. Indeed, he recognizes the need to develop nonpolluting systems of land **transportation**, for example, and ways of returning garbage directly to the soil. But he urges a return wherever possible to products that are kind to the environment, and suggests the use of natural rubber instead of synthetic material, and soap instead of detergents. That approach would mean the closing down | System of Transportation (land) |
| 1966 | Movie | attacking? (breaks_screeching) It looks like one is attacking, Herr Kommandant. One? Who is it? It is... It was the Gestapo captain. What? Why should the Gestapo captain want to attack us? We'll get you out of Germany. We have sort of a **transportation** corps. You will come, too? After the war. After the war . I do not like war. No. You, uh, heard what happened last night, Colonel Hogan? Something happened? I slept like a baby. Last night, not five miles from here, | Agency/Entity |
| 1966 | News/New York Times (News) | in critical disputes. Study Now Under Way Ole reiterated his belief that. he 15-cent fare could be re-ained on the city's subway and' xis lines. If there has to be any adjustment, he said , it should' 3e.made in connection with the unification and integration of the whole **transportation** system Df the city, and possibly even beyond that. 9He said he would announce early next week the make-up' nd functions of an interim City Transportation Council, which would make the initial plans tration staff work is being for integration of the city's done on the same matter does transportation | System of Transportation (subway fares) |
| 1969 | Fiction | a guy with a small laundry truck who did n't seem to give a damn what anyone was driving. This code violation was a mystery to Bauer, who, without ever considering what it meant, thought that fair was only fair. Because of his specialized background, Bauer was made Ground **Transportation** Officer in the company, a job that involved trucks and similar vehicles. Since the hospital was a permanent Army hospital near Saigon, the only real ground **transportation** that Bauer was called on to regulate was an eight-times daily bus to the city and an occasional ambulance to pick up American survivors who | Vehicular Travel (bus) |

| | | | |
|---|---|---|---|
| 1967 | Fiction | certain it was a step away from the previous direction. He did n't mention Mr. Dubin and his questionable pay-roll system. Debbie said she would leave on Friday, after work, and spend the week end with a girl friend whose family had a summer place near Ellenville. Solomon inquired about **transportation**, and Debbie told him that **transportation** would be provided. A car. She expected to be home late Sunday night, but if it seemed advisable -- traffic, weather, the convenience of others -- she might stay an extra night and leave very early Monday morning. In that case, | Vehicular Travel (car) |
| 1975 | News Chicago | letter he wrote Walker. Subway had told the governor that he was " shocked and amazed " over Walker's request for his views on the Crosstown. " Any obstruction which w- ould prevent the building of the Crosstown corridor, " Subway wrote Walker, " would result in massive harm-to the **transportation** system serving Chicago and the suburbs. " IT IS essential to remember that the plan for, building the Crosstown is the result of the vote of Congress. It was the Congress which appropriated the funds and earmarked them for construction of the Crosstown to serve the people of Illinois. Moreover, | Transportation system |
| 1972 | Magazine | generate the energy we need, The nuclear power plants of the future will generate the electrical power required to electrolyze water -- probably sea water -- on a scale vast enough to produce hydrogen in sufficient quantities to make it a cheap fuel. I don't think we can expect the petroleum and **transportation** industries to shut themselves down voluntarily, nor can we expect Congress to put them out of business. Too many of our jobs, too much of our way of life depends upon these industries. But I think it is entirely reasonable to expect and even insist that these industries do shift to the | Industry of Transportation |
| 1975 | Time Magazine (Magazine) | to produce a rational rail policy for the nation. An ICC staff estimate predicts that the industry's first-quarter loss will be " worse than has ever before occurred, even during the Great Depression of the 1930s. " No fewer than eight Northeast roads are in bankruptcy. And the Department of **Transportation's** new Secretary, William Coleman Jr., cautions: " It would be foolish simply to subsidize the rails. I think 20% of the nation's rail trackage ought to be abandoned. " | Agency/Entity |
| 1973 | Fiction | I'm not sure of your definition of vested interests,' but I assume you mean well-financed.' Okay? " " Okay. " " Heavy financing has brought about a lot of decent things. Medical research, I'd put first; then advanced technology in agriculture, construction, **transportation**. The results of these heavily financed projects help everyone. Health, food, shelter; vested interests can make enormous contributions. Is n't that valid? " " Of course. When making contributions has something to do with it. And not just a by-product of making money. " " | Industry of Transportation (investment in) |
| 1973 | Academic/Non-Fiction | natural kind. For example, a large basic supplier like General Mills sells vitamin E (the current fad vitamin) to packagers for 50 to 78 cents for 100 tablets or capsules of 100 International Units. Assuming a cost of 78 cents per 100, the packager adds on 12 cents for **transportation**, overhead, and profit, and another 20 cents for bottling. He then sells the bottle of 100 vitamin E tablets to a jobber for $1.10. The jobber may take as much as 25 percent of the suggested retail price. If, for example, the suggested retail price is $3 | Broad meaning - movement of thing (bottles) |
| 1971 | News/New York Times (News) | at all levels of instruction; a " complete freeze " on the employment of substitute teachers; " severe reductions " in headquarters and district office personnel; discontinuation of all after-school activities, including instructional ones; indefinite postponement of school repairs and maintenance, and more stringent regulations on the use of **transportation** passes by students to get to school. Consequences of Action " This is one of the blackest days that I can recall, " Mr. Bergtraum said, " and my recollection goes back to the days of Fiorello La Guardia. " He said the quality of education " is going to suffer | Transportation System (passes for) |
| 1966 | Harpers Magazine (Magazine) | government is trying to push communities in this direction, through subsidies to support planning, by special grants for the acquisition of open space as part of a regional master plan, and by denying Bureau of Public Roads support to urban-area highway projects which are not based on a " continuing, comprehensive **transportation** planning process carried on cooperatively by the state and locality. " Another desirable step would be a review of local zoning decisions by a metropolitan or state agency. Such a system has been functioning successfully in Marion County, Indiana, adjacent to Indianapolis, and in the Canadian province of Ontario. | Transportation System (highway) |
| 1965 | Movie | s get to work. - I ca n't. I'm late for a meeting. - But you'll be back. - Not soon enough. I'm afraid you'll have to meet me in Chicago . - Chicago? - Our home offices are there. I'll arrange your **transportation**. We'll have dinner and get to work. - Tonight? - Never argue with a million-dollar account. I have great plans for us. - He'll be there. - Good. Let's go, Charlie. We're in, my boy. Margaret Marshall's signature could | Vehicular Travel |
| 1975 | News Chicago | The Tribune subsequently talked to a contractor who had submitted a lower bid to ship the waste Downstate by rail and was turned down in favor of a barge operation. LYNAM SAID Ingram was the only barge company to respond to a nation wide notice of contract. He said the barge method of **transportation** was selected because one barge could haul as much material as 110 rail cars. Besides the contract to have the material barged down river from its Stickney plant, the sanitary district paid $2,850 million for unloading facilities, pumping station, and other equipment. The original agreement was extended in January, | Vehicular Travel (barge) |

| | | | |
|---|---|---|---|
| 1970 | News/Christian Science Monitor | the poorest of Western or Communist Europe. No one died of starvation in Europe. Some still do in the United States: The world's richest country ranks a surprisingly high 18th in the infant-mortality rate. There is? no absolute or precise measurement of standards of living. Quality of public **transportation** and' wealth of museums are part of it,, just as much as wage' levels. The United States still has the highest wage. levels. But public health is far ahead. in all the European countries? again, East or West. Taking everything into account, the | Transportation System (public) |
| 1969 | News/Christian Science Monitor | rail, truck, or air companies, but " intermodal companies operating by all means. " Congress will likely move slowly if it makes the change. But there's a growing feeling on Capitol Hill, as well as in the Nixon administration,' that there are too many restrictions on **transportation** mergers. Trends... The American-style shopping center is going abroad. - A new company, recently formed in Ulster, plans to pump? 3 million ($7.2 million) into Northern Ireland over the next two years. There it will build five 20-unit modern shopping centers, complete with stores, | Industry of Transportation (mergers in) |
| 1974 | Academic/Non-Fiction | is generally known about the taxicab industry. All of which returns to the question of what is properly included in the mass **transportation** industry. Perhaps the best way to define an industry is to include within it all erodes whose services are still substitutes for one another. Speaking of the urban **transportation** industry in the broadest sense, one would have to include the private automobile, transit, commuter rail, and taxicab operations, since they are all substitutes for one another. A narrower view of the mass transportation industry would separate the for-hire, common carrier segment from the private automobile. What | Industry of Transportation (taxicab industry, commuter rail, cars) |
| 1974 | Academic/Non-Fiction | a fair number of people now attracted only to the automobile. Mass transport can certainly improve on its service to those people who have no alternatives. But public mass **transportation** is not going to meet everyone's needs ; no one should expect it to do so. The opposition to improved mass transportation generally views it as a threat to continued expansion of highways and highway-related activities and supply of equipment, not as an intrinsically had thing. But the opposition generally pulls out the stops to make the strongest case possible against mass transit; they arc aided and abetted by many federal, state, | Transportation System (highways, mass transit) |
| 1974 | Academic/Non-Fiction | has value beyond mitigating urban traffic jams. Special emphasis has been given in recent years to the needs of elderly and handicapped persons who often can not use an automobile even if it is available. Studies have pointed up the serious lack of mobility suffered by these unfortunate citizens. The Urban Mass **Transportation** Administration has adopted a policy of providing funds for demonstrations of special services and equipment for the old and the handicapped. Moreover, the federally aided transit technical study projects require that consideration be given to these groups, and equipment development projects have been funded to provide transit hardware to meet the needs | Agency/Entity (aid to the handicapped) |
| 1969 | Magazine | The present policy is to allow the illegal entrant to leave voluntarily within three days of apprehension. Often he is permitted to get to the border on his own. Or he may be taken to a detention center in El Paso. Tex., or El Centro, Calif., to await bus **transportation** to the interior of Mexico at U.S. Government expense. Not only does the wetback get a free trip home but back wages are collected for him by Border Patrolmen. Voluntary return is likened by an INS administrator to a " game warden who discovers a hunter without a license and helps him carry | Vehicular Travel (bus) |
| 1974 | Academic/Non-Fiction | monies earmarked for the Interstate, Urban System, and Urban Extension funds to be used in the construction of transit support facilities. Under the 1970 Act such items as exclusive or preferential bus lanes, traffic control devices , bus passenger loading areas and facilities, shelters, fringe area parking, and **transportation** corridor parking facilities could be built to serve bus and other public transportation passengers. However, the value of this provision was limited in that the funds expended for mass transportation purposes could not exceed those that would have been spent in conventionally providing highway capacity. Under the 1973 Act this restriction no | Vehicular Travel (bus); Transportation System (mass) |
| 1974 | Academic/Non-Fiction | and in both political parties, at last came to realize the importance of aid to mass **transportation** in the urban twentieth-century United States. Interests usually considered as competing with transit, such as the highway lobby, came to realize that their bread, too, was buttered in part with the mass transportation issue and that they had to lend their support or lose the vital backing of powerful, big-city politicians? and even small-city politicians? in getting the highway trust fund renewed in 1972. After almost ten years, the mass transportation programs of the United States government finally received a start toward the | Transportation System (mass) |
| 1966 | Fiction | if I need a thing, you'll get it as a favor to Rod, not to me. I'm for that. Have you any influence with the airline people? " " Some. Not as much as the studio **transportation** department. Why? " " I know about the studio transportation people. Rod told me. But if I could go to New York next week without having to ask the studio's help, I'd be ever so. " " I might be able to fix it, " said James Francis. " And no questions asked? " " Would | Agency/Entity |

| Year | Source | Text | Category |
|---|---|---|---|
| 1966 | News/New York Times (News) | transit. The. Maritime Administration was unwisely left out of the new department, no action was taken on the President's request for airway user charges, and much more needs to be done to achieve a coherent **transportation** policy; but, after years of stalemate, these modest advances in the **transportation** field are encouraging. The cities and their suburbs, where three out of four Americans live, finally succeeded in capturing the serious attention of Congress. The Cabinet-level Department of Housing and Urban Development was established, a promising " demonstration cities " program started and rent supplements authorized. Similarly, environmental | Industry of Transportation |
| 1965 | Magazine | , " the reporter said to him, " when you first heard of Martin Luther King? " " Sure, " Frank Haralson said. " In' Fifty-five, when he started the bus boycott. I workin' there in Montgomery in a chair factory at the time. I had **transportation**, and I picked up many people on the streets. The people practical give up, but they hold out. " So Frank Haralson stood under one of those pine trees and waited for the first row of marchers to reach him. When they did, he walked right out with that | Vehicular Travel (car) |
| 1970 | Movie | . This here's Limpy. Hi man. This is Duke. Speed. Dirty Denny. Fellas. This is Captain Jackson, my brother Link, Sergeant Winston, he's going to be your bodyguard while you're here. All right, knock it off. Sergeant, secure the **transportation**. Yes, sir. Come on, I got to show you something. Duke. Hey Denny, you dig on that Captain Midnight, man? He's so uptight he squeaks. Objectives here, Dang Huk, it's two miles into Cambodia, it's a small village, | Vehicular Travel |
| 1970 | News/Christian Science Monitor | surprise to students of such matters. Among them:? As both the white middle class and industry have left the central cities, metropolitan areas are paying a double penalty -- unemployment in the inner city and labor shortages in the suburbs.? Exclusionary housing practices in the suburbs and inadequate regional **transportation** keep people and jobs apart. Filtered-down housing or " Filtered-down " housing, the historical process by which upward-mobile groups take over better housing left by others who have climbed up the economic ladder, no longer works for inner-city blacks. Residents in the white suburbs tend to stick to their present | Transportation System (inadequacy of) |
| 1970 | News/Christian Science Monitor | is the largest and most efficient this country has ever boasted at any time in its history. Of its 2,000 ships, totaling 32 million tons deadweight, one-third are less than five years old. (1) Two transport plans Much interest has been expressed here in the idea of free public **transportation** in cities? to be paid for out of taxes. Much interest but not much support. For the proposal has drawbacks. The Greater London Council estimates the program would cost so much it would add 20 percent to everyone's local property taxes. And even that would not provide for future | Transportation System (free in cities) |
| 1975 | News/New York Times (News) | both the Lincoln Square area and, as to sound principles of design, the entire city. The experience of other developers, as well as massive evidence already presented to the board, have firmly established that no technical grounds exist for justifying a special claim of. From the point of view of the **transportation** customer, nationalization is more likely to be able to continue or improve service where it is needed. In a nationalized system public need should be the primary consideration when continued or improved service is proposed. In the private' system the ability of the proposed service to be self-sup, porting is | Transportation System (nationalization of) |
| 1974 | Academic/Non-Fiction | passengers a fast and comfortable ride, but also appeals to them visually. Equipment of equally high standards is slated for Washington. The problem is, of course, that there is still so much decrepit or poorly designed or overage equipment in use today that it blemishes the image of all mass **transportation** undertakings. Another, related, factor is that many white Americans do not wish to ride in the same vehicle with minority groups? particularly Blacks and Puerto Ricans. The reverse may be true as well. Solid, middle-class citizens may also fear to use public transportation at night because of robberies | Transportation System (mass, segregation on) |
| 1967 | Academic/Non-Fiction | military competence in technical management. Strengthen the military-industrial base. Provide a means for arms control. Commercial Develop and test commercial applications. Strengthen the national industrial base. Provide access to extraterrestrial resources. Provide a rapid global **transportation** system. Provide an unmanned space transportation system. Provide a manned space transportation system. Scientific-technical Gain knowledge about the universe and life in general. Gain knowledge about the earth's atmosphere. Gain knowledge about the earth's magnetic and radiation environment. Strengthen national educational facilities. It is difficult to establish priorities for the above single objectives. All are important, and | Transportation System |
| 1974 | Academic/Non-Fiction | were formed and began to expand in order to exploit the national thirst for electric power. Transit firms were usually gathered up as a part of the package. The success and continued growth of the electrical generating side of the combined transit-electrical utility made possible, in many cases, cross-subsidization of mass **transportation** services by the parent company. This cross-subsidy included not only a money subsidy from the power side to the transit side for capital improvements, but also a subsidy in the form of management talent. As the big utility firms grew larger, they could hid for the best executive talent, and | Industry of Transportation (transit firms) |

| | | | |
|---|---|---|---|
| 1966 | Letter/New York Times | City once more may be proud of City Hall's aspirations, actions and, even at this early stage, its achievements. MELVIN C. HARTMAN New York, Jan, 13, 1966? Free **Transportation** To the Editor: Perhaps if the suggestion that the City of New York operate a free **transportation** system were seriously considered and adopted, the traffic congestion problem could be resolved overnight . Is the price really too high for a solution to a problem that threatens soon to strangle the very life of the city? JOHN T. SHEEN AN Middlesex, N. J., Der. 29, 1965? | Transportation System (free) |
| 1970 | Time Magazine (Magazine) | to only $120 million in fiscal 1972, or about 2% of its total. But if the program is approved by Congress, which appears likely, some environmentalists hope for more far-reaching changes. For one, the fund conceivably could finance development of new, cheaper, faster and pollution-free means of **transportation**. By cracking the trust fund, the Nixon Administration may be taking its biggest step to improve the U.S. environment. 282194 Widely used to control pest-borne diseases, DDT is now everywhere-the land | Transportation System (pollution-free, cheaper) |
| 1971 | News Chicago | in a holding pattern for a scheduled landing at Juneau Airport when the crash occurred shortly after noon. Officials said the crash site was about eight minutes from the runway approach. The Alaska Highway Patrol said troopers at the scene reported no survivors. William Moore, the Alaska chief of the National **Transportation** Safety Board, said the aircraft was " fairly well broken up, " but it did not burn. Revise Passenger List Airline officials first reported that there were 100 passengers and a crew of seven aboard. But they later revised the list to include 104 passengers. The crash site was near | Agency/Entity (re: airplane) |
| 1967 | News/New York Times (News) | 3, 1967 The writer, Professor of History at Princeton University, is editor and co-author of " Communism and Revolution. "? Transportation Woes To the Editor: Commissioner Henry Barnes' announcement of an increase in parking meter rates lamentably omitted mention of any corresponding proposal to improve the city-owned public **transportation** facilities. No one will deny the desirability of fewer private automobiles in New York (excepting one's own, naturally) -- the less traffic the better. But unfortunately the only other option for traveling people is either a bus that takes forever or a subway that makes Calcutta seem utopian. | Transportation System (buses, subway system) |
| 1974 | Academic/Non-Fiction | A happy exception to the usual omission of the taxicab is found in the book Economic Characteristics of the Urban Public **Transportation** Industry.' Despite this contribution, remarkably little is generally known about the taxicab industry. All of which returns to the question of what is properly included in the mass transportation industry. Perhaps the best way to define an industry is to include within it all erodes whose services are still substitutes for one another. Speaking of the urban **transportation** industry in the broadest sense, one would have to include the private automobile, transit, commuter rail, and taxicab operations | Industry of Transportation (what it includes) |
| 1971 | Nation | Pentagon -- you can't get too much of it. The automobile of course requires the freeway, and more automobiles require still more freeway mileage. As Winn remarks, " Surely, the path to heaven from Los Angeles must be made of concrete, twelve lanes wide. " i Public **transportation** like those old Pacific Electric trolley cars -- only now something on the order of San"' Francisco's BART system would be needed -- would mean fewer car sales agencies, lower consumption of gasoline and oil through service stations, fewer highway contracts, etc. In 1970 a proposal got | Transportation System (freeway); Vehicular Travel (electric trolley cars) |
| 1975 | Time Magazine (Magazine) | chance to duel the German ace of aces, Ernst Kessler. Barnstorming in an aerial circus during the mid-' 20s, he senses that the tide has once more turned against him. The aviation establishment is now interested in proving to the public that flying is a safe and reliable means of **transportation**, rather than in determining who will be the first nut to do an outside loop. Again, Smiling Waldo is too late with too much of the wrong kind of skill and spirit. # One must not think of Waldo (Robert Redford) as merely a daredevil, idly tempting fate | Vehicular Travel (airplane) |
| 1974 | Academic/Non-Fiction | comes from the highway lobby, which is not so much opposed to aid for transit as it was to the use of highway Trust Fund money for nonhighway purposes. Even though the battle of general attitudes toward transit seems won in Washington for the present, there are still arguments against mass **transportation** or against certain forms of transit. For the sake of completeness, both sides of the matter should be discussed. Therefore, some of the arguments both for and against mass transport will be held up for inspection. Heat, Light, and the Mass Transit Issue At first blush there is | System of Transportation (mass) |
| 1973 | News/Christian Science Monitor | one of Chicago's new luxury hotels next to O'Hare International Airport. " There's no way these people could get here on their own, " he says. There's no public **transportation**. They could n't take these jobs unless they know for sure that I will provide them with transportation, " he says. After two years, demand has risen so rapidly that the enterprising young Puerto Rican has bought a second van and recently a school bus. Now his transportation business outstrips the salary he earns as an assistant in the hotel's housekeeping department. Public transportation? buses, | System of Transportation (getting to airport); Vehicular Travel (bus, van, school bus) |

| Year | Type | Text | Category |
|---|---|---|---|
| 1969 | Fiction | the Secretary of State and the Secretary of Defense. Drought threatened the wheat crop. An unidentified flyingobject had been seen in Ohio. A hairdresser in Linden, New Jersey, had shot his wife, his four children, his poodle and himself. A three-day smog in Chicago had paralyzed most **transportation** and closed many businesses. Nailles felt uncheerful and tried the naive expedientof bolstering his spirits by assessing his good fortune. Had he been indicted for grand larceny? No. Had he been murdered in a park? No. Had he been trapped in a burning building, lost on a glacier | System of Transportation (impacted by weather) |
| 1974 | Magazine | Wild Bill Hickok and Calamity Jane -- side by side -- and Preacher Smith and Potato Creek Johnny are nearby. The flag at the cemetery flies day and night; Deadwood is one of eight places in the United States permitted to fly the flag twenty-four hours a day. Rapid City is the **transportation** center for the Black Hills. Three airlines serve the area, and rental cars are available at the airport and downtown. Several tour companies operate tours throughout the Black Hills area. Amtrak does not serve South Dakota, however. WYOMING The very name Cody, Wyoming, conjures visions of William | Vehicular Travel (airplane, cards, Amtrak) |
| 1965 | Harpers Magazine (Magazine) | But no one saves us any steps to the store. Suburban Americans must mobilize all the 250 horsepower of their automobiles to get that loaf of bread or have a beer in the anonymous conviviality of a tavern. As city planner Constantinos A. Doxiadis has pointed out, the faster our means of **transportation**, the longer it takes us to get around within the urban environment. In the eighteenth century it took man ten minutes to get from the outskirts to the center of his city. In the nineteenth century it took twenty minutes. Now, on the average, it takes more than forty | Vehicular Travel (car) |
| 1974 | Academic/Non-Fiction | plays a far more important role in policy formulation and action on the part of all levels of government than the best interests of the public. The small sums traditionally spent by government for nonhighway **transportation** are enlightening evidence . Not so many years ago a national magazine stated: According to Department of Transportation experts, it would take a minimum of $37 billion over the next five years to make even a start on cleaning up the nation's transportation mess: $5 billion for corridor trains? Boston to Washington to New York; Chicago to Milwaukee and Detroit; San Francisco to Los Angeles $4 billion | Agency/Entity; System of Transportation (corridor trains) |
| 1974 | Academic/Non-Fiction | secretary investigate alternate sources of funding for transit on all levels of government may serve to solve this need, which arises at present because of local jurisdictional and revenue problems." The heyday of the private automobile is far from over, but the notion of the desirability of improvement of mass **transportation** in the cities is now firmly entrenched in the United States. The idea of publicly owned and subsidized mass transport is no longer foreign. By all signs the nation is on the brink of major transit activity. Making real progress will depend to a great extent upon the vigor and dedication | System of Transportation (mass vs. cars) |
| 1966 | News/New York Times (News) | yard 35 miles south of Hanoi yesterday. The spokesman said that smoke and debris from bombs of 250 to 1,000 pounds prevented a detailed assessment of the damage, but that at least two spans of the 232-foot bridge had been collapsed. The raids were another in a series of concentrated attacks on **transportation** facilities by the Navy, the spokesman said. The bridge is on the main rail line leading to Hanoi. An F-4B Phantom pilot assigned to protect the pilots attacking the bridge against enemy jets said he picked up " some type of jet aircraft " on his radar set, gave chase and | System of Transportation (attacks on) |
| 1974 | Academic/Non-Fiction | Mass Transit Issue At first blush there is, to be sure, a certain challenge in being promass transport. As a mass transit advocate, one has the somewhat masochistic pleasure of supporting what has been for many years the underdog. In some circles it has even become fashionable to downgrade private **transportation** by means of the automobile and see almost incredible virtue in the stoic rider of mass transportation. Considering the quality of mass transportation in most United States cities, virtue may be its own reward. Nevertheless, it is indeed quite legitimate to question whether or not it is a waste of time | Vehicular Travel (car vs. mass transit) |
| 1971 | Academic/Non-Fiction | people to manage a highly technological and demanding society. The problem of meeting the food and nutrition needs of the American people is not a production problem. We do not live, as people of many other nations do, on the edge of genuine scarcity. Nor is it a problem of **transportation**, as in China. Nor is it a problem of profiteering in times of scarcity as in some Asian countries. Our problem is one of distribution alone, how to see that the necessary food, containing, either naturally or by supplementation, the necessary nutrients, reaches all of the American | Industry of Transportation (shipping food) |